ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 28 2006
U.S. COURT OF FEDERAL CLAIMS

CASE NO.:

GRACE AND NAEEM UDDIN INC.,

Plaintiff,

v.

No. 06-345 C

THE UNITED STATES,

Defendant.

_______________________________________/

**COMPLAINT**

Plaintiff, GRACE AND NAEEM UDDIN, INC., (hereinafter "GNU"), by and through undersigned counsel, herein sues Defendant, THE UNITED STATES by and through the UNITED STATES DEPARTMENT OF AGRICULTURE, (hereinafter "USDA") and in support states as follows:

**NATURE OF THE ACTION**

1. This is an action for breach of contract.

**JURISDICTION AND VENUE**

2. This is an action is for breach of contract and is a direct appeal of a Contracting Officer's decision(s).

3. This Court has jurisdiction over the subject matter of this action pursuant to 41 § 609 (a) (1) U.S.C.A., 41 § 609 (3) U.S.C.A.



ELDER & LEWIS, P.A. BAYVIEW EXECUTIVE PLAZA - SUITE 301, 3225 AVIATION AVE., COCONUT GROVE, FL 33133
MAIN: (786) 314-5155 • FAX: (786) 314-5811 • WEBSITE: www.elderlewis.com

4. Plaintiff GNU is a Florida Corporation with its principal place of business in Miami-Dade County.

5. Defendant the United States is subject to the jurisdiction of this Court arising out of a contract entered into by its administrative agency, the United States Department of Agriculture.

6. GNU has performed all conditions precedent to the bringing of this action, or such conditions have been waived or otherwise excused.

7. GNU has been forced to retain the undersigned law firm and has agreed and is obligated to pay reasonable attorney's fees for its services.

**COUNT I - BREACH OF CONTRACT**

8. GNU incorporates Paragraphs 1 through 7 above as if fully set forth herein.

9. On or about October 1, 2003, GNU entered into a Contract Agreement with the USDA pursuant to which GNU would provide labor, materials, equipment and services necessary for the construction of a facility commonly known as the Subtropical Horticulture Research Center (hereinafter "PROJECT"), located in Miami-Dade County, Florida.

10. The Contract was administered pursuant to the Federal Acquisition Regulations. The F.A.R. are too voluminous to



ELDER & LEWIS, P.A. BAYVIEW EXECUTIVE PLAZA - SUITE 301, 3225 AVIATION AVE., COCONUT GROVE, FL 33133
MAIN: (786) 314-5155 • FAX: (786) 314-5811 • WEBSITE: www.elderlewis.com

attach, but upon information and belief are in the possession of defendant and are incorporated herein.

11. Pursuant to the contract, the USDA was required to provide GNU with plans and specifications that detailed the work required for the construction of the PROJECT. The plans and specifications are too voluminous to attach but upon information and belief are in the possession of the Defendant and are incorporated herein.

12. The plans and specifications were deficient with respect to numerous aspects of the PROJECT.

13. On or about March 15, 2004, GNU raised issues and concerns relating to the plans and specifications in a meeting with the USDA and JACOBS FACILITIES INC., the PROJECT Architect.

14. Among the issues raised by GNU was that no available window system satisfied all of the requirements included in the plans and specifications.

15. GNU hired a consultant to determine possible solutions to the problems it faced with the window system as specified in the plans and specifications.

16. The USDA and JACOBS FACILITIES INC., the architect and owner's representative on the PROJECT, chose a window system from five options provided by GNU's consultant.



ELDER & LEWIS, P.A. BAYVIEW EXECUTIVE PLAZA - SUITE 301, 3225 AVIATION AVE., COCONUT GROVE, FL 33133
MAIN: (786) 314-5155 • FAX: (786) 314-5811 • WEBSITE: www.elderlewis.com

17. The selected window system required GNU to modify an existing window system and seek Miami-Dade County approval prior to installing the new window system on the PROJECT.

18. The required modification and Miami-Dade County approval of the window system delayed the PROJECT.

19. The required modification and Miami-Dade County approval of the window system added to the cost of the PROJECT.

20. The USDA and JACOBS FACILITIES INC., were notified of the increasing time and costs associated with the required modification and Miami-Dade County approval prior to selecting the window system.

21. Pursuant to the Federal Acquisition Regulations, GNU is entitled to a change of contract price and extension of contract time resulting from the window system modification.

22. On or about February 2, 2005 GNU submitted a Request for Change Order for a time extension of 149 days and additional costs associated with additional work required to modify the window system. A copy of the Request for Change Order is attached hereto as **EXHIBIT "A"**.

24. Prior to submitting the change request, GNU submitted a time impact analysis to the USDA. A copy of the time impact analysis is attached hereto as **EXHIBIT "B."**



ELDER & LEWIS, P.A. BAYVIEW EXECUTIVE PLAZA - SUITE 301, 3225 AVIATION AVE., COCONUT GROVE, FL 33133
MAIN: (786) 314-5155 • FAX: (786) 314-5811 • WEBSITE: www.elderlewis.com

25. On or about April 29, 2005 the USDA responded to GNU's change request and materially breached the Contract Agreement by failing to approve GNU'S change request. A copy of the USDA's response is attached hereto as **EXHIBIT "C"**. The Contracting Officer stated:

> RCO-34 and NOC-003, received February 8, 2005, in the amount of $356,660, is *denied.*
>
> You are referred to Federal Acquisition Regulation (FAR) 52.233-1, Disputes, for claim filing procedures, if the Government's position on this issue is to be disputed. A claim by the Contractor must be writing. You are reminded that a written demand or written assertion by the Contractor seeking the payment of money *exceeding* $100,000, is not a claim under the Act until *certified.*

26. Prior to certifying the Claim, GNU was wrongfully terminated from the Project on or about August 2, 2005.

27. Despite the wrongful termination, GNU is prepared and will submit a certified claim in accordance with F.A.R. Section 52.233-1.

28. In addition to the delays caused by the window system, GNU suffered additional delays due to insufficient errors and omissions in plans and specifications.

29. The problems GNU experienced resulting from the plan and specification deficiencies include but are not limited to:

a. The Roof System

b. Roof Deck Design



ELDER & LEWIS, P.A. BAYVIEW EXECUTIVE PLAZA - SUITE 301, 3225 AVIATION AVE., COCONUT GROVE, FL 33133
MAIN: (786) 314-5155 • FAX: (786) 314-5811 • WEBSITE: www.elderlewis.com

c. Acid Piping

d. Power to the Lift Stations

e. The Layout of Sewer Mains

f. The Finish Floor Elevation

30. GNU submitted other change orders and requested other time extensions that the USDA declined.

31. The Plans and Specifications included requirements for a roofing system that could not be satisfied by any existing products.

32. The Plans and Specifications included a roof deck design that did not satisfy wind pressure requirements.

33. The Plans and Specifications included instructions for the installation of Acid Piping that required numerous revisions.

34. The plans and specifications did not properly specify how GNU was expected to supply power to the lift stations.

35. The plans and specifications for the sewer main conflicted with existing utilities and landscaping at the PROJECT.

36. The USDA and JACOBS FACILITIES INC., failed to promptly resolve this issue, creating additional delays to the PROJECT.



ELDER & LEWIS, P.A. BAYVIEW EXECUTIVE PLAZA - SUITE 301, 3225 AVIATION AVE., COCONUT GROVE, FL 33133
MAIN: (786) 314-5155 • FAX: (786) 314-5811 • WEBSITE: www.elderlewis.com

37. The plans and specifications were deficient with respect to the finish floor elevation.

38. GNU requested 496 days due to the insufficient plans and specifications on the PROJECT. (149 days due to the window system and an additional 347 days related to other issues).

39. In an attempt to mitigate delay GNU continually submitted Requests for Information from JACOBS FACILITIES INC., on the PROJECT.

40. JACOBS FACILITIES INC., failed to respond in a timely manner to GNU's Requests for Information.

41. Despite GNU's efforts to reduce delays, the USDA Contracting Officer terminated GNU from the Project on or about August 2, 2005. See **EXHIBIT "D."**

42. GNU's progress to that date was substantial but the USDA refused to consider a letter sent on July 27, 2006 by counsel for GNU that detailed GNU's progress. See **EXHIBIT "E."**

43. The Contracting Officer did not take into consideration the delays to the PROJECT that were beyond the control of GNU.

44. The Contracting Officer did not consider the impact of erroneously denied change order requests prior to finding GNU in default.



ELDER & LEWIS, P.A. BAYVIEW EXECUTIVE PLAZA - SUITE 301, 3225 AVIATION AVE., COCONUT GROVE, FL 33133
MAIN: (786) 314-5155 • FAX: (786) 314-5811 • WEBSITE: www.elderlewis.com

45. Monitor Surety Managers, Inc., on behalf of GNU's Surety, CAROLINA CASUALTY of AMERICA, requested the USDA to reconsider the decision to terminate GNU because of the substantial delays it would cause to the completion of the PROJECT. See **EXHIBIT "F."**

46. The USDA proceeded with termination despite notice from Monitor Surety Managers, Inc., on behalf of CAROLINA CASUALTY of AMERICA, that this would cause unnecessary delays to the PROJECT. See **Exhibit "F."**

47. The cost to complete the PROJECT increased due to the USDA Contracting Officer's decision to terminate GNU

48. The time to complete the PROJECT was increased due to the USDA decision to terminate GNU.

49. After the USDA terminated GNU, CAROLINA CASUALTY of AMERICA entered into a Takeover Agreement with the USDA. An unexecuted copy of the Takeover Agreement is attached hereto as **EXHIBIT "G."** Upon information and belief this is an accurate copy of the actual agreement between CAROLINA CASUALTY of AMERICA and the USDA and the USDA has a copy of the actual agreement.

50. GNU is liable to CAROLINA CASUALTY of AMERICA through an indemnification agreement for any costs that exceed the

original contract price plus approved change orders. A copy of the indemnification agreement is attached hereto as **EXHIBIT "H."**

51. CAROLINA CASUALTY of AMERICA requested retaining GNU as its replacement contractor to finish the work remaining to close out the PROJECT.

52. The USDA refused CAROLINA CASUALTY of AMERICA's request to retain GNU as its replacement contractor.

53. CAROLINA CASUALTY of AMERICA secured new contracts to finish the work remaining to close out the Project.

54. CAROLINA CASUALTY of AMERICA was forced to pay higher prices under the new subcontract agreements between SURETY and the subcontractors.

55. The cost to complete the PROJECT increased directly due to the USDA Contracting Officer's decision not to accept GNU as CAROLINA CASUALTY of AMERICA's replacement contractor.

56. The time to complete the PROJECT was extended as a consequence of the USDA's failure to accept GNU as CAROLINA CASUALTY of AMERICA's replacement contractor.

57. The USDA's failure to approve time extension requests and change order requests, the decision to terminate GNU and the inapplicable grounds for termination are all material breaches of the contract.



ELDER & LEWIS, P.A. BAYVIEW EXECUTIVE PLAZA - SUITE 301, 3225 AVIATION AVE., COCONUT GROVE, FL 33133
MAIN: (786) 314-5155 • FAX: (786) 314-5811 • WEBSITE: www.elderlewis.com

58. GNU's total damages are not quantifiable at this time as the PROJECT is not yet complete and costs to be expended by CAROLINA CASUALTY of AMERICA are not fixed.

59. GNU is liable to CAROLINA CASUALTY of AMERICA for reasonable costs in excess of the contract amount pursuant to the attached **Exhibit "H."**

60. At the time of the termination GNU was owed $275,804.48 for work in place. A copy of Requisition #17 is attached hereto as **EXHIBIT "I."**

**WHEREFORE**, Plaintiff GRACE AND NAEEM UDDIN, INC., request judgment for damages of $275,804.48 for the work in place at the time of termination, plus interest, as well as recovery of any monies paid to CAROLINA CASUALTY of AMERICA resulting from the additional project costs. Moreover, GRACE AND NAEEM UDDIN, INC., seek legal costs and attorney's fees and such other relief

as this Court may deem equitable and just against the Defendant, THE UNITED STATES.

Dated this 27th day of April, 2006.

Elder & Lewis, P.A.
Attorneys for Plaintiff
Bayview Executive Plaza
3225 Aviation Avenue
Suite 301
Coconut Grove, FL 33133
(786) 314-5155
(786) 314-5811 Facsimile

By: ______________________
DAVID R. ELDER
USCFC BAR NO Application Pending
FLA BAR NO. 272442

**GRACE &**
**NAEEM UDDIN, INC.**
CONSULTING ENGINEERS
CONSTRUCTION MANAGERS
GENERAL CONTRACTORS
BUILDING INSPECTORS

# Change Order Request

Detailed, Grouped by Each Number

**0322 USDA Subtropical Horticulture Research St** **Project # 0322** **Grace & Naeem Uddin, Inc.**
13601 Old Cutler Road, Miami, FL 33158 Tel: 786-293-8746 Fax: 786-242-4809

**Change Order Request: 034** **Date: 5/10/2004**

**To:** Faith McNamee
United States Department of Agriculture
5601 Sunnyside Ave., Stop 5124
Beltsville, MD 20705-5124

**From:** Naeem Uddin, P.E.
Grace & Naeem Uddin, Inc.
5532 NW 72nd Ave, Miami, FL 33166

| Description | Category | Status |
|---|---|---|
| Window System Changes | Direct Cost | Sent |

| Reference | Required By | Days Req | Amt Req |
|---|---|---|---|
| | 2/16/2005 | 149 | 356,660 |

**Notes**

See Breakdown of cost for more information.

This proposal is based solely on the usual cost elements such as labor, material, and normal markups and does not include any amount for additional changes in the sequence of work, delays, disruptions, re-scheduling, extended overhead associated with the unforseen delays or disruptions, overtime, acceleration, and/or impact costs. The right is expressly reserved to make claim for any and all of the above items prior to final settlement of our agreement.

This proposal must be accepted within 10 days, after which time it will be subject to escalation. We are currently requesting a time extension of 149 days in conjunction with this change proposal.

| PCO No | Date | Reference | Amt Prop | Days Req | Category | Reason |
|---|---|---|---|---|---|---|
| **Description** | | **Notes** | | | | |
| 039 | 8/31/2004 | MS Word Documents: GEN-LTR-057 - Generic Vendor Letter | 356,660 | 149 | Change Order | Engineering Omission |
| Window System Changes | | | | | | |

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT A

**Approved By:**

**Signature** 2/1/05

**Name** **Date**

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

155 - LTR - 014 - Window Bill

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7000 0520 0016 7166 5169

***Recipient's Name*** *(Please Print Clearly) (To be completed by mailer)*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+ 4*

PS Form 3800, February 2000 — See Reverse for Instructions

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

**MR. BILL HUNGER**
**ENGINEERING PROJECT MANAGER**
**UNITED STATES DEPT OF AGRICULTURE**
**5601 SUNNYSIDE AVENUE**
**STOP # 4-1224[illegible]**
**BELTSVILLE, MD 20705-[illegible]**

4a. Article Number
7000 0520 0016 7166 5169

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☒ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
2/3/05

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X [signature]

PS Form **3811**, December 1994 — 102595-98-B-0229 — Domestic Return Receipt

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

MS. FAITH MCNAMEE
CONTRACTING OFFICER
UNITED STATES DEPT OF AGRICULTURE
5601 SUNNYSIDE AVENUE
STOP # 5124
BELTSVILLE, MD 20705-5124

4a. Article Number
7000 0520 0016 7166 5152

4b. Service Type
☐ Registered ☒ Certified
☐ Express Mail ☐ Insured
☒ Return Receipt for Merchandise ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

6. Signature: *(Addressee or Agent)*
X [signature]

8. Addressee's Address *(Only if requested and fee is paid)*

Thank you for using Return Receipt Service.

PS Form **3811**, December 1994 102595-98-B-0229 Domestic Return Receipt

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

155 -LTR- 014 - Window FAITH

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7000 0520 0016 7166 5152

***Recipient's Name*** *(Please Print Clearly) (To be completed by mailer)*

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+ 4*

PS Form 3800, February 2000 See Reverse for Instructions

**GRACE &**
**NAEEM UDDIN, INC.**
CONSULTING ENGINEERS
CONSTRUCTION MANAGERS
GENERAL CONTRACTORS
BUILDING INSPECTORS

Tuesday, February 01, 2005

Ms. Faith McNamee
Contracting Officer
United States Department of Agriculture
5601 Sunnyside Ave., Stop 5124
Beltsville, MD 20705-5124

**RE: Issue Correspondence**
**Document Number ISS-LTR-014**
**0322 USDA Subtropical Horticulture Research Station, Contract No. 50-3K15-3-360021**
Subject: Window System Changes

Dear Ms. McNamee,

As a follow up to our previous correspondence regarding the revised window design, we are submitting this Time Impact Analysis # 4 (TIA # 4) to quantify the project delays associated with these changes. As you know, the windows as designed would not work on this project for a multitude of reasons including the fact that they did not meet the design criteria and the method of fastening was deficient since there was not adequate structural support at the connections to the masonry. Accordingly, design revisions to the window system and window fastening system were required.

The window revisions and the associated activities caused a significant delay to the Phase 1 completion and final project completion as illustrated in this Time Impact Analysis. Due to the fact that the new window support system requires metal angles and plates to be installed into the masonry structure, the project delay is extensive.

This delay has been quantified by inserting the delay activities into the baseline schedule, {See Exhibit 1 – Baseline Schedule} and then calculating the affect of the delay as depicted in {Exhibit 2 - Time Impact Analysis}. The new activities and affected activities have been incorporated in the Baseline Schedule to depict the affect on the remaining work activities of the project. The new activities and the directly impacted activities are portrayed with black and red activity bars for identification purposes. These activities depict the delays and additional work associated with the window revisions. Based on these activities and the circumstances of the delay, the total project has been delayed by one hundred forty-nine (149) calendar days (see Activity A9150) as indicated in this analysis.

The activities in the TIA represent the fact that the windows needed to be revised prior to manufacture and delivery. They also represent the fact that new angles and plates needed to be designed, delivered and installed into the masonry walls for proper structural support. As a result, the completion of the masonry and the installation of the windows is now severely delayed by these changes to the windows. This of course affects the follow on work including interior finishing work which cannot take place until the building is enclosed.

Accordingly, the total delay associated with this issue is one hundred forty-nine (149) calendar days to the Phase 1 completion (see activity A9050) and one hundred forty-nine (149) days to the project completion (see activity A9150) as evidenced by this Time Impact Analysis (TIA). As evidenced by the documentation and change order, the delay was caused by the owner's failure to have a proper window and window support system design for the project. Accordingly, the delay associated with finding windows which met the design criteria and getting Dade County Product Approval, the delays related to establishment of a change order, and the delays associated with the Engineering review, have served to cause significant project delays.

Contractor: GRACE & NAEEM UDDIN, INC.

| ITEM No. | Description | Unit | QTY | LABOR UNIT COST | Profit Sharing | Vehicle Gas, Etc | Other Benefits | TOTAL | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Window System Chnages** | | | | | | | | |
| | Project Manager Mtg of 5/10/04 | HR | 5.5 | $75.00 | $0.00 | $0.00 | $0.00 | $732.85 | |
| | Superintendent Mtg of 5/10/04 | HR | 5.5 | $25.00 | $0.00 | $0.00 | $0.00 | $254.73 | |
| 4 | Dr. Farooq cost for Mtg 5/10/04 | LS | 1 | | | | | $1,787.50 | Exhibit 11 |
| 5 | Project Manager Mtg of 5/25/04 | HR | 4.5 | $75.00 | $0.00 | $0.00 | $0.00 | $599.60 | |
| 6 | Superintendent Mtg of 5/25/04 | HR | 4.5 | $25.00 | $0.00 | $0.00 | $0.00 | $208.42 | |
| 7 | Dr. Farooq cost for Mtg 5/25/04 | LS | 1 | | | | | $1,462.50 | Exhibit 11 |
| 8 | Project Manager Mtg of 5/26/04 | HR | 1.5 | $75.00 | $0.00 | $0.00 | $0.00 | $199.87 | |
| 9 | Superintendent Mtg of 5/26/04 | HR | 1 | $25.00 | $0.00 | $0.00 | $0.00 | $46.32 | |
| 10 | Dr. Farooq cost for Mtg 5/26/04 | LS | 1 | | | | | $425.00 | Exhibit 11 |
| 11 | Project Manager Mtg of 6/22/04 | HR | 4 | $75.00 | $0.00 | $0.00 | $0.00 | $532.98 | |
| 12 | Superintendent Mtg of 6/22/04 | HR | 4 | $25.00 | $0.00 | $0.00 | $0.00 | $185.26 | |
| 13 | Project Manager Mtg of 6/29 - 6/30/04 Orlando | HR | 11 | $75.00 | $0.00 | $0.00 | $0.00 | $1,465.70 | |
| 14 | Superintendent Mtg of 6/29 - 6/30/04 Orlando | HR | 4 | $25.00 | $0.00 | $0.00 | $0.00 | $185.26 | |
| 15 | Dr. Farooq cost for Mtg 6/29 - 6/30/04 Orlando | LS | 1 | | | | | $3,575.00 | Exhibit 12 |
| 16 | Dr. Farooq cost for corresponding with BCCO | LS | 1 | | | | | $3,000.00 | Exhibit 13 |
| 17 | Travel Cost to Orlando, Hotel, Gas, Car rental, food | LS | 1 | | | | | $428.12 | Exhibit 17 |
| 18 | Superintendent | HR | 320 | $25.00 | $640.00 | $0.00 | $0.00 | $14,820.80 | |
| 19 | Superintendent | HR | 320 | $25.00 | $640.00 | $0.00 | $0.00 | $14,820.80 | |
| 20 | Project Manager | HR | 120 | $75.00 | $0.00 | $0.00 | $0.00 | $15,989.40 | |
| 21 | Estimation | HR | 24 | $35.00 | $67.20 | $0.00 | $0.00 | $1,528.82 | |
| 22 | Scheduling | HR | 8 | $50.00 | $32.00 | $0.00 | $0.00 | $718.24 | |
| 23 | Clerical | HR | 24 | $18.00 | $34.56 | $0.00 | $0.00 | $819.48 | |
| 24 | Accounting | HR | 24 | $35.00 | $67.20 | $0.00 | $0.00 | $1,528.82 | |
| 25 | Safety & First Aid | DAY | 30 | $16.07 | | | | $482.10 | |
| 26 | Construction Trailer | DAY | 30 | $28.72 | | | | $861.60 | |
| 27 | General Cleanup | HR | 80 | $12.00 | $76.80 | $0.00 | $0.00 | $1,897.06 | |
| 28 | Storage Trailers | DAY | 30 | $7.14 | | | | $214.20 | |
| 29 | Temp Electric | DAY | 30 | $16.07 | | | | $482.10 | |
| 30 | Temp Toilet | DAY | 30 | $8.93 | | | | $267.90 | |
| 31 | Temp Telephone | DAY | 30 | $16.07 | | | | $482.10 | |
| 32 | Computer Data Processing | DAY | 30 | $16.07 | | | | $482.10 | |
| 33 | Postage & Courier | DAY | 30 | $16.07 | | | | $482.10 | |
| | Project Photos | DAY | 30 | $16.07 | | | | $482.10 | |
| | Ice / Cups / Water | DAY | 30 | $8.93 | | | | $267.90 | |
| 36 | Copies | EA | 20 | $0.25 | | | | $5.00 | |
| 37 | Site Office Supplies | DAY | 30 | $16.07 | | | | $482.10 | |
| 38 | 2 Way Radios | DAY | 30 | $16.07 | | | | $482.10 | |
| 39 | Tapcon screws for the connections | Box | 26 | | | | | $516.62 | Exhibit 6 |
| 40 | Drill Bits | Ea | 346 | | | | | $1,242.14 | Exhibit 7 |
| 41 | Dade County review fee, invoice 5135 | LS | 1 | | | | | $542.50 | Exhibit 9, 14, 15 and 16 |
| 42 | Dade County review fee, invoice 5177 | LS | 1 | | | | | $825.00 | Exhibit 10, 14, 15 and 16 |
| 43 | Cost of Aluminum Plates for F Clips as per special 1 time requirement | LS | 1 | | | | | $3,456.00 | Exhibit 3 and 8 |
| 44 | Cost of Aluminum Plates for F Clips as per special 1 time requirement | LS | 1 | | | | | $3,000.00 | Exhibit 4 and 8 |
| 45 | Cost of Aluminum Plates for T Clips as per special 1 time requirement | LS | 1 | | | | | $10,001.00 | Exhibit 1 and 8 |
| 46 | Cost of Aluminum Plates for T Clips as per special 1 time requirement | LS | 1 | | | | | $3,350.00 | Exhibit 2 and 8 |
| 47 | Cost of Aluminum Angles as per special 1 time requirement | LS | 1 | | | | | $5,040.00 | Exhibit 5 and 8 |
| 48 | Changing of window system ( Original $200,000 less New $260,000 = $60,000 ) | LS | 1 | | | | | $60,000.00 | Exhibit 18 |
| 49 | Bituminous coating for Aluminum angles and plates | LS | 6 | | | | | | |
| 50 | Brush to apply bituminous coating | PK | 2 | | | | | $75.00 | Exhibit 20 |
| 51 | Layout 1 carpenter ( Item # 1 ) | HR | 288.33 | $16.00 | $0.00 | $0.00 | $0.00 | $14.50 | Exhibit 19 |
| 52 | Drilling 1 carpenter ( Item # 2 ) | HR | 288.33 | $16.00 | $0.00 | $0.00 | $0.00 | $8,842.39 | Exhibit 27 |
| 53 | Installing Tapcons 1 carpenter ( Item # 3 ) | HR | 45.83 | $16.00 | $0.00 | $0.00 | $0.00 | $8,842.39 | Exhibit 27 |
| 54 | Installing Angles 1 carpenter ( Item # 4 ) | HR | 105 | $16.00 | $0.00 | $0.00 | $0.00 | $1,405.50 | Exhibit 27 |
| 55 | Applying Bituminous coating 1 carpenter ( Item # 5 ) | HR | 242.5 | $16.00 | $0.00 | $0.00 | $0.00 | $3,220.10 | Exhibit 27 |
| | | | | | | | | $7,436.89 | Exhibit 27 |
| 56 | Aerial Lift | WK | 3 | | | | | | |
| 57 | Aerial lift operator | HR | 105 | $22.63 | $0.00 | $0.00 | $0.00 | $8,212.46 | Exhibit 21 and 27 |
| 58 | Environmental fee | LS | 1 | | | | | $4,430.42 | |
| 59 | Delivery / Pickup Charge | LS | 1 | | | | | $15.00 | Exhibit 21 and 27 |
| 60 | Fuel for lift | Gal | 50 | | | | | $140.00 | Exhibit 21 amd 27 |
| | Service run for fuel | LS | 1 | | | | | $114.50 | Exhibit 22 |
| | Hammer Drill | MO | 1 | | | | | $25.00 | Exhibit 22 |
| 63 | Dust Mask | BX | 1 | | | | | $324.00 | Exhibit 23 |
| | | | | | | | | $18.95 | Exhibit 24 |

# Exhibit 1 – Baseline Schedule

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| ADMINISTRATIVE ACTIVITIES | | | | | |
| 120 | Bond | 5 | 09JAN04 | 15JAN04 | 6 |
| 130 | Insurance | 5 | 09JAN04 | 15JAN04 | 6 |
| 100 | General Conditions | 230 | 09JAN04 | 23DEC04 | 76 |
| 860 | Drywall Framing Submittal | 16 | 09JAN04 | 30JAN04 | 174 |
| 700 | Fire Line Submittal | 10 | 09JAN04 | 22JAN04 | 181 |
| 600 | Conc Reinf Submittal | 20 | 16JAN04 | 12FEB04 | 5 |
| 200 | Concrete Submittal | 10 | 16JAN04 | 29JAN04 | 14 |
| 382 | HVAC Control Submittal | 15 | 16JAN04 | 05FEB04 | 173 |
| 310 | Site Sewer Submittal | 7 | 23JAN04 | 02FEB04 | 59 |
| 282 | Fire Protection Submittal | 10 | 23JAN04 | 05FEB04 | 191 |
| 870 | Insulation Submittal | 15 | 23JAN04 | 12FEB04 | 206 |
| 780 | Metals Submittal | 15 | 23JAN04 | 12FEB04 | 230 |
| 710 | Fire Line Approval | 14 | 23JAN04 | 05FEB04 | 255 |
| 210 | Concrete Approval | 14 | 30JAN04 | 18FEB04 | 14 |
| 290 | Water Main Submittal | 14 | 30JAN04 | 18FEB04 | 152 |
| 330 | Site Drainage Submittal | 14 | 30JAN04 | 18FEB04 | 167 |
| 865 | Drywall Framing Approval | 15 | 02FEB04 | 20FEB04 | 174 |
| 320 | Site Sewer Approval | 14 | 03FEB04 | 16FEB04 | 83 |
| 250 | Plumbing Submittal | 10 | 06FEB04 | 19FEB04 | 111 |
| 270 | Electrical Submittal | 10 | 06FEB04 | 19FEB04 | 121 |
| 360 | Masonry Submittal | 10 | 06FEB04 | 19FEB04 | 160 |
| 890 | Telecomm. System Submittal | 15 | 06FEB04 | 26FEB04 | 166 |
| 900 | Security System Submittal | 15 | 06FEB04 | 26FEB04 | 166 |
| 910 | Fire Alarm Submittal | 15 | 06FEB04 | 26FEB04 | 166 |
| 370 | HVAC Submittal | 15 | 06FEB04 | 26FEB04 | 176 |
| 800 | Lab Piping Submittal | 15 | 06FEB04 | 26FEB04 | 195 |
| 810 | Lab Air Systems Submittal | 15 | 06FEB04 | 26FEB04 | 195 |
| 820 | Lab Wiring Submittal | 15 | 06FEB04 | 26FEB04 | 196 |
| 880 | Fuel Tank Submittal | 15 | 06FEB04 | 26FEB04 | 224 |
| 830 | Lab Casework/ Fixtures Submittal | 15 | 06FEB04 | 26FEB04 | 231 |
| 740 | Landscaping Submittal | 15 | 06FEB04 | 26FEB04 | 241 |
| 384 | HVAC Control Approval | 15 | 06FEB04 | 20FEB04 | 243 |
| 920 | Lightning Protection Submittal | 15 | 06FEB04 | 26FEB04 | 230 |
| 285 | Fire Protection Approval | 14 | 06FEB04 | 19FEB04 | 269 |




| | |
|---|---|
| Start Date | 01DEC03 |
| Finish Date | 22JUL05 |
| Data Date | 09JAN04 |
| Run Date | 07DEC04 07:53 |

Early Bar
Progress Bar
Critical Activity

S000 Sheet 1 of 9

Grace & Naeem Uddin, Inc.

USDA - Subtropical Horticulture Rese

Exhibit 1 - Baseline Schedule

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

© Primavera Systems, Inc.

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| 610 | Conc reinf Approval | 14 | 13FEB04 | 26FEB04 | 7 |
| 220 | Roof Truss Submit | 10 | 13FEB04 | 26FEB04 | 131 |
| 390 | Roofing Submittal | 20 | 13FEB04 | 11MAR04 | 176 |
| 875 | Insulation Submittal | 15 | 13FEB04 | 04MAR04 | 206 |
| 790 | Metals Approval | 15 | 13FEB04 | 04MAR04 | 230 |
| 300 | Water Main Approval | 14 | 19FEB04 | 03MAR04 | 214 |
| 340 | Site Drainage Approval | 14 | 19FEB04 | 03MAR04 | 236 |
| 260 | Plumbing Approval | 14 | 20FEB04 | 04MAR04 | 157 |
| 280 | Electrical Approval | 14 | 20FEB04 | 04MAR04 | 171 |
| 720 | Site Electric Submittal | 10 | 20FEB04 | 04MAR04 | 181 |
| 880 | Reverse Osmosis System Submittal | 15 | 20FEB04 | 11MAR04 | 186 |
| 540 | Ceiling Submittal | 20 | 20FEB04 | 18MAR04 | 218 |
| 410 | Cabinetry Submittal | 20 | 20FEB04 | 18MAR04 | 221 |
| 360 | Masonry Approval | 14 | 20FEB04 | 04MAR04 | 224 |
| 386 | HVAC Control Procurement | 30 | 21FEB04 | 21MAR04 | 243 |
| 236 | Roof Deck Submit | 10 | 27FEB04 | 11MAR04 | 155 |
| 895 | Telecomm. System Approval | 15 | 27FEB04 | 18MAR04 | 166 |
| 905 | Security System Approval | 15 | 27FEB04 | 18MAR04 | 166 |
| 915 | Fire Alarm Approval | 15 | 27FEB04 | 18MAR04 | 166 |
| 230 | Roof Truss Approve | 14 | 27FEB04 | 11MAR04 | 183 |
| 805 | Lab Piping Approval | 15 | 27FEB04 | 18MAR04 | 195 |
| 815 | Lab Air Systems Approval | 15 | 27FEB04 | 18MAR04 | 195 |
| 825 | Lab Wiring Approval | 15 | 27FEB04 | 18MAR04 | 195 |
| 865 | Fuel Tank Approval | 15 | 27FEB04 | 18MAR04 | 224 |
| 835 | Lab Casework/ Fixtures Approval | 15 | 27FEB04 | 18MAR04 | 231 |
| 750 | Landscaping Approval | 15 | 27FEB04 | 18MAR04 | 241 |
| 380 | HVAC Approval | 14 | 27FEB04 | 11MAR04 | 248 |
| 925 | Lightning Protection Approval | 15 | 27FEB04 | 18MAR04 | 250 |
| 620 | Window Submittal | 20 | 05MAR04 | 01APR04 | 166 |
| 440 | HM Door Submittal | 20 | 05MAR04 | 01APR04 | 188 |
| 460 | Wood Door Submittal | 20 | 05MAR04 | 01APR04 | 188 |
| 930 | Coldroom Submittal | 15 | 05MAR04 | 25MAR04 | 190 |
| 660 | Generator Fuel Tank Submittal | 20 | 05MAR04 | 01APR04 | 192 |
| 580 | Painting Submittal | 20 | 05MAR04 | 01APR04 | 203 |
| 680 | Elevator Submittal | 20 | 05MAR04 | 01APR04 | 206 |
| 520 | Tile Submittal | 20 | 05MAR04 | 01APR04 | 211 |
| 480 | Hardware Submittal | 20 | 05MAR04 | 01APR04 | 217 |
| 560 | Misc Metal Submittal | 20 | 05MAR04 | 01APR04 | 231 |
| 640 | Flag Pole Submittal | 20 | 05MAR04 | 01APR04 | 231 |
| 500 | Carpet Submittal | 20 | 05MAR04 | 01APR04 | 239 |
| 730 | Site Electric Approval | 14 | 05MAR04 | 18MAR04 | 255 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| 232 | Roof Truss Fabrication | 20 | 12MAR04 | 31MAR04 | 183 |
| 885 | Reverse Osmosis System Approval | 15 | 12MAR04 | 01APR04 | 185 |
| 240 | Roof Deck Approve | 14 | 12MAR04 | 25MAR04 | 217 |
| 400 | Roofing Approval | 14 | 12MAR04 | 25MAR04 | 248 |
| 840 | Irrigation Submittal | 15 | 19MAR04 | 08APR04 | 161 |
| 550 | Ceiling Approval | 14 | 19MAR04 | 01APR04 | 306 |
| 420 | Cabinetry Approval | 14 | 19MAR04 | 01APR04 | 311 |
| 935 | Coldroom Approval | 15 | 26MAR04 | 15APR04 | 190 |
| 245 | Roof Deck Fabrication | 10 | 26MAR04 | 04APR04 | 217 |
| 630 | Window Approval | 14 | 02APR04 | 15APR04 | 234 |
| 450 | HM Door Approval | 14 | 02APR04 | 15APR04 | 264 |
| 470 | Wood Door Approval | 14 | 02APR04 | 15APR04 | 264 |
| 670 | Generator Fuel Tank Approval | 14 | 02APR04 | 15APR04 | 270 |
| 590 | Painting Approval | 14 | 02APR04 | 15APR04 | 285 |
| 690 | Elevator Approval | 14 | 02APR04 | 15APR04 | 290 |
| 530 | Tile Approval | 14 | 02APR04 | 15APR04 | 297 |
| 490 | Hardware Approval | 14 | 02APR04 | 15APR04 | 305 |
| 570 | Misc Metal Approval | 14 | 02APR04 | 15APR04 | 325 |
| 650 | Flag Pole Approval | 14 | 02APR04 | 15APR04 | 325 |
| 510 | Carpet Approval | 14 | 02APR04 | 15APR04 | 336 |
| 845 | Irrigation Approval | 15 | 09APR04 | 29APR04 | 161 |
| SITE WORK | | | | | |
| 1000 | Demo Sitework Area | 5 | 16FEB04 | 20FEB04 | 10 |
| 1010 | Erosion Control / Tree Protection | 10 | 23FEB04 | 05MAR04 | 10 |
| 1020 | Clear & Grub Sitework Area | 10 | 08MAR04 | 19MAR04 | 10 |
| 1030 | Earthwork | 30 | 22MAR04 | 30APR04 | 10 |
| 1035 | Gravity Sewer Lines | 50 | 26APR04 | 02JUL04 | 10 |
| 1037 | Sanitary Force Main | 90 | 07JUN04 | 08OCT04 | 10 |
| 1060 | Water Lines | 10 | 21JUN04 | 02JUL04 | 10 |
| 1070 | Fire Lines [New Bldg] | 15 | 05JUL04 | 23JUL04 | 75 |
| 1080 | Fire Lines [Bldg 63] | 15 | 26JUL04 | 13AUG04 | 170 |
| 1040 | Storm Drainage Piping | 10 | 11OCT04 | 22OCT04 | 10 |
| 1090 | Inspect Utilities | 5 | 25OCT04 | 29OCT04 | 10 |
| 1100 | Backfill & Compact | 10 | 01NOV04 | 12NOV04 | 10 |
| 1150 | Install Site Elec Lines | 10 | 15NOV04 | 26NOV04 | 10 |
| 1220 | Irrigation | 10 | 15NOV04 | 26NOV04 | 20 |
| 1160 | Light Pole Foundations | 10 | 29NOV04 | 10DEC04 | 10 |
| 1170 | Sub Grade | 10 | 13DEC04 | 24DEC04 | 10 |
| 1175 | Paving | 15 | 27DEC04 | 14JAN05 | 10 |
| 1210 | Install Flagpole | 5 | 27DEC04 | 31DEC04 | 50 |
| 1180 | Curb & Gutter | 10 | 17JAN05 | 28JAN05 | 10 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| 1250 | Landscaping | 15 | 17JAN05 | 04FEB05 | 25 |
| 1260 | Install Stripping / Signage | 10 | 17JAN05 | 28JAN05 | 30 |
| 1200 | Sidewalks | 10 | 31JAN05 | 11FEB05 | 10 |
| 1240 | Install Light Pole Fixtures | 10 | 14FEB05 | 25FEB05 | 10 |
| BUILDING STRUCTURE | | | | | |
| A1005 | Remove Exist Trees [by Owner] | 0 | 09JAN04 | | 0 |
| A1000 | NTP | 0 | 09JAN04 | | 1 |
| A1010 | Mobilize | 10 | 09JAN04 | 22JAN04 | 1 |
| A1020 | Demolition | 10 | 23JAN04 | 05FEB04 | 1 |
| A1030 | Rough Grade Bldg Pad | 5 | 09FEB04 | 13FEB04 | 0 |
| A1040 | Layout Bldg | 5 | 18FEB04 | 24FEB04 | 0 |
| A1050 | Excavate Footings | 12 | 25FEB04 | 11MAR04 | 0 |
| A1070 | Compact Footings | 12 | 03MAR04 | 18MAR04 | 0 |
| A1075 | Form / Rebar Footings | 12 | 10MAR04 | 25MAR04 | 0 |
| A1160 | U/G Plumbing | 10 | 10MAR04 | 23MAR04 | 108 |
| A1255 | Excav Elev Pit | 3 | 12MAR04 | 16MAR04 | 111 |
| A1256 | Form / Rebar Elev Pit | 5 | 17MAR04 | 23MAR04 | 111 |
| A1080 | Ftg / Wall Ftg Inspect | 5 | 23MAR04 | 29MAR04 | 0 |
| A1170 | U/G Electric | 10 | 24MAR04 | 06APR04 | 108 |
| A1260 | Pour Elev Pit | 2 | 24MAR04 | 25MAR04 | 111 |
| A1090 | Pour Footings | 5 | 25MAR04 | 31MAR04 | 0 |
| A1110 | Form Columns (1) | 15 | 30MAR04 | 19APR04 | 0 |
| A1265 | Waterproof/ Backfill Elev Pit | 2 | 31MAR04 | 01APR04 | 111 |
| A1120 | Rebar Columns (1) | 15 | 06APR04 | 26APR04 | 0 |
| A1190 | Install Fuel Lines | 5 | 07APR04 | 13APR04 | 108 |
| A1270 | Drill & Install Piston Sleeve | 3 | 09APR04 | 13APR04 | 111 |
| A1200 | Backfill / Compact SOG & Thickened Slabs | 8 | 14APR04 | 23APR04 | 108 |
| A1130 | Inspect Columns (1) | 5 | 22APR04 | 28APR04 | 0 |
| A1140 | Pour Columns (1) | 5 | 26APR04 | 30APR04 | 0 |
| A1450 | Form Second floor deck (2) | 20 | 03MAY04 | 28MAY04 | 0 |
| A1460 | Rebar Second floor deck (2) | 20 | 17MAY04 | 11JUN04 | 0 |
| A1470 | Inspect Second Floor Deck (2) | 3 | 14JUN04 | 16JUN04 | 0 |
| A1480 | Pour Second Floor Deck (2) | 2 | 17JUN04 | 18JUN04 | 0 |
| A1500 | Form Columns (2) | 15 | 18JUN04 | 08JUL04 | 0 |
| A1510 | Rebar Columns (2) | 15 | 25JUN04 | 15JUL04 | 0 |
| A1520 | Inspect Columns (2) | 3 | 15JUL04 | 19JUL04 | 0 |
| A1530 | Pour Columns (2) | 2 | 20JUL04 | 21JUL04 | 0 |
| A1600 | Form Attic deck (3) | 20 | 22JUL04 | 18AUG04 | 0 |
| A1610 | Rebar Attic deck (3) | 20 | 05AUG04 | 01SEP04 | 0 |
| A1620 | Inspect Attic deck (3) | 3 | 02SEP04 | 06SEP04 | 0 |
| A1630 | Pour Attic deck (3) | 2 | 07SEP04 | 08SEP04 | 0 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| A1660 | Install Roof Trusses | 15 | 09SEP04 | 29SEP04 | 16 |
| A1210 | Form Slab on Grade & Thickened Slabs | 10 | 16SEP04 | 29SEP04 | 0 |
| A1220 | Rebar Slab on Grade & Thickened Slabs | 10 | 23SEP04 | 06OCT04 | 0 |
| A1680 | Install Metal Deck | 15 | 30SEP04 | 20OCT04 | 27 |
| A1700 | Install Roof Trusses [Canopy] | 10 | 30SEP04 | 13OCT04 | 51 |
| A1230 | Slab on Grade Inspect | 3 | 07OCT04 | 11OCT04 | 0 |
| A1250 | Pour Slab on Grade | 2 | 12OCT04 | 13OCT04 | 0 |
| A1710 | Install Metal Deck [Canopy] | 10 | 12OCT04 | 25OCT04 | 51 |
| A1400 | First Floor Masonry (1) | 15 | 15OCT04 | 04NOV04 | 0 |
| A1670 | Install Standing Seam Roof | 15 | 21OCT04 | 10NOV04 | 27 |
| A1665 | Install Exhaust Stacks | 5 | 21OCT04 | 27OCT04 | 31 |
| A1720 | Standing Seam Roof [Canopy] | 8 | 26OCT04 | 04NOV04 | 51 |
| A1550 | Second Floor Masonry (2) | 15 | 27OCT04 | 16NOV04 | 13 |
| A1410 | Insulate Masonary (1) | 10 | 05NOV04 | 18NOV04 | 8 |
| A1420 | Waterproof / Flashing @ Masonry (1) | 10 | 08NOV04 | 19NOV04 | 8 |
| A1430 | Outside Masonary Veneer (1) | 15 | 10NOV04 | 30NOV04 | 8 |
| A1560 | Insulate Masonary (2) | 10 | 17NOV04 | 30NOV04 | 15 |
| A1570 | Waterproof / Flashing @ Masonry (2) | 10 | 18NOV04 | 01DEC04 | 15 |
| A1740 | Install Metal Stairs 1 | 10 | 19NOV04 | 02DEC04 | 45 |
| A1580 | Outside Masonary Veneer (2) | 15 | 01DEC04 | 21DEC04 | 8 |
| A1800 | Set Windows / Storefronts (1) | 15 | 03DEC04 | 23DEC04 | 1 |
| A1750 | Concrete Fill Stairs 1 | 10 | 03DEC04 | 16DEC04 | 45 |
| A1770 | Install Metal Stairs 2 | 10 | 03DEC04 | 16DEC04 | 45 |
| A1780 | Concrete Fill Stairs 2 | 10 | 17DEC04 | 30DEC04 | 45 |
| A1760 | Railings - Stair 1 | 6 | 17DEC04 | 24DEC04 | 55 |
| A1810 | Set Windows / Storefronts (2) | 15 | 24DEC04 | 13JAN05 | 1 |
| A1790 | Railing - Stairs | 6 | 31DEC04 | 07JAN05 | 45 |
| BUILDING FINISHES | | | | | |
| A4000 | Drywall Framing (1) | 30 | 22OCT04 | 02DEC04 | 0 |
| A4020 | Electric R-I (1) | 25 | 05NOV04 | 09DEC04 | 1 |
| A4010 | Plumbing R-I (1) | 20 | 05NOV04 | 02DEC04 | 6 |
| A4052 | R-I HVAC Controls (1) | 30 | 05NOV04 | 04DEC04 | 15 |
| A4030 | Security R-I (1) | 10 | 05NOV04 | 18NOV04 | 21 |
| A4040 | F/P R-I (1) | 20 | 09NOV04 | 06DEC04 | 4 |
| A4050 | HVAC Ductwork R-I (1) | 20 | 09NOV04 | 06DEC04 | 4 |
| A5000 | Drywall Framing (2) | 30 | 22NOV04 | 31DEC04 | 0 |
| A4090 | Door Frames (1) | 15 | 22NOV04 | 10DEC04 | 32 |
| A5042 | R-I HVAC Controls (2) | 30 | 25NOV04 | 24DEC04 | 11 |
| A4055 | Lab Piping R-I (1) | 15 | 26NOV04 | 16DEC04 | 15 |
| A4070 | Lab Wiring R-I (1) | 15 | 26NOV04 | 16DEC04 | 15 |
| A5010 | Plumbing R-I (2) | 20 | 29NOV04 | 24DEC04 | 0 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| A5030 | F/P R-I (2) | 20 | 29NOV04 | 24DEC04 | 0 |
| A5040 | HVAC Ductwork R-I (2) | 20 | 29NOV04 | 24DEC04 | 0 |
| A5020 | Electric R-I (2) | 20 | 29NOV04 | 24DEC04 | 2 |
| A5035 | Security R-I (2) | 10 | 29NOV04 | 10DEC04 | 17 |
| A4060 | Lab Air Systems R-I (1) | 15 | 30NOV04 | 20DEC04 | 13 |
| A4100 | Plumbing R-I Inspection (1) | 2 | 03DEC04 | 06DEC04 | 6 |
| A4120 | F/P R-I Inspection (1) | 2 | 07DEC04 | 08DEC04 | 4 |
| A4130 | HVAC R-I Inspection (1) | 2 | 07DEC04 | 08DEC04 | 4 |
| A4110 | Electric R-I Inspection (1) | 2 | 10DEC04 | 13DEC04 | 1 |
| A5070 | Lab Wiring R-I (2) | 15 | 13DEC04 | 31DEC04 | 12 |
| A4180 | Hang Drywall (1) | 30 | 14DEC04 | 24JAN05 | 1 |
| A4150 | Insulation (1) | 15 | 17DEC04 | 06JAN05 | 1 |
| A5050 | Lab Piping R-I (2) | 15 | 20DEC04 | 07JAN05 | 7 |
| A5060 | Lab Air Systems R-I (2) | 15 | 20DEC04 | 07JAN05 | 7 |
| A4190 | Finish Drywall (1) | 30 | 21DEC04 | 31JAN05 | 1 |
| A4140 | Lab R-I Inspections R-I (1) | 3 | 21DEC04 | 23DEC04 | 13 |
| A5090 | Door Frames (2) | 15 | 21DEC04 | 10JAN05 | 21 |
| A5110 | Electric R-I Inspection (2) | 2 | 23DEC04 | 24DEC04 | 2 |
| A4540 | Install Generator (1) | 12 | 24DEC04 | 10JAN05 | 12 |
| A4570 | Install Mech Rm Equip (1) | 12 | 24DEC04 | 10JAN05 | 12 |
| A4560 | Install Fuel Tank(1) | 12 | 24DEC04 | 10JAN05 | 24 |
| A5100 | Plumbing R-I Inspection (2) | 2 | 27DEC04 | 28DEC04 | 0 |
| A5120 | F/P R-I Inspection (2) | 2 | 27DEC04 | 28DEC04 | 0 |
| A5130 | HVAC R-I Inspection (2) | 2 | 27DEC04 | 28DEC04 | 0 |
| A4160 | Insulation Inspection (1) | 10 | 28DEC04 | 10JAN05 | 1 |
| A5180 | Hang Drywall (2) | 30 | 29DEC04 | 08FEB05 | 0 |
| A5150 | Insulation (2) | 15 | 04JAN05 | 24JAN05 | 1 |
| A5190 | Finish Drywall (2) | 30 | 06JAN05 | 16FEB05 | 0 |
| A5140 | Lab R-I Inspections R-I (2) | 5 | 10JAN05 | 14JAN05 | 7 |
| A5160 | Insulation Inspection (2) | 10 | 11JAN05 | 24JAN05 | 1 |
| A4530 | Install Chiller Equip (1) | 12 | 11JAN05 | 26JAN05 | 12 |
| A4580 | Install Switchgear Equip (1) | 12 | 11JAN05 | 26JAN05 | 12 |
| A6032 | R-I HVAC Controls (1) | 20 | 15JAN05 | 09FEB05 | 31 |
| A6000 | Plumbing R-I (3) | 10 | 17JAN05 | 28JAN05 | 20 |
| A6010 | Electric R-I (3) | 10 | 17JAN05 | 28JAN05 | 20 |
| A6030 | HVAC Ductwork R-I (3) | 10 | 17JAN05 | 28JAN05 | 20 |
| A6020 | F/P R-I (3) | 10 | 17JAN05 | 28JAN05 | 28 |
| A5420 | Ceramic Tile (2) | 15 | 20JAN05 | 09FEB05 | 7 |
| A6040 | Lab Piping R-I (3) | 10 | 24JAN05 | 04FEB05 | 20 |
| A6050 | Lab Air Systems R-I (3) | 10 | 24JAN05 | 04FEB05 | 20 |
| A6060 | Lab Wiring R-I (3) | 10 | 24JAN05 | 04FEB05 | 20 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| A6070 | Lab Chemical Supply R-I (3) | 10 | 24JAN05 | 04FEB05 | 20 |
| A4210 | Prime Painting (1) | 10 | 25JAN05 | 07FEB05 | 1 |
| A4590 | Install Elevator Cabs | 25 | 25JAN05 | 28FEB05 | 4 |
| A4220 | Doors & Hardware (1) | 12 | 27JAN05 | 11FEB05 | 13 |
| A5200 | Carpentry (2) | 15 | 27JAN05 | 16FEB05 | 14 |
| A6090 | Plumbing R-I Inspection (3) | 2 | 31JAN05 | 01FEB05 | 28 |
| A6100 | Electric R-I Inspection (3) | 2 | 31JAN05 | 01FEB05 | 28 |
| A6110 | F/P R-I Inspection (3) | 2 | 31JAN05 | 01FEB05 | 28 |
| A4250 | Ceiling Grid (1) | 15 | 01FEB05 | 21FEB05 | 1 |
| A4490 | Ceramic Tile (1) | 15 | 01FEB05 | 21FEB05 | 4 |
| A4200 | Carpentry (1) | 15 | 01FEB05 | 21FEB05 | 14 |
| A5295 | Finish HVAC Controls (2) | 20 | 03FEB05 | 22FEB05 | 1 |
| A4230 | Cabinetry / Millwork (1) | 20 | 04FEB05 | 03MAR05 | 1 |
| A6120 | HVAC R-I Inspection (3) | 2 | 04FEB05 | 07FEB05 | 24 |
| A6130 | Lab R-I Inspections R-I (3) | 5 | 07FEB05 | 11FEB05 | 20 |
| A4290 | Elec Trim (1) | 15 | 08FEB05 | 28FEB05 | 2 |
| A4300 | F/P Trim (1) | 15 | 08FEB05 | 28FEB05 | 2 |
| A4310 | Plumbing Trim (1) | 15 | 08FEB05 | 28FEB05 | 4 |
| A4305 | Finish HVAC Controls (1) | 20 | 08FEB05 | 27FEB05 | 7 |
| A5210 | Prime Painting (2) | 10 | 09FEB05 | 22FEB05 | 0 |
| A4270 | Ceiling Fixtures (1) | 15 | 09FEB05 | 01MAR05 | 1 |
| A5430 | Plumbing Fixtures (2) | 15 | 10FEB05 | 02MAR05 | 7 |
| A4280 | Ceiling & Finish Mech (1) | 15 | 11FEB05 | 03MAR05 | 1 |
| A5220 | Doors & Hardware (2) | 12 | 14FEB05 | 01MAR05 | 5 |
| A5240 | Ceiling Grid (2) | 15 | 15FEB05 | 07MAR05 | 0 |
| A5270 | Elec Trim (2) | 15 | 16FEB05 | 08MAR05 | 0 |
| A5290 | Plumbing Trim (2) | 15 | 16FEB05 | 08MAR05 | 1 |
| A5230 | Cabinetry / Millwork (2) | 20 | 16FEB05 | 15MAR05 | 3 |
| A5250 | Ceiling Fixtures (2) | 15 | 17FEB05 | 09MAR05 | 0 |
| A5260 | Ceiling & Finish Mech (2) | 15 | 17FEB05 | 09MAR05 | 0 |
| A5280 | F/P Trim (2) | 10 | 21FEB05 | 04MAR05 | 1 |
| A4500 | Plumbing Fixtures (1) | 15 | 22FEB05 | 14MAR05 | 4 |
| A4360 | F/P Trim Inspection (1) | 2 | 01MAR05 | 02MAR05 | 2 |
| A4370 | Lab Piping Trim (1) | 10 | 01MAR05 | 14MAR05 | 16 |
| A4400 | Lab Wiring Trim (1) | 10 | 01MAR05 | 14MAR05 | 16 |
| A4450 | Final Painting (1) | 10 | 02MAR05 | 15MAR05 | 1 |
| A4340 | Finish Elec Inspection (1) | 2 | 02MAR05 | 03MAR05 | 3 |
| A5440 | B/R Partitions / Accessories (2) | 10 | 03MAR05 | 16MAR05 | 7 |
| A4320 | Finish Mech Inspection (1) | 2 | 04MAR05 | 07MAR05 | 1 |
| A4440 | Drop Ceiling Tile (1) | 5 | 04MAR05 | 10MAR05 | 1 |
| A5320 | F/P Trim Inspection (2) | 2 | 04MAR05 | 07MAR05 | 1 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| A5330 | Lab Piping Trim (2) | 10 | 04MAR05 | 17MAR05 | 8 |
| A5360 | Lab Chemical Supply Trim (2) | 10 | 04MAR05 | 17MAR05 | 8 |
| A4380 | Lab Air Systems Trim (1) | 10 | 04MAR05 | 17MAR05 | 13 |
| A5350 | Lab Wiring Trim (2) | 10 | 07MAR05 | 18MAR05 | 7 |
| A5300 | Finish Mech Inspection (2) | 2 | 08MAR05 | 09MAR05 | 0 |
| A5310 | Finish Elec Inspection (2) | 2 | 08MAR05 | 09MAR05 | 0 |
| A5380 | Drop Ceiling Tile (2) | 5 | 09MAR05 | 15MAR05 | 0 |
| A5390 | Final Painting (2) | 10 | 09MAR05 | 22MAR05 | 0 |
| A5340 | Lab Air Systems Trim (2) | 10 | 10MAR05 | 23MAR05 | 4 |
| A4520 | B/R Partitions / Accessories (1) | 10 | 15MAR05 | 28MAR05 | 4 |
| A4470 | Flooring Tile / Carpet (1) | 15 | 16MAR05 | 05APR05 | 1 |
| A4480 | Signage (1) | 5 | 16MAR05 | 22MAR05 | 13 |
| A5400 | Flooring Tile / Carpet (2) | 15 | 18MAR05 | 07APR05 | 0 |
| A4430 | Lab Trim Inspections (1) | 3 | 18MAR05 | 22MAR05 | 13 |
| A5410 | Signage (2) | 5 | 23MAR05 | 29MAR05 | 7 |
| A5370 | Lab Trim Inspections (2) | 3 | 24MAR05 | 28MAR05 | 4 |
| EXTERIOR | | | | | |
| A6500 | Stucco | 20 | 07JAN05 | 03FEB05 | 6 |
| A6510 | Exterior Painting | 18 | 08FEB05 | 03MAR05 | 6 |
| A6520 | Install Extr Misc Metals | 20 | 25FEB05 | 24MAR05 | 6 |
| A6530 | Install Leaders & Gutters | 20 | 25FEB05 | 24MAR05 | 6 |
| COMPLETION ACTIVITIES | | | | | |
| A9010 | Programming / Start Up | 30 | 14FEB05 | 25MAR05 | 0 |
| A9000 | Subcontractor Punchout & Cleanup | 20 | 14MAR05 | 08APR05 | 0 |
| A9020 | Commissioning / Acceptance | 10 | 28MAR05 | 08APR05 | 0 |
| A9040 | Training | 10 | 04APR05 | 15APR05 | 69 |
| A9050 | COMPLETION; COMMISSION PH 1 | 0 | | 08APR05 | 0 |
| A9060 | PUNCHLIST | 30 | 09APR05 | 09MAY05 | 75 |
| A9070 | Required Completion - Phase 1 | 0 | 11APR05* | | 0 |
| BUILDING 63 | | | | | |
| B0000 | Owner Relocation | 14 | 09APR05 | 22APR05 | 2 |
| B0370 | Demo Existing Elec | 5 | 25APR05 | 29APR05 | 0 |
| B0380 | Install New Elec Equip | 15 | 25APR05 | 13MAY05 | 0 |
| B0300 | Demo Existing F/P | 5 | 25APR05 | 29APR05 | 1 |
| B0330 | Demo Existing HVAC | 5 | 25APR05 | 29APR05 | 2 |
| B0200 | Procure New Guardrail | 30 | 25APR05 | 03JUN05 | 19 |
| B0010 | Demo Existing Toilet | 5 | 25APR05 | 29APR05 | 39 |
| B0340 | Install New HVAC Equip | 15 | 27APR05 | 17MAY05 | 2 |
| B0310 | Install New F/P Equip | 10 | 02MAY05 | 13MAY05 | 1 |
| B0020 | Construct New Bathroom Walls | 5 | 02MAY05 | 06MAY05 | 39 |
| B0060 | Install New Ceiling | 3 | 09MAY05 | 11MAY05 | 39 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| B0040 | Construct New Doors | 2 | 09MAY05 | 10MAY05 | 52 |
| B0390 | Install New Elec Runs | 20 | 12MAY05 | 08JUN05 | 0 |
| B0080 | Ceramic Tile | 5 | 12MAY05 | 18MAY05 | 39 |
| B0345 | Install New HVAC Controls | 15 | 13MAY05 | 02JUN05 | 2 |
| B0350 | Install New HVAC Runs | 20 | 13MAY05 | 09JUN05 | 2 |
| B0320 | Install New F/P Runs | 15 | 16MAY05 | 03JUN05 | 1 |
| B0090 | Plumbing Fixtures | 5 | 19MAY05 | 25MAY05 | 39 |
| B0100 | B/R Partitions / Accessories | 5 | 23MAY05 | 27MAY05 | 39 |
| B0210 | Remove Exist Guardrail | 5 | 06JUN05 | 10JUN05 | 19 |
| B0130 | Repair Ceiling Tile | 10 | 07JUN05 | 20JUN05 | 0 |
| B0220 | Install New Guardrail | 10 | 13JUN05 | 24JUN05 | 19 |
| B0440 | Repair Walls | 15 | 17JUN05 | 08JUL05 | 0 |
| B0450 | Touch Up Paint | 10 | 11JUL05 | 22JUL05 | 0 |
| A9100 | Required Completion - Phase 2 | 0 | | 22JUL05 | 0 |
| A9150 | Completion - Phase 2 | 0 | | 22JUL05 | 0 |



# Exhibit 2 – Time Impact Analysis

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| ADMINISTRATIVE ACTIVITIES | | | | | |
| 614 | Original Window Submittal | 20 | 05JUL04* | 30JUL04 | -148 |
| 615 | Delay - Window Revisions - Submittals | 55 | 17MAY04* | 30JUL04 | -148 |
| 616 | Delay - Window Revisions - Eng Review | 135 | 02AUG04* | 04FEB05 | -148 |
| 620 | Additional Window Submittal | 20 | 07FEB05 | 04MAR05 | -125 |
| 630 | Window Approval | 14 | 05MAR05 | 18MAR05 | -173 |
| 631 | Change Order Meeting | 0 | 01MAR05* | | 144 |
| 632 | Window Change Order Approval | 70 | 05FEB05 | 15APR05 | -206 |
| 635 | New Window Plates / Angle Delivery | 15 | 21APR05 | 11MAY05 | -148 |
| 637 | New Window Delivery | 15 | 21APR05 | 11MAY05 | -123 |
| BUILDING STRUCTURE | | | | | |
| A1400 | First Floor Masonry (1) | 15 | 25APR05 | 13MAY05 | -148 |
| A1405 | Install Window Plates & Angles (1) | 15 | 09MAY05 | 27MAY05 | -148 |
| A1410 | Insulate Masonry (1) | 10 | 30MAY05 | 10JUN05 | -148 |
| A1420 | Waterproof / Flashing @ Masonry (1) | 10 | 31MAY05 | 13JUN05 | -148 |
| A1430 | Outside Masonry Veneer (1) | 15 | 02JUN05 | 22JUN05 | -148 |
| A1550 | Second Floor Masonry (2) | 15 | 05MAY05 | 25MAY05 | -136 |
| A1555 | Install Window Plates & Angles (2) | 15 | 19MAY05 | 08JUN05 | -136 |
| A1560 | Insulate Masonry (2) | 10 | 09JUN05 | 22JUN05 | -136 |
| A1570 | Waterproof / Flashing @ Masonry (2) | 10 | 10JUN05 | 23JUN05 | -136 |
| A1580 | Outside Masonry Veneer (2) | 15 | 23JUN05 | 14JUL05 | -143 |
| A1740 | Install Metal Stairs 1 | 10 | 30MAY05 | 10JUN05 | -91 |
| A1750 | Concrete Fill Stairs 1 | 10 | 13JUN05 | 24JUN05 | -91 |
| A1760 | Railings - Stair 1 | 6 | 27JUN05 | 05JUL05 | -81 |
| A1770 | Install Metal Stairs 2 | 10 | 13JUN05 | 24JUN05 | -91 |
| A1780 | Concrete Fill Stairs 2 | 10 | 27JUN05 | 11JUL05 | -91 |
| A1790 | Railing - Stairs | 6 | 12JUL05 | 19JUL05 | -91 |
| A1800 | Set Windows / Storefronts (1) | 20 | 16JUN05 | 14JUL05 | -148 |
| A1810 | Set Windows / Storefronts (2) | 20 | 15JUL05 | 11AUG05 | -148 |
| BUILDING FINISHES | | | | | |
| A4000 | Drywall Framing (1) | 30 | 02MAY05 | 10JUN05 | -145 |
| A4010 | Plumbing R-I (1) | 20 | 16MAY05 | 10JUN05 | -130 |
| A4020 | Electric R-I (1) | 25 | 16MAY05 | 17JUN05 | -135 |
| A4030 | Security R-I (1) | 10 | 16MAY05 | 27MAY05 | -115 |
| A4040 | F/P R-I (1) | 20 | 18MAY05 | 14JUN05 | -132 |
| A4050 | HVAC Ductwork R-I (1) | 20 | 18MAY05 | 14JUN05 | -132 |




| | | |
|---|---|---|
| Start Date | 01DEC03 | Early Bar |
| Finish Date | 16FEB06 | Progress Bar |
| Data Date | 09JAN04 | Critical Activity |
| Run Date | 28JAN05 15:33 | |

© Primavera Systems, Inc.

TA04

Sheet 1 of 5

Grace & Naeem Uddin, Inc.
USDA - Subtropical Horticulture Rese

Exhibit # 2 - Time Impact Analysis 4
Window and Window Support System Revisions

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| A4052 | R-I HVAC Controls (1) | 30 | 14MAY05 | 12JUN05 | -175 |
| A4055 | Lab Piping R-I (1) | 15 | 06JUN05 | 24JUN05 | -121 |
| A4060 | Lab Air Systems R-I (1) | 15 | 08JUN05 | 28JUN05 | -123 |
| A4070 | Lab Wiring R-I (1) | 15 | 06JUN05 | 24JUN05 | -121 |
| A4090 | Door Frames (1) | 15 | 31MAY05 | 20JUN05 | -104 |
| A4100 | Plumbing R-I Inspection (1) | 2 | 13JUN05 | 14JUN05 | -130 |
| A4110 | Electric R-I Inspection (1) | 2 | 20JUN05 | 21JUN05 | -135 |
| A4120 | F/P R-I Inspection (1) | 2 | 15JUN05 | 16JUN05 | -132 |
| A4130 | HVAC R-I Inspection (1) | 2 | 15JUN05 | 16JUN05 | -132 |
| A4140 | Lab R-I Inspections R-I (1) | 3 | 29JUN05 | 01JUL05 | -123 |
| A4150 | Insulation (1) | 15 | 08JUL05 | 28JUL05 | -143 |
| A4160 | Insulation Inspection (1) | 10 | 19JUL05 | 01AUG05 | -143 |
| A4180 | Hang Drywall (1) | 30 | 05JUL05 | 15AUG05 | -143 |
| A4190 | Finish Drywall (1) | 30 | 12JUL05 | 22AUG05 | -143 |
| A4200 | Carpentry (1) | 15 | 23AUG05 | 12SEP05 | -130 |
| A4210 | Prime Painting (1) | 10 | 16AUG05 | 29AUG05 | -143 |
| A4220 | Doors & Hardware (1) | 12 | 18AUG05 | 02SEP05 | -131 |
| A4230 | Cabinetry / Millwork (1) | 20 | 26AUG05 | 22SEP05 | -143 |
| A4250 | Ceiling Grid (1) | 15 | 23AUG05 | 12SEP05 | -143 |
| A4270 | Ceiling Fixtures (1) | 15 | 31AUG05 | 20SEP05 | -143 |
| A4280 | Ceiling & Finish Mech (1) | 15 | 02SEP05 | 22SEP05 | -143 |
| A4290 | Elec Trim (1) | 15 | 30AUG05 | 19SEP05 | -142 |
| A4300 | F/P Trim (1) | 15 | 30AUG05 | 19SEP05 | -142 |
| A4305 | Finish HVAC Controls (1) | 20 | 30AUG05 | 18SEP05 | -196 |
| A4310 | Plumbing Trim (1) | 15 | 30AUG05 | 19SEP05 | -140 |
| A4320 | Finish Mech Inspection (1) | 2 | 23SEP05 | 26SEP05 | -143 |
| A4340 | Finish Elec Inspection (1) | 2 | 21SEP05 | 22SEP05 | -141 |
| A4360 | F/P Trim Inspection (1) | 2 | 20SEP05 | 21SEP05 | -142 |
| A4370 | Lab Piping Trim (1) | 10 | 20SEP05 | 03OCT05 | -128 |
| A4380 | Lab Air Systems Trim (1) | 10 | 23SEP05 | 06OCT05 | -131 |
| A4400 | Lab Wiring Trim (1) | 10 | 20SEP05 | 03OCT05 | -128 |
| A4430 | Lab Trim Inspections (1) | 3 | 07OCT05 | 11OCT05 | -131 |
| A4440 | Drop Ceiling Tile (1) | 5 | 23SEP05 | 29SEP05 | -143 |
| A4450 | Final Painting (1) | 10 | 21SEP05 | 04OCT05 | -143 |
| A4470 | Flooring Tile / Carpet (1) | 15 | 05OCT05 | 25OCT05 | -143 |
| A4480 | Signage (1) | 5 | 05OCT05 | 11OCT05 | -131 |
| A4490 | Ceramic Tile (1) | 15 | 23AUG05 | 12SEP05 | -140 |
| A4500 | Plumbing Fixtures (1) | 15 | 13SEP05 | 03OCT05 | -140 |
| A4520 | B/R Partitions / Accessories (1) | 10 | 04OCT05 | 17OCT05 | -140 |
| A4530 | Install Chiller Equip (1) | 12 | 02AUG05 | 17AUG05 | -132 |
| A4540 | Install Generator (1) | 12 | 15JUL05 | 01AUG05 | -132 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| A4550 | Install Fuel Tank(1) | 12 | 15JUL05 | 01AUG05 | -120 |
| A4570 | Install Mech Rm Equip (1) | 12 | 15JUL05 | 01AUG05 | -132 |
| A4580 | Install Switchgear Equip (1) | 12 | 02AUG05 | 17AUG05 | -132 |
| A4590 | Install Elevator Cabs | 25 | 16AUG05 | 19SEP05 | -140 |
| A5000 | Drywall Framing (2) | 30 | 31MAY05 | 12JUL05 | -136 |
| A5010 | Plumbing R-I (2) | 20 | 07JUN05 | 05JUL05 | -136 |
| A5020 | Electric R-I (2) | 20 | 07JUN05 | 05JUL05 | -134 |
| A5030 | F/P R-I (2) | 20 | 07JUN05 | 05JUL05 | -136 |
| A5035 | Security R-I (2) | 10 | 07JUN05 | 20JUN05 | -119 |
| A5040 | HVAC Ductwork R-I (2) | 20 | 07JUN05 | 05JUL05 | -136 |
| A5042 | R-I HVAC Controls (2) | 30 | 03JUN05 | 02JUL05 | -179 |
| A5050 | Lab Piping R-I (2) | 15 | 28JUN05 | 19JUL05 | -129 |
| A5060 | Lab Air Systems R-I (2) | 15 | 28JUN05 | 19JUL05 | -129 |
| A5070 | Lab Wiring R-I (2) | 15 | 21JUN05 | 12JUL05 | -124 |
| A5090 | Door Frames (2) | 15 | 29JUN05 | 20JUL05 | -115 |
| A5100 | Plumbing R-I Inspection (2) | 2 | 06JUL05 | 07JUL05 | -136 |
| A5110 | Electric R-I Inspection (2) | 2 | 01JUL05 | 05JUL05 | -134 |
| A5120 | F/P R-I Inspection (2) | 2 | 06JUL05 | 07JUL05 | -136 |
| A5130 | HVAC R-I Inspection (2) | 2 | 06JUL05 | 07JUL05 | -136 |
| A5140 | Lab R-I Inspections R-I (2) | 5 | 20JUL05 | 26JUL05 | -129 |
| A5150 | Insulation (2) | 15 | 02AUG05 | 22AUG05 | -148 |
| A5160 | Insulation Inspection (2) | 10 | 09AUG05 | 22AUG05 | -148 |
| A5180 | Hang Drywall (2) | 30 | 26JUL05 | 05SEP05 | -148 |
| A5190 | Finish Drywall (2) | 30 | 03AUG05 | 13SEP05 | -148 |
| A5200 | Carpentry (2) | 15 | 24AUG05 | 13SEP05 | -134 |
| A5210 | Prime Painting (2) | 10 | 06SEP05 | 19SEP05 | -148 |
| A5220 | Doors & Hardware (2) | 12 | 09SEP05 | 26SEP05 | -143 |
| A5230 | Cabinetry / Millwork (2) | 20 | 13SEP05 | 10OCT05 | -145 |
| A5240 | Ceiling Grid (2) | 15 | 12SEP05 | 30SEP05 | -148 |
| A5250 | Ceiling Fixtures (2) | 15 | 14SEP05 | 04OCT05 | -148 |
| A5260 | Ceiling & Finish Mech (2) | 15 | 14SEP05 | 04OCT05 | -148 |
| A5270 | Elec Trim (2) | 15 | 13SEP05 | 03OCT05 | -148 |
| A5280 | F/P Trim (2) | 10 | 16SEP05 | 29SEP05 | -147 |
| A5290 | Plumbing Trim (2) | 15 | 13SEP05 | 03OCT05 | -147 |
| A5295 | Finish HVAC Controls (2) | 20 | 31AUG05 | 19SEP05 | -208 |
| A5300 | Finish Mech Inspection (2) | 2 | 03OCT05 | 04OCT05 | -148 |
| A5310 | Finish Elec Inspection (2) | 2 | 03OCT05 | 04OCT05 | -148 |
| A5320 | F/P Trim Inspection (2) | 2 | 29SEP05 | 30SEP05 | -147 |
| A5330 | Lab Piping Trim (2) | 10 | 29SEP05 | 12OCT05 | -140 |
| A5340 | Lab Air Systems Trim (2) | 10 | 05OCT05 | 18OCT05 | -144 |
| A5350 | Lab Wiring Trim (2) | 10 | 30SEP05 | 13OCT05 | -141 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| A5360 | Lab Chemical Supply Trim (2) | 10 | 29SEP05 | 12OCT05 | -140 |
| A5370 | Lab Trim Inspections (2) | 3 | 19OCT05 | 21OCT05 | -144 |
| A5380 | Drop Ceiling Tile (2) | 5 | 04OCT05 | 10OCT05 | -148 |
| A5390 | Final Painting (2) | 10 | 04OCT05 | 17OCT05 | -148 |
| A5400 | Flooring Tile / Carpet (2) | 15 | 13OCT05 | 02NOV05 | -148 |
| A5410 | Signage (2) | 5 | 18OCT05 | 24OCT05 | -141 |
| A5420 | Ceramic Tile (2) | 15 | 17AUG05 | 06SEP05 | -141 |
| A5430 | Plumbing Fixtures (2) | 15 | 07SEP05 | 27SEP05 | -141 |
| A5440 | B/R Partitions / Accessories (2) | 10 | 28SEP05 | 11OCT05 | -141 |
| A6000 | Plumbing R-I (3) | 10 | 27JUL05 | 09AUG05 | -116 |
| A6010 | Electric R-I (3) | 10 | 27JUL05 | 09AUG05 | -116 |
| A6020 | F/P R-I (3) | 10 | 27JUL05 | 09AUG05 | -108 |
| A6030 | HVAC Ductwork R-I (3) | 10 | 27JUL05 | 09AUG05 | -116 |
| A6032 | R-I HVAC Controls (1) | 20 | 27JUL05 | 15AUG05 | -162 |
| A6040 | Lab Piping R-I (3) | 10 | 03AUG05 | 16AUG05 | -116 |
| A6050 | Lab Air Systems R-I (3) | 10 | 03AUG05 | 16AUG05 | -116 |
| A6060 | Lab Wiring R-I (3) | 10 | 03AUG05 | 16AUG05 | -116 |
| A6070 | Lab Chemical Supply R-I (3) | 10 | 03AUG05 | 16AUG05 | -116 |
| A6090 | Plumbing R-I Inspection (3) | 2 | 10AUG05 | 11AUG05 | -108 |
| A6100 | Electric R-I Inspection (3) | 2 | 10AUG05 | 11AUG05 | -108 |
| A6110 | F/P R-I Inspection (3) | 2 | 10AUG05 | 11AUG05 | -108 |
| A6120 | HVAC R-I Inspection (3) | 2 | 16AUG05 | 17AUG05 | -112 |
| A6130 | Lab R-I Inspections R-I (3) | 5 | 17AUG05 | 23AUG05 | -116 |
| EXTERIOR | | | | | |
| A6500 | Stucco | 20 | 05AUG05 | 01SEP05 | -143 |
| A6510 | Exterior Painting | 18 | 06SEP05 | 29SEP05 | -143 |
| A6520 | Install Extr Misc Metals | 20 | 23SEP05 | 20OCT05 | -143 |
| A6530 | Install Leaders & Gutters | 20 | 23SEP05 | 20OCT05 | -143 |
| COMPLETION ACTIVITIES | | | | | |
| A9000 | Subcontractor Punchout & Cleanup | 20 | 07OCT05 | 03NOV05 | -148 |
| A9010 | Programming / Start Up | 30 | 12SEP05 | 21OCT05 | -149 |
| A9020 | Commissioning / Acceptance | 10 | 24OCT05 | 04NOV05 | -149 |
| A9040 | Training | 10 | 31OCT05 | 11NOV05 | -80 |
| A9050 | COMPLETION; COMMISSION PH 1 | 0 | | 04NOV05 | -149 |
| A9060 | PUNCH LIST | 30 | 05NOV05 | 04DEC05 | -135 |
| A9070 | Required Completion - Phase 1 | 0 | 07NOV05* | | -149 |
| BUILDING 63 | | | | | |
| A9100 | Required Completion - Phase 2 | 0 | | 16FEB06 | -149 |
| A9150 | Completion - Phase 2 | 0 | | 16FEB06 | -149 |
| B0000 | Owner Relocation | 14 | 05NOV05 | 18NOV05 | -208 |
| B0010 | Demo Existing Toilet | 5 | 21NOV05 | 25NOV05 | -110 |



# Exhibit 3– Documentation

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| B0020 | Construct New Bathroom Walls | 5 | 28NOV05 | 02DEC05 | -110 |
| B0040 | Construct New Doors | 2 | 05DEC05 | 06DEC05 | -97 |
| B0060 | Install New Ceiling | 3 | 05DEC05 | 07DEC05 | -110 |
| B0080 | Ceramic Tile | 5 | 08DEC05 | 14DEC05 | -110 |
| B0090 | Plumbing Fixtures | 5 | 15DEC05 | 21DEC05 | -110 |
| B0100 | B/R Partitions / Accessories | 5 | 19DEC05 | 23DEC05 | -110 |
| B0200 | Procure New Guardrail | 30 | 21NOV05 | 30DEC05 | -130 |
| B0210 | Remove Exist Guardrail | 5 | 02JAN06 | 06JAN06 | -130 |
| B0220 | Install New Guardrail | 10 | 09JAN06 | 20JAN06 | -130 |
| B0300 | Demo Existing F/P | 5 | 21NOV05 | 25NOV05 | -148 |
| B0310 | Install New F/P Equip | 10 | 28NOV05 | 09DEC05 | -148 |
| B0320 | Install New F/P Runs | 15 | 12DEC05 | 30DEC05 | -148 |
| B0330 | Demo Existing HVAC | 5 | 21NOV05 | 25NOV05 | -147 |
| B0340 | Install New HVAC Equip | 15 | 23NOV05 | 13DEC05 | -147 |
| B0345 | Install New HVAC Controls | 15 | 09DEC05 | 29DEC05 | -147 |
| B0350 | Install New HVAC Runs | 20 | 09DEC05 | 05JAN06 | -147 |
| B0370 | Demo Existing Elec | 5 | 21NOV05 | 25NOV05 | -149 |
| B0380 | Install New Elec Equip | 15 | 21NOV05 | 09DEC05 | -149 |
| B0390 | Install New Elec Runs | 20 | 08DEC05 | 04JAN06 | -149 |
| B0430 | Repair Ceiling Tile | 10 | 03JAN06 | 16JAN06 | -149 |
| B0440 | Repair Walls | 15 | 13JAN06 | 02FEB06 | -149 |
| B0450 | Touch Up Paint | 10 | 03FEB06 | 16FEB06 | -149 |






EXHIBIT NO.: 1

'T' CLIP'

CENTER MULLION

Engr: DF

FL

JAN




Qty = 50

'T' CLIP'

CENTER MULLION

EXHIBIT NO.: 2




EXHIBIT NO.: 3

'F' CLIP
JAMB

Qty = 48
PROVIDE PLATE W/ HOLES
& WELDING.
GNU WILL PROVIDE




EXHIBIT NO.: 4

'F' CLIP

JAMB

GRACE &
NAEEM UDDIN, INC.
CONSULTING ENGINEERS
CONSTRUCTION MANAGERS
GENERAL CONTRACTORS
BUILDING INSPECTORS

JOB 0322
SHEET NO. OF
CALCULATED BY DATE
CHECKED BY NU DATE 1/13/05
SCALE




QTY = 210

EXHIBIT NO.: 5

5532 N.W. 72nd Avenue • Miami, Florida 33166 • (305) 887-6227 • Fax (305) 887-6228

REGISTER CART
Keyword or item # SEARCH
SHOP GIFT CENTER KNOW-HOW SERVICES PROMOTIONS CUSTOMER SUPPORT SIGN IN STORE FINDER
SHOP NOW

# You searched for "tapcon"



$15.95



$19.87

4 matching products

Sort by...

COMPARE



COMPARE

$19.87

ADD TO CART



COMPARE

$16.85

ADD TO CART
ADD TO REGISTRY



COMPARE

$15.95

ADD TO CART
ADD TO REGISTRY

EXHIBIT NO.: 6



COMPARE

$15.95

ADD TO CART
ADD TO REGISTRY

REGISTER | CART

Keyword or item # SEARCH

SHOP GIFT CENTER KNOW-HOW SERVICES PROMOTIONS CUSTOMER SUPPORT SIGN IN STORE FINDER

SHOP NOW

PRODUCT IMAGE SPECIFICATIONS WARRANTY

**Bosch**
**1/4 In.x4 In.x6 In. Hammer Drill Bit**
Model HCBG06

PRINTABLE PAGE



**Price: $3.59/ea**

Qty: 1

ADD TO CART ADD TO REGISTRY ADD TO WISHLIST E-MAIL TO A FRIEND

BOSCH

YOU MAY ALSO LIKE



$29.97

GO

EXHIBIT NO.: 7

Date: 1/24/05
Pages: 2
Sender:
ax Number:
e: Fax

Time: 4:40 PM
Duration: 0 min 45 sec
Company:
Subject:

Jan 28 2000 2:52AM HP LASERJET FAX p.2

# FRANK BROTHERS

3128 WEST 81ST STREET
HIALEAH, FL 33018

# ESTIMATE

| DATE | ESTIMATE # |
|---|---|
| 1/19/2005 | 512 |

| NAME / ADDRESS |
|---|
| GRACE AND NAEEM UDDIN INC.<br>5532 N.W. 72 AVE. 33166 |

| C.O.D. | USDA 0322 |
|---|---|
| DUE ON RECEIPT | |

| DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|
| ALUMINUM ANGLES 3" 1/2" X 3" 1/2" X 1/4" WITH 3 HOLES.FURNISH ONLY | 210 | 24.00 | 5,040.00 |
| F CLIP JAMB. | | | |
| F CLIP JAMB.FURNISH ONLY | 48 | 72.00 | 3,456.00 |
| T CLIP MULLIN.FURNISH ONLY | 40 | 75.00 | 3,000.00 |
| T CLIP MULLIN.FURNISH ONLY | 137 | 73.00 | 10,001.00 |
| | 50 | 67.00 | 3,350.00 |

EXHIBIT NO.: 8

| | TOTAL | $24,847.00 |
|---|---|---|

50%DEPOSIT IS REQUIRED TO COMMENCE ALL WORK,ONCE PAYMENT IS SECURED ALL MATERIALS WILL BE ORDERED FOR FABRICATION.

SIGNATURE ______________________

MIAMI-DADE COUNTY

MIAMI-DADE COUNTY, FLORIDA
METRO-DADE FLAGLER BUILDING

BUILDING CODE COMPLIANCE OFFICE
METRO-DADE FLAGLER BUILDING
140 WEST FLAGLER STREET, SUITE 1603
MIAMI, FLORIDA 33130-1563
(305) 375-2901
FAX (305) 375-2908

PRODUCT CONTROL DIVISION
(305) 375-2902
FAX (305) 372-6339

October 12, 2004

# INVOICE

**Invoice No.:** 5135

**Bill to:** Mr. Naeem Uddin
Grace & Naeem Uddin, Inc
5532 NW 72 Avenue

Miami, FL 33166

| Reference | Description | Amount |
|---|---|---|
| 04-0432 | Review of Series YHC 300 OG | $542.50 |
| | **Total Due:** | $542.50 |
| | **Amount Paid:** | $0.00 |
| **PAYMENT DUE UPON RECEIPT** | **Balance Due:** | $542.50 |

To assure credit to your account, please send a copy of this invoice with your payment.

THANK YOU FOR YOUR BUSINESS

EXHIBIT NO.: 9

MIAMI-DADE COUNTY

MIAMI-DADE COUNTY, FLORIDA
METRO-DADE FLAGLER BUILDING

BUILDING CODE COMPLIANCE OFFICE
METRO-DADE FLAGLER BUILDING
140 WEST FLAGLER STREET, SUITE 1603
MIAMI, FLORIDA 33130-1563
(305) 375-2901
FAX (305) 375-2908

PRODUCT CONTROL DIVISION
(305) 375-2902
FAX (305) 372-6339

November 9, 2004

# INVOICE

**Invoice No.:** 5177

**Bill to:** Mr. Naeem Uddin
Grace & Naeem Uddin, Inc
5532 NW 72 Avenue

Miami, FL 33166

| Reference | Description | | Amount |
|---|---|---|---|
| 04-0432 | Review of Series YHC 300 OG | | $825.00 |
| | | **Total Due:** | $825.00 |
| | | **Amount Paid:** | $0.00 |
| **PAYMENT DUE UPON RECEIPT** | | **Balance Due:** | $825.00 |

To assure credit to your account, please send a copy of this invoice with your payment.

THANK YOU FOR YOUR BUSINESS

EXHIBIT NO.: 10

032??66

**AL-FAROOQ CORPORATION**
1235 S.W. 87TH AVENUE
MIAMI, FL 33174
PH. (305) 264-8100

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/27/2004 | 7893 |

**BILL TO:**

Grace & Naeem Uddin, Inc.
5532 NW 72nd Avenue
Miami, FL 33166
04-02

| DESCRIPTION | | AMOUNT |
|---|---|---|
| US Department of Agriculture<br>5/10/04: Visit to the job site (including travel time), meeting with contractor, USDA staff, etc. Discuss issues involved with window wall installation, bond beams, double wall and insulated panel.<br>) am to 3:00 pm (less 1 hour lunch)<br>Dr. Farooq, PE 5.5 Hrs @ $250.00/hr<br>Tariq Hamid 5.5 Hrs @ $75.00/hr | $ 1,787.50 = | 1,375.00<br>412.50 |
| 5/25/04: Visit to the job site (including travel time), meeting with contractor, USDA staff, Architect and Engineer of Record. Discuss issues regarding feasibility of using YKK system vs. Vista Wall system.<br>8:30 am to 1:00 pm<br>Dr. Farooq, PE 4.5 Hrs @ $250.00/hr<br>Tariq Hamid 4.5 Hrs @ $75.00/hr | $1,462.50 | 1,125.00<br>337.50 |
| 5/26/04: Letters to the Building Code Compliance Office regarding one time approval deviation and use of Vista Wall approval in masonry.<br>Dr. Farooq, PE 1.5 Hrs @ $250.00/hr<br>Veronica Bencid 1.0 Hrs @$50.00/hr | $ 425.00 | 375.00<br>50.00 |

EXHIBIT NO. 11

**TOTAL** $3,675.00

AL-FAROOQ CORPORATION
1235 S.W. 87TH AVENUE
MIAMI, FL 33174
PH. (305) 264-8100

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/7/2004 | 7974 |

**BILL TO:**

Grace & Naeem Uddin, Inc.
5532 NW 72nd Avenue
Miami, FL 33166
04-03

0322/266

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| US Department of Agriculture<br>6/29/04-6/30/04: Meeting in Orlando, FL with Mr. Uddin, USDA Staff and Engineer of Record regarding glazing issues/anchorage to building.<br>6/29/04: Travel to Orlando (5 pm - 9 pm).<br>6/30/04: Meeting and travel to Miami (10 am - 5 pm). | | | |
| Dr. Farooq, PE | 11.0 | Hrs @ $250.00/hr | 2,750.00 |
| Tariq Hamid | 11.0 | Hrs @ $75.00/hr | 825.00 |

EXHIBIT NO.: 12

✓

**TOTAL** $3,575.00

**AL-FAROOQ CORPORATION**
1235 S.W. 87TH AVENUE
MIAMI, FL 33174
PH. (305) 264-8100

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/21/2004 | 8008 |

0322/166

**BILL TO:**

Grace & Naeem Uddin, Inc.
5532 NW 72nd Avenue
Miami, FL 33166
04-04

| DESCRIPTION | AMOUNT |
|---|---|
| US Department of Agriculture<br>Engineering services as per proposal dated April 21,2004.<br>Lumpsum $7,500.00<br>Less retainer check # 6566 -$3750.00<br>ance due $3750.00 | 3,750.00 |
| Additional work to include correspondence with BCCO, preparation of one time approval package, response to reasonable comments from BCCO and revision of drawings and calculations, if required.<br>Lumpsum $3,000 | 3,000.00 |

EXHIBIT NO.: 13

**TOTAL** $6,750.00

MIAMI-DADE COUNTY

MIAMI-DADE COUNTY, FLORIDA
METRO-DADE FLAGLER BUILDING
BUILDING CODE COMPLIANCE OFFICE
METRO-DADE FLAGLER BUILDING
140 WEST FLAGLER STREET, SUITE 1603
MIAMI, FLORIDA 33130-1563
(305) 375-2901
FAX (305) 375-2908
PRODUCT CONTROL DIVISION
(305) 375-2902
FAX (305) 372-6339

November 09, 2004

Mr. Naeem Uddin
Grace & Naeem Uddin, Inc
5532 NW 72 Avenue
Miami, FL 33166

Re.: **One time Approval** Application **No. 04-0432**
Alternate **"F" & "T"-clips installation conditions** with YKK AP America's Series "YHS 300" Curtain wall system (Ref. **NOA # 02-118.01**) to be installed at:
**Location:** **USDA, The Subtropical Horticultural Research Station**
**13601 Old Cultler Road, Miami, Fl 33158**

Dear Mr. Naeem Uddin:

We are in receipt of your request for **alternate Clips installation conditions** at the above referenced location.

**Your request is hereby granted with the limitation as listed:**

This approval is specifically limited to the items specified in this letter and being referred in the attached "product approval Drawings No. "**SHEETS A1, A2, B1 & B2**". All installations **other than** Clips conditions below are **under separate NOA (s) approval** & **must** meet NOA (s) requirements.

1. **F & T Clips installation**: Clips to be welded to 3/8" thick Aluminum 6063-T-6 plates with 3/16" filler alloy ER4043 and plates to be secured to the substrates with four (4) ¼" Tapcons, as shown in the drawing sheets.
2. **Angles at supporting plates (jambs & mullions)**: 3-1/2"x3-1/2" ¼" Aluminum 6063-T6 angles to be secured to substrates with three (3) ¼" Tapcons as shown in the drawing sheets.

The following data was reviewed in the process of issuing this letter:

**1. Drawings**

| Project Location | Drawing No. | Date | Pages | Prepared, signed and sealed by: |
|---|---|---|---|---|
| "USDA 13601 old Cutler Road, Miami, Fl 33158 | SHEETS A1, A2, B1 & B2 | 05-14-04 | 4 | Al-Farooq Corporation Dr. Humauon Farooq, P. E. |

**2. Calculations**

| Calculation Title | Pages | Date | Prepared, signed and Sealed by |
|---|---|---|---|
| USDA | PA 1-4, A1, A3, C-10, C-14 & C-19 | 07/12/04 | Al-Farooq Corporation Dr. Humauon Farooq, P. E. |

This approval consists of the following documents:
1. This letter and above cited drawings.
2. Any other documents required by the Building Official or the FBC in order to properly evaluate the installation of this product.

If you have any questions concerning the above approval, please contact this office.

Sincerely,
Ishaq I. Chanda

Ishaq I. Chanda, P. E.
Product Control Examiner,

EXHIBIT NO.: 14

Cc: Charles Danger, P. E. , Building Official, Unincorporated Miami-Dade

N:\SPECPRO\SPEC04\01-0000 Template1.doc

Received Event (Event Succeeded)

| | | | |
|---|---|---|---|
| Date: | 10/8/04 | Time: | 11:56 AM |
| Pages: | 2 | Duration: | 0 min 58 sec |
| Sender: | 3053726339 | Company: | |
| Fax Number: | | Subject: | |
| Type: | Fax | | |



MIAMI-DADE

MIAMI-DADE COUNTY, FLORIDA
METRO-DADE FLAGLER BUILDING

BUILDING CODE COMPLIANCE OFFICE
METRO-DADE FLAGLER BUILDING
140 WEST FLAGLER STREET, SUITE 1603
MIAMI, FLORIDA 33130-1563
(305) 375-2901 FAX (305) 375-2908
CONTRACTOR LICENSING SECTION
(305) 375-2527 FAX (305) 375-2558
CONTRACTOR ENFORCEMENT SECTION
(305) 375-2966 FAX (305) 375-2908
PRODUCT CONTROL DIVISION
(305) 375-2902 FAX (305) 372-6339

October 8, 2004

Mr. Naeem Uddin
Grace & Naeem Uddin, Inc
5532 NW 72 Avenue
Miami, FL 33166

**Re: BCCO Product One Time Approval File No: 04-0432**
**Series YHC 300 OG**
**Name of Manufacturer: Grace & Naeem Uddin, Inc**

Dear Mr. Uddin:

A review of your submittal indicates that the following additional information must be provided for a fair evaluation of your product and/or system.

1. Project conditions shown on the Approval Drawing exceeded the scope of the NOA 02-1118.02. Please test the system as per TAS 202, TAS 201 & TAS 203.
2. Calculations submitted indicated it was done as per SFBC 1994. Redo calculations as per FBC 2001.

Please complete all the items referenced above. Upon completion

We count on your co-operation and diligence in providing the required information, so that the conditions of acceptance of your product can be worked out as soon as possible.

Should our Office be of any further assistance, please do not hesitate to contact us.

Very truly yours,

Americo Segura
Engineer 1
Product Control Division
Cc: file

EXHIBIT NO.: 15

**Received Event (Event Succeeded)**

| | | | |
|---|---|---|---|
| Date: | 10/8/04 | Time: | 11:56 AM |
| Pages: | 2 | Duration: | 0 min 58 sec |
| ...nder: | 3053726339 | Company: | |
| ...Number: | | Subject: | |
| ...e: | Fax | | |

10/08/04 11:49 FAX 3053726339 BLDG. CODE COMPLIANCE 001

MIAMI-DADE COUNTY

# Building Code Compliance Office

## FAX COVER SHEET

Date 10-8-04

To Mr. Naeem Uddin

Company Grace & Naeem Uddin, Inc.

From Americo Segura

Regarding File No. 04-0432" Series VHC 300 OG "

Fax Number 305-887-6228

Number of pages including this sheet ( 2 )

Note: If any of these fax copies are illegible, or you do not receive the same number of pages as stated above, please contact us immediately at:

Phone Number (305) 375-2901
BCCO Fax Number (305) 375-2908
Product Control Fax Number (305) 372-6339

Internet Mail Address: postmaster@buildingcodeonline.com Homepage: http://www.buildingcodeonline.com

Faxed by: Angelique Hernandez Time: 11:50 a.m.

office fax cover sheet.doc

EXHIBIT NO.: 16

Reference: 050120040629

Window matter.

**June 29, 2004**
ALE HOUSE #08 - KIRKORLANDO FL — // → 40.00
FOOD/BEVERAGE
FOOD/BEV 35.12
TIP 4.88
Reference: 050120040629

**June 29, 2004**
CHEVRON 0202662 MIAMI FL — // → 10.01
THOMAS A. HEDIN
L/MISCELLANEOUS
Reference: 050120040629 — 0.0

**June 30, 2004**
CHEVRON 0042160 ORLANDO FL — // → 24.00
KIRKMAN CHEVRON
L/MISCELLANEOUS
Reference: 050120040630 — 0.0

**June 30, 2004** — // → 271.95 Travel

https://www99.americanexpress.com/myca/estatement/us/action? 7/20/2004

BEST WESTERN 407-2269119 FL
769063000 HOTEL/LODGING
Reference: 050120040630

**July 1, 2004**
CITY ELECTRIC SUPPLYMIAMI FL — 23,504.83
0089-0701 ELECTRICAL PRODUCTS
Reference: 050120040701

**July 1, 2004**
HERTZ CAR RENTAL MIAMI FL — // → 82.16 Travel

| | Location | Date |
|---|---|---|
| Rental : | MIAMI , FL | 06/29/04 |
| Rental : | MIAMI , | 07/01/04 |

Agreement Number : 610631884
Renter Name : UDDIN /NAEEM
Charge Ref. Number : 070002
Reference: 049520040701

**July 1, 2004**

EXHIBIT NO.: 17

40.00
10.01
24.00
271.95
82.16
---
$ 428.12

Date: 12/30/04
Pages: 1
Sender: 3056401179
Fax Number:
Fax

Time: 3:53 PM
Duration: 0 min 50 sec
Company:
Subject:

12/30/2004 15:46 3056401179 PENA ALUM PAGE 01/01

**PENA-ALUM Glass & Mirror Inc.**
7831 N.W. 15 Street
Miami, Florida 33126
Tel 305-640-1178 * Fax 305-640-1179

**Revised Quotation(2)**

**Quote 112350**
**December 30, 2004**
**Job Name: USDA Subtropical Horticultural Research Station - Miami**
**Date of Plans: 5-14-04**

**Submitted To:** Grace & Naeem Uddin, Inc
5532 N.W. 72nd Avenue
Miami, FL 33166
**Tel No:** 305-887-6227
**Fax No:** 305-887-6228

**We hereby submit specification and estimate for the following:**

**Aluminum:** YKK YHC300 Outside Glaze Impact Resistant Curtain Wall in 3 Coat Kynar Champagne Gold
Exterior Perimeter Caulking only

**Door:** YKK 35H Impact Resistant Storefront Doors. Doors are Medium Stile, Non-Transom Frame, Concealed Exit Device, Std Panic Pull, Overhead Concealed Closers & std threshold. (1) 72" x 96" door supplied.
△1 (1) Interior Double Door supplied

**Glass:** 1-5/16" Solarban 60 Azurlite Impact Resistant Laminated Glass as per South Florida Building Code
1-5/16" Solarban 60 Azurlite Spandrel Impact Resistant Laminated Glass as per South Florida Building Code
9/16" Solarban 60 Azurlite Impact Resistant Laminated Glass as per South Florida Building Code (where Metal Panels are)

**Scope of Work:** (1) A, (1) B, (7) C, (8) D, (8) E, (1) F, (1) G, (2) H & (3) J
- Davis Bacon Wages are included
- Brake-Metal Flashing (head & sill) to be supplied where shown on Dr.Farooq drawings
- Brake-Metal Flashing to be supplied for column covers shown on architectural plans
- Pena-Alum to install only Metal Panels for Mark D & E. (Metal Panels supplied by others)
- Permits, Shop Drawings & Engineering by others..Not by Pena-Alum
△2 - Aluminum Plates are excluded from this proposal

**Includes:** Any applicable taxes, Prevailing Wages,& elevations only in scope of work.
**Excludes:** Shutters, Mirrors, structural framing if required, firesafing and final glass cleaning. Custom handles or special hardware not included unless specified above. Material Testing, Permits, Shop Drawings & Engineering

**We hereby propose to furnish labor and materials complete in accordance to the drawings for the sum of: $ ~~271,000.00~~**

$260,000 (handwritten) Two Hundred Seventy One Thousand Dollars.
per Peter Pena (handwritten)

**Condition:** All materials guarantee to meet specifications above, any alteration or deviation from the above specification involving extra cost will be billed as an extra over and above estimate. Failure to pay above stated amount resulting in any legal proceeding to collect the amount or otherwise the prevailing party to recover all cost incurred, including attorney's fee.

**Note:** This proposal may be withdrawn by us if not accepted within **30** days.

December 30, 2004

Vince LaPietra (signature)
Peter A. Pena / Vince A. LaPietra

To: Naeem Uddin

EXHIBIT NO.: 18

Printed: January [illegible] 2006

CLOSE

[illegible]

# Linzer
# 3 in. Latex Paint Brush (2 Pack)

Model [illegible]
Internet Catalog [illegible]
Store SKU [illegible]

For one time use and touch up jobs. Can be used with either latex or oil based paints.




**Price: $7.25**

[illegible]

[illegible]

SPECS

- Internet ID: [illegible]
- Brand: Linzer
- Manufacturer: Linzer Products Corporation
- Model #: [illegible]
- Size: 3
- Angle: [illegible]
- Bristle Type: Polyester
- Finish Type: [illegible]
- Includes: 2 Brush
- Handle Color: [illegible]
- Handle Type: Plastic
- Mfg Name: Linzer Products Corporation
- UPC: [illegible]

WARRANTY AND SAFETY

- For warranty information on this product please call our Internet Customer Service Center at 1-800-[illegible]

EXHIBIT NO.: 19

© [illegible] Homer TLC, Inc. All Rights Reserved. Use of this site is subject to certain Terms Of Use which constitute a legal agreement between you and The Home Depot, Inc.

Date: 1/24/05
Pages: 2
Sender:
Fax Number:
Fax

Time: 2:19 PM
Duration: 0 min 49 sec
Company:
Subject:

# ALL-STATE PRODUCTS

Waterproofing, Restoration, and Fire Stopping Supplies
7675 N.W. 66th STREET MIAMI, FLORIDA 33166
PHONE: 305-499-3244 FAX: 305-499-3245 www.all-stateproducts.com

## Quotation

TP-60

To: Grace & Naeem

Date: January 24, 2005

Phone:

Attn: Naeem

Fax: 305-887-6228

WE SUBMIT THE FOLLOWING QUOTATION SUBJECT TO CONDITIONS NOTED BELOW:

| QUANTITY | DESCRIPTION | PRICE | SIZE |
|---|---|---|---|
| | Mameco 201 Liquid Membrane | $ $2.50 | 5 gallon |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

| TERMS | F.O.B. | SALES TAX | |
|---|---|---|---|
| NET 30 | All-State Products-Miami, Fl | Not Included | Thank You! |

Conditions: The prices and terms on this quotation are not subject to verbal changes or other agreements unless approved in writing by The Home Office of the Seller. All quotations and agreements are contingent upon strikes, accidents, fires, availability of materials and all other causes beyond our control. Purchaser agrees to accept either overage or shortage, not in excess of 10 percent to be charged for pro-rata. Purchaser assumes liability for patent and copyright infringement when goods are made to Purchaser's specifications. When quotation specifies material to be furnished by the Purchaser, ample allowance must be made for reasonable spoilage and material must be of suitable quality to facilitate efficient production.
Conditions not specifically stated herein shall be governed by established trade customs. Terms inconsistent with those stated herein, which may appear on Purchaser's formal order, will not be binding on the Seller. The above prices do not include sales tax, unless otherwise stated herein. All returns are subject to a 15% re-stocking charge. No returns will be accepted after 30 days without prior written approval.
SPECIAL CONDITIONS

BY: Richard Duarte

EXHIBIT NO.: 20

NationsRent

Columbus, OH 43228

6580 State Road 84
DAVIE, FL 33317
954-577-9961

ORIGINAL # 22343
PREVIOUS #
Process Date 11-24-

Closed --- Invoice

Employee: Lisa Briggs

REMIT TO: NationsRent, P.O. Box 281961, Atlanta, GA 30384-1961

254566

*********AUTO**MIXED AADC 440
GRACE & NAEEM UDDIN INC.
5532 NW 72ND AVE 3 1
MIAMI, FL 33166-4252

Telephone Nos.: 305-887-6227 / 305-887-6228

Driver's License No.:

836 Toll
MIAMI,FL 33125

Dolphin Toll Plaza

| Date Out | 11-10-04 |
|---|---|
| Time Out | 12:00pm |
| Date Due | 11-24-04 |
| Time Due | 12:00pm |
| Date In | 11-23-04 |
| Time In | 12:00pm |

| Qty. | Equipment No. | Item Description | Interval Charge | Meter Out/In | DAILY | WEEKLY | 4-WEEK | EXTENDED |
|---|---|---|---|---|---|---|---|---|
| | 000000231368 | | 683.0 | 704.0 | 0300069097 | | | |
| 1 | | JLG 1350SJP TELESCOPIC BOOM 13 | | | 895.00 | 2,395.00 | 7,595.00 | 4,790.00 |
| | | ENVIRONMENTAL FEE | | | | | | 15.00 |
| | | DELIVER / PICKUP CHARGE | | | | | | 140.00 |

USED AS AN EXAMPLE FOR RATE.

EXHIBIT NO.: 21

...ustomer demand, NationsRent delivers this equipment to customer's agent at the designated site, and makes available the opportunity for immediate operator familiarization/training. ...tomer is cautioned to accept the Company's offer for operator familiarization/training and to avoid all opportunities where untrained persons may cause this equipment to be used or ...ated. The customer's signature upon this Rental Contract indicates their understanding of and acceptance of responsibility for operator training requirements as required by applicable local, state, and federal regulations.

Delivered by: ______ Time: ______

NationsRent agrees to waive certain damages against Customer that are provided for on the reverse side of this Contract, in consideration of the customer paying the following fee:
13.50 % of gross rental charges.

Damages Waiver Declined ______ (DAMAGE WAIVER CAN ONLY BE DECLINED IF CERTIFICATE OF INSURANCE IS ON FILE)

...E READ AND AGREE TO ALL OF THE TERMS AND CONDITIONS ON THE FRONT AND REVERSE SIDE OF THIS CONTRACT. I ACKNOWLEDGE ...EIPT OF THE EQUIPMENT DELIVERED IN GOOD ORDER, AND A COPY OF THIS CONTRACT. IF OTHER THAN CUSTOMER, SIGNER REPRESENTS THAT THEY ARE THE AGENT OF, AND AUTHORIZED TO SIGN FOR CUSTOMER. THIS CONTRACT REPRESENTS THE ENTIRE AGREEMENT BETWEEN YOU AND US, AND THERE ARE NO ORAL OR OTHER REPRESENTATIONS OR AGREEMENTS NOT INCLUDED HEREIN. NONE OF THE TERMS OR CONDITIONS OF THIS CONTRACT MAY BE AMENDED OR MODIFIED, EXCEPT IN WRITING, SIGNED BY THE COMPANY AND CUSTOMER, AND MADE A ... OF THIS CONTRACT. CUSTOMER WILL BE CHARGED FOR ALL TIRE REPAIR OR REPLACEMENT AND FOR RETURNING EQUIPMENT WITH LESS ... A FULL TANK OF FUEL. CUSTOMER HEREBY AUTHORIZES COMPANY TO SEND ADVERTISEMENTS AND SOLICITATIONS TO CUSTOMER BY ...IMILIE TRANSMISSION OR OTHERWISE. RENTAL RATES BASED ON 8 WORKING HOURS PER DAY, 40 HOURS PER WEEK, 160 HOURS PER FOUR WEEK PERIOD. OVERTIME CHARGED ON OVERAGES.

Customer Signature: ______ Customer Printed Name (Required): ______

ALL INVOICES DUE NET 10. A FEE OF 2.0% PER MONTH WILL BE CHARGED ON ALL PAST-DUE ACCOUNTS.

| | |
|---|---|
| SUB TOTAL | 4,945.00 |
| DAMAGE WAV | 646.65 |
| SALES TAX | 336.20 |
| TOTAL | 5,927.85 |
| PAYMENTS | 0.00 |
| BAL DUE | 5,927.85 |

Net 10 / 1.5 % Service Chg

>> DELIVER ON 11-10-04 AT 12:00nn PICK UP 11-23-04 AT 02:56pm <<
>> PICKING TICKET CALLED IN ON 0 02:56pm
>> BY ESSA
PU 495238
11-18-04 KRIS - AUTO EXTEND AS PER JORGE M.
Contact: Justin/jorge 1w
Dolphin Toll Plaza-836 Toll,
MIAMI, FL 33172 MAP CODE:

Remit To: NationsRent
P.O. Box 281961
Atlanta, GA 30384-1961

NationsRent Is Now
A Factory Authorized
JLG/LULL Dealer.

Revised 3/03

0311/41

# L & P Equipment Services And Demolition, Inc

L & P Equipment Services And Demolition, Inc
595 NW 36 Street Suite # 101-D
AMI, FL 33166

786-265-8393
vane122@aol.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 12/07/2004 | 302194 |
| **TERMS** | **DUE DATE** |
| Due on receipt | 12/07/2004 |

| BILL TO |
|---|
| MR. NAEEM UDDIN<br>GRACE & NAEEM UDDIN, INC. (USDA)<br>5542 NW 72ND AVE<br>MIAMI, FL 33166 |

| AMOUNT DUE | ENCLOSED |
|---|---|
| $82.25 | |

Please detach top portion and return with your payment.

| P.O. Number |
|---|
| 13644 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • 25 GALLONS OF DIESEL SERVICE | 25 | 2.29 | 57.25 |
| • SERVICE RUN | 1 | 25.00 | 25.00 |
| | | TOTAL | $82.25 |

USED AS AN EXAMPLE FOR RATE.

EXHIBIT NO.: 22

SHIP TO:
USDA DEPT OF AGRICULTURE
OLD CUTLER & 136 STREET
MIAMI, FL.

# L & P Equipment Services And Demolition, Inc

L & P Equipment Services And Demolition, Inc
`95 NW 36 Street Suite # 101-D
AMI, FL 33166

786-265-8393
vane122@aol.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 12/07/2004 | 302194 |
| **TERMS** | **DUE DATE** |
| Due on receipt | 12/07/2004 |

| BILL TO |
|---|
| MR. NAEEM UDDIN<br>GRACE & NAEEM UDDIN, INC. (USDA)<br>5542 NW 72ND AVE<br>MIAMI, FL 33166 |

| AMOUNT DUE | ENCLOSED |
|---|---|
| $82.25 | |

Please detach top portion and return with your payment.

| P.O. Number |
|---|
| 13644 |

| Activity | Quantity | Rate | Amount |
|---|---|---|---|
| • 25 GALLONS OF DIESEL SERVICE | 25 | 2.29 | 57.25 |
| • SERVICE RUN | 1 | 25.00 | 25.00 |
| | | TOTAL | $82.25 |

USED AS AN EXAMPLE FOR RATE.

EXHIBIT NO.: 22

SHIP TO:
USDA DEPT OF AGRICULTURE
OLD CUTLER & 136 STREET
MIAMI, FL.



## MEDIUM-DUTY HAMM[illegible] DRILLER

| CODE NO | 4 HOUR | DAILY | [illegible] | MONTHLY |
|---|---|---|---|---|
| 02321 | 28.80 | 36.00 | 1[illegible].00 | 324.00 |

If you want to do a lot of horizontal drilling or above shoulder height, you'll find this lightweight hammer drill far more comfortable to use than most.

- *Lightweight and easy to handle*
- *Drills concrete and masonry using SDS bits*

| | |
|---|---|
| VOLTAGE | 115V |
| POWER RATING | 830W |
| DRILLING CAPACITY | ¼" – 1¼" (solid), 3½" (core) |
| WEIGHT | 11lbs |



## MEDIUM-DUTY COMBI-HAMMER

| CODE NO | 4 HOUR | DAILY | WEEKLY | MONTHLY |
|---|---|---|---|---|
| 02222 | 38.40 | 48.00 | 144.00 | 432.00 |

An ideal all rounder for general building work this versatile combi-hammer has the power to make it formidable as a drill and at the same time a worthwhile light breaker for chiselling and scaling work.

- *Quickly bores holes up to 3½" in concrete and masonry*
- *Ideal for drilling and chiselling especially for installation trades*
- *Multi position handle for operator comfort*
- *Variable speed switch for easy hole starts*

| | |
|---|---|
| VOLTAGE | 115V |
| POWER RATING | 900W |
| DRILLING CAPACITY | ½" – 1½" (solid), 3½" (core) |
| WEIGHT | 13lbs |



## HEAVY-DUTY HAMMER DRILLER

| CODE NO | 4 HOUR | DAILY | WEEKLY | MONTHLY |
|---|---|---|---|---|
| 02213 | 44.80 | 56.00 | 168.00 | 504.00 |

Capable of tackling major masonry drilling jobs, this powerful and professional drill is designed for continuous, heavy-duty site use.

- *Drill holes up to 6" in diameter in masonry and concrete*
- *Accurate starting and finishing with vari-speed trigger*
- *Internal shock absorption and padded grip dampens vibration*

| | |
|---|---|
| VOLTAGE | 115V |
| POWER RATING | 1300W |
| DRILLING CAPACITY | 2" (solid), 6" (core) |
| WEIGHT | 15lbs |

EYE SHIELD · MASK · EAR GUARD · BOOTS · GLOVES · HELMET · OVERALLS · HARNESS · GAS UNIT · VIBRATION · TOWABLE · STATION WAGON · TRUCK

ALL RENTAL RATES ARE SHOWN EXCLUSIVE OF SALES TA[illegible]





## LIGHT-D[illegible] HAMME[illegible]

| CODE NO | 4 HOUR | DAILY | WE[illegible] |
|---|---|---|---|
| 02311 | 22.40 | 28.00 | 84.0[illegible] |

Perfect for overhead working, this SDS+ dri[illegible] the plumbing, heating, shop fitting, window installation trades.

- *Comfortable, padded palm grip*
- *Non-tiring, adjustable handle wit[illegible]*
- *Both high in power and low in we[illegible]*

| VOLTAGE | POWER RATING | DRILLING CAPA[illegible] |
|---|---|---|
| 110V | 650W | ¼" – 1" |

## CHOOSING THE RIGHT FIXING

ADDITIONAL FIXINGS AVAILABLE

| SUITABLE MATERIALS | TYPICAL APPLICATIONS | FIXING TYPE |
|---|---|---|
| Through fixing, suitable for concrete, most brick work and dense concrete blocks. | Fixing of battens, door frames, window frames, balustrades, handrails, trunking pipes, cable tray, duct work and racking. | SLEEVE ANCH[illegible] |
| Concrete, brick work rock, stone and dense block work. **M12/60mm recommended for fixing down diamond drilling rigs.** | Holding down racking sole plates, seating, machinery and fixing of cable tray, trunking, pipe work, brackets and wall plates. | LOOSE BOLT A[illegible] |
| Concrete, brick work, block work, rock and stone work. | Door and window frames, battens, wall plates and sole plates. | FRAME FIXING |
| Concrete, brick work, block work, rock and stone work. | Fixing of cupboards, battens, skirting boards, brackets, electrical and plumbing fixings. | HAMMER-IN FI[illegible] |
| Drywall and aerated concrete. | Kitchen and bathroom accessories, clips, shelving, brackets, hooks, signs and picture rails. | SELF DRILL FIX[illegible] |

## CHOOSING THE RIGHT KIND OF DRILL

| APPLICATION | | Concrete | Masonry | Wood | Metal | MACHINE TYPE |
|---|---|---|---|---|---|---|
| No power supply | Rotary action | ✗ | ✓ | ✓ | ✓ | 18V cordless d[illegible] |
| | Hammer action | ✓ | ✓ | ✗ | ✗ | 24V cordless [illegible] |
| Tight corner use | Rotary action | ✗ | ✗ | ✓ | ✓ | Right-angle drill |
| Heavy-duty use | Steel and wood rotary | ✗ | ✗ | ✓ | ✓ | Heavy-duty rota[illegible] |
| Light-duty use | Rotary action | ✗ | ✗ | ✓ | ✓ | 2-speed percus[illegible] |
| | Rotary action | ✗ | ✗ | ✓ | ✓ | Air rotary drill |
| | Hammer action | ✓ | ✓ | ✗ | ✗ | Light-duty ham[illegible] |
| General site use | Hammer action | ✓ | ✓ | ✗ | ✗ | Medium-duty ha[illegible] |
| | Rotary and hammer action | ✓ | ✓ | ✗ | ✗ | Medium-duty co[illegible] |
| Heavy-duty site use | Rotary and hammer action | ✓ | ✓ | ✗ | ✗ | Heavy-duty ham[illegible] |
| Large diameter | Hand-held diamond drilling | ✗ | ✓ | ✗ | ✗ | Dry diamond dri[illegible] |
| | Fixed rig drilling | ✓ | ✓ | ✗ | ✗ | Wet diamond dri[illegible] |
| Metal working | Precision steel drilling | ✗ | ✗ | ✗ | ✓ | Magnetic broach |
| | | ✗ | ✗ | ✗ | ✓ | Large diameter r[illegible] |
| Docks | Wood drilling | ✗ | ✗ | ✓ | ✗ | DD100 complete |

EXHIBIT NO.: 73

Case 1:06-cv-00345-EGB Document 1 Filed 04/28/2006 Page 57 of 101

ONTRACTO[illegible] INDUSTRIAL
Equipment * Tools * Accessories

REMINGTON AND RED HEAD
fastening system & tools

T * MILWAUKEE * MAKITA * HITACHI
BOSCH * PORTER-CABLE * METABO
electric tools and accessories

HITACHI Air Nailers

ULTRABOND & SIMPSON
Epoxies

TARGET • BLAZER
Saw-Blades-Diamond Core Bits

DYNAPAC Compactors

IMER * TARGET
Tile Saws

WYCO
vibrators

SAFETY SUPPLIES

Threaded Rod * Powerstrut
Beam clamps * Spring Nuts

Air Compressors & Generators

abrasive blades-drill bits
grinding disc & cup wheels

drywall screws & levels
extension cords
couplers-nuts & bolts
anchoring and fastening systems

# WEST MIAMI DISCOUNT TOOL, INC.

Fasteners and Building Supplies
www.westmiamitool.com
1085 S.W. 67th AVENUE • MIAMI, FL 33144

MIAMI
(305) 265-9988
www.westmiamitool.com
FAX:
(305) 265-1019

EXHIBIT NO.: 3/28

EXHIBIT NO.:

TERMS: NET 30 - NO DISCOUNT

**INVOICE 1534**

SOLD TO: Grace & Naeen

SHIP TO: U.S.DA
Deering Bay
Paul · 305 360-7141

INDIVIDUAL ☐ CORPORATION ☑ DATE: 12/7/04 PURCHASE ORDER #

SALESMAN: John

| DESCRIPTION | QUANTITY ORDERED | QUANTITY SHIPPED | BACK ORDERED | UNIT PRICE | UNIT | EXTEN |
|---|---|---|---|---|---|---|
| Carolina 10' Fiberglass Step ladder 3016 | 1 | 1 | | 159.00 | 1 | 15[illegible] |
| Carolina 16' Alum Ext Ladder 250 | 1 | 1 | | 119.00 | 1 | 119 |
| 24" Garage Broom w/ Handle & Brace | 2 | 2 | | 18.95 | 1 | 37 |
| Simpson ET22 22oz Epoxy | 2 tube | 2 tube | | 17.95 | 1 | 35 |
| Crews SS110 Clear Safety Glasses | 12 pr | 12 pr. | | 1.79 | 1 | 21 |
| 3M8210 Dust Respirators ... 11.95 EXHIBIT NO | 1 Bx | 1 Bx | | 18.95 | 1 | 18.9 |

EXHIBIT NO.: 24

LEGAL TERMS
For and in consideration of merchandise described herein the parties agree to 1) that the buyer shall incur and be responsible for the additional payment of an interest charge of 1½% per month or 18% per annum on any outstanding balance past due. 2) the purchaser further agrees to pay any and all court costs and reasonable attorneys fees seller incurs in enforcing collection of amounts due and owing. Seller reserves the right to charge at his sole discretion a restocking charge of not greater than 20% on any returned merchandise.

THE ABOVE MERCHANDISE RECEIVED

BY [signature] DATE 12-8-04

| | |
|---|---|
| SUB TOTAL | 392 |
| SALES TAX | 27 |
| TOTAL | 419 |

G & N

**GRACE & NAEEM UDDIN, INC.**

CONSULTING ENGINEERS
CONSTRUCTION MANAGERS
GENERAL CONTRACTORS
BUILDING INSPECTORS

JOB RCO 34 WINDOW SYSTEM [illegible]

SHEET NO. ______ OF ______

CALCULATED BY ______ DATE ______

CHECKED BY ______ DATE ______

SCALE ~~EXHIBIT NO.:~~ 25

TAPCONS IN "T" (EXHIBIT 1) = 4 x 137 = 548
" " " (EXHIBIT 2) = 4 x 50 = 200
" " F (EXHIBIT 3) = 4 x 48 = 192
" " " (EXHIBIT 4) = 4 x 40 = 160
" " L 3½ x 3½ (EXHIBIT 5) = 3 x 210 = 630

TOTAL NUMBER OF TAPCONS = 1730

EMBEDMENT DEPTH = 1 3/4"
+ PLATE THICKNESS = 3/8"
2 1/8"

SIZE AVAILABLE IN TAPCON = 2 1/4"
75 TAPCON / BOX

$\frac{1730}{75}$ = 23.07 BOX + WASTE = 26 BOXES

26 x $ 19.87 = $ 516.62 plus Tax.

1/4" DRILL BITS 1 / 5 TAPCONS

⇒ $\frac{1730}{5}$ = 346 DRILL BITS

346 x $ 3.59 = $ 1,242.14

5532 N.W. 72nd Avenue • Miami, Florida 33166 • (305) 887-6227 • Fax (305) 887-6228
E-mail: gnu-inc@worldnet.att.net

G & N U

GRACE &
NAEEM UDDIN, INC.

CONSULTING ENGINEERS
CONSTRUCTION MANAGERS
GENERAL CONTRACTORS
BUILDING INSPECTORS

JOB RCO 34 WINDOW SYSTEM CHANGES

SHEET NO. ______ OF ______

CALCULATED BY ______ DATE ______

CHECKED BY ______ DATE ______

SCALE ______ EXHIBIT NO.: 26

INSTALLATION OF 1,730 TAPCONS INCLUDE FOLLOWING TASK.

1) LAYOUT 1,730 LOCATIONS

2) DRILL 1,730 LOCATIONS

3) USE BOOM/AERIAL LIFT FOR EXHIBIT 5 ONLY @ 630 LOCATIONS, OUT OF 1730

4) INSTALLING 1730 TAPCONS (630 USING AERIAL LIFT)

5) BITUMINOUS PAINT COATING ALL ALUMINUM PLATES & ANGLES

"T" CLIP (EXH #1) 137 x 1'x1' x 2 (sides) = 274 SF

"T" CLIP (EXH #2) 50 x 1'x .5' x 2 (sides) = 50 SF

"F" CLIP (EXH #3) 48 x 1'x1' x 2 (sides) = 96 SF

"F" CLIP (EXH #4) 40 x 1'x .5' x 2 (sides) = 40 SF

L 3½ x 3½ x 9" (EXH #5) 210 x .58' x .75' x 2 (sides) = 183 SF

643 SF

VULKEM 201 COVERS 125 SF / 5 gal

∴ $\frac{643}{125}$ = 5.14 ⇒ 6 gals

$62.50/5 = $12.50/gal x 6 = $75 + Tax

5532 N.W. 72nd Avenue • Miami, Florida 33166 • (305) 887-6227 • Fax (305) 887-6228
E-mail: gnu-inc@worldnet.att.net

G & N
GRACE & NAEEM UDDIN, INC.
CONSULTING ENGINEERS
CONSTRUCTION MANAGERS
GENERAL CONTRACTORS
BUILDING INSPECTORS

JOB F.C.O 34 WINDOW SYSTEM CHANGES
SHEET NO. ______ OF ______
CALCULATED BY ______ DATE ______
CHECKED BY ______ DATE ______
SCALE EXHIBIT NO.: 27

ESTIMATED TIME TO PERFORM FOLLOWING TASKS:-

1) LAYOUT. 1730 TAPCONS @ 10 minutes each.

⇒ 1730 x 10 = 1,7300 minutes = 288.33 Hours.

2) DRILLING 1730 TAPCONS @ 10 minutes each.

⇒ 1730 x 10 = 17300 minutes = 288.33 Hours

3) INSTALLING 1,100 TAPCONS IN 275 AL. PLATES @ 10 min/ea.

⇒ 275 x 10 = 2750 minutes = 45.83 Hours

4) INSTALLING 210 AL ANGLES AND 630 TAPCONS @ 30 minutes each ANGLE.

⇒ 210 x 30 = 6,300 minutes = 105 Hours

5) BITUMINOUS PAINT 485 PLATES AND ANGLES @ 30 min/each

485 x 30 = 14,550 minutes = 242.50 Hours

6) ITEM #4 ABOVE REQUIRE AERIAL LIFT W/ OPERATOR

LIFT NEEDED = 105 HOURS = 3 WEEKS
OPERATOR = 105 HOURS

5532 N.W. 72nd Avenue • Miami, Florida 33166 • (305) 887-6227 • Fax (305) 887-6228
E-mail: gnu-inc@worldnet.att.net

## 01107 | Professional Consultant

| | | | CREW | DAILY OUTPUT | LABOR-HOURS | UNIT | 2004 BARE COSTS MAT. | LABOR | EQUIP. | TOTAL | TOTAL INCL O&P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 700 | 1400 | Crew for roadway layout, 4 person crew | A-8 | 1 | 32 | Day | | 1,100 | 59.50 | 1,159.50 | 1,775 |
| | 1500 | Aerial surveying, including ground control, minimum fee, 10 acres | | | | Total | | | | | 5,500 |
| | 1510 | 100 acres | | | | | | | | | 9,100 |
| | 1550 | From existing photography, deduct | | | | | | | | | 1,340 |
| | 1600 | 2' contours, 10 acres | | | | Acre | | | | | 440 |
| | 1650 | 20 acres | | | | | | | | | 300 |
| | 1800 | 50 acres | | | | | | | | | 90 |
| | 1850 | 100 acres | | | | | | | | | 80 |
| | 2000 | 1000 acres | | | | | | | | | 17.01 |
| | 2050 | 10,000 acres | | | | | | | | | 11.01 |
| | 2150 | For 1' contours and | | | | | | | | | |
| | 2160 | dense urban areas, add to above | | | | Acre | | | | | 40% |
| | 3000 | Inertial guidance system for | | | | | | | | | |
| | 3010 | locating coordinates, rent per day | | | | Ea. | | | | | 4,000 |

# 01200 | Price & Payment Procedures

## 01250 | Contract Modification Procedures

| | | | CREW | DAILY OUTPUT | LABOR-HOURS | UNIT | 2004 BARE COSTS MAT. | LABOR | EQUIP. | TOTAL | TOTAL INCL O&P | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | 0010 | **CONTINGENCIES** for estimate at conceptual stage | | | | Project | | | | | 20% | 200 |
| | 0050 | Schematic stage | | | | | | | | | 15% | |
| | 0100 | Preliminary working drawing stage (Design Dev.) | | | | | | | | | 10% | |
| | 0150 | Final working drawing stage | | | | | | | | | 3% | |
| 300 | 0010 | **CREWS** For building construction, see How To Use This Book | | | | | | | | | | 300 |
| 500 | 0010 | **JOB CONDITIONS** Modifications to total | | | | | | | | | | 500 |
| | 0020 | project cost summaries | | | | | | | | | | |
| | 0100 | Economic conditions, favorable, deduct | | | | Project | | | | | 2% | |
| | 0200 | Unfavorable, add | | | | | | | | | 5% | |
| | 0300 | Hoisting conditions, favorable, deduct | | | | | | | | | 2% | |
| | 0400 | Unfavorable, add | | | | | | | | | 5% | |
| | 0500 | General Contractor management, experienced, deduct | | | | | | | | | 2% | |
| | 0600 | Inexperienced, add | | | | | | | | | 10% | |
| | 0700 | Labor availability, surplus, deduct | | | | | | | | | 1% | |
| | 0800 | Shortage, add | | | | | | | | | 10% | |
| | 0900 | Material storage area, available, deduct | | | | | | | | | 1% | |
| | 1000 | Not available, add | | | | | | | | | 2% | |
| | 1100 | Subcontractor availability, surplus, deduct | | | | | | | | | 5% | |
| | 1200 | Shortage, add | | | | | | | | | 12% | |
| | 1300 | Work space, available, deduct | | | | | | | | | 2% | |
| | 1400 | Not available, add | | | | | | | | | 5% | |
| 600 | 0010 | **OVERTIME** For early completion of projects or where | | | | | | | | | | 600 |
| | 0020 | labor shortages exist, add to usual labor, up to (R01100-110) | | | | Costs | | 100% | | | | |

## 01255 | Cost Indexes

| | | | CREW | DAILY OUTPUT | LABOR-HOURS | UNIT | MAT. | LABOR | EQUIP. | TOTAL | TOTAL INCL O&P | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 200 | 0010 | **CONSTRUCTION COST INDEX** (Reference) over 930 zip code locations in | | | | | | | | | | 200 |
| | 0020 | The U.S. and Canada, total bldg cost, min. (Clarksdale, MS) | | | | % | | | | | 65.50% | |
| | 0050 | Average | | | | | | | | | 100% | |
| | 0100 | Maximum (New York, NY) | | | | | | | | | 133.90% | |
| 400 | 0010 | **HISTORICAL COST INDEXES** (Reference) Back to 1954 | | | | | | | | | | 400 |

EXHIBIT NO. 28

**GRACE &**
**NAEEM UDDIN, INC.**
CONSULTING ENGINEERS
CONSTRUCTION MANAGERS
GENERAL CONTRACTORS
BUILDING INSPECTORS

# Transmittal Cover Sheet

Detailed, Grouped by Each Transmittal Number

**0322 USDA Subtropical Horticulture Research St** **Project # 0322** **Grace & Naeem Uddin, Inc.**
13601 Old Cutler Road, Miami, FL 33158 Tel: 786-293-8746 Fax: 786-242-4809

**Date:** 2/1/2005

**Reference Number:** 0489

**Transmitted To**

Faith McNamee
United States Department of Agriculture
5601 Sunnyside Ave., Stop 5124
Beltsville, MD 20705-5124
Tel: 301-504-1184
Fax: 301-504-1190

**Transmitted By**

Naeem Uddin, P.E.
Grace & Naeem Uddin, Inc.
5532 NW 72nd Ave, Miami, FL 33166
Tel: 305-887-6227
Fax: 305-887-6228

☑ **Acknowledgement Required**

| Package Transmitted For | Delivered Via | Tracking Number |
|---|---|---|
| Information, As Requested, Review, Approval, Signature | US Mail | |

| Item # | Qty | Item | Reference | Description | Notes | Status |
|---|---|---|---|---|---|---|
| 001 | 1.00 | Change Order | | Change order request no. 34 | w/ TIA # 4 | |
| 002 | 1.00 | Document | | GNU document No. ISS-LTR-014 | w/ TIA # 4 | |

| Cc: Company Name | Contact Name | Copies | Notes |
|---|---|---|---|
| United States Department of Agriculture | Bill Runser | 1 | |
| Jacobs Facilities, Inc. | John McKelvy | 1 | |
| United States Department of Agriculture | Faith McNamee | 1 | |

**Remarks**

**Signature**

**Signed Date**

Print transmittal cover sheets to send with outgoing stuff. Only records saved as Transmittal are included.

**GRACE &**
**NAEEM UDDIN, INC.**
CONSULTING ENGINEERS
CONSTRUCTION MANAGERS
GENERAL CONTRACTORS
BUILDING INSPECTORS

# Transmittal Cover Sheet

Detailed, Grouped by Each Transmittal Number

**0322 USDA Subtropical Horticulture Research St** **Project # 0322** **Grace & Naeem Uddin, Inc.**
13601 Old Cutler Road, Miami, FL 33158 Tel: 786-293-8746 Fax: 786-242-4809

**Date:** 2/1/2005

**Transmitted To** **Reference Number:** 0490

Bill Runser
United States Department of Agriculture
5601 Sunnyside Ave., Stop 4-1224B
Beltsville, MD 20705-5124
Tel: 301-504-1209
Fax: 301-504-1190

**Transmitted By**

Naeem Uddin, P.E.
Grace & Naeem Uddin, Inc.
5532 NW 72nd Ave, Miami, FL 33166
Tel: 305-887-6227
Fax: 305-887-6228

☑ **Acknowledgement Required**

| Package Transmitted For | Delivered Via | Tracking Number |
|---|---|---|
| Information, As Requested, Review, Approval, Signature | US Mail | |

| Item # | Qty | Item | Reference | Description | Notes | Status |
|---|---|---|---|---|---|---|
| 001 | 1.00 | Change Order | | Change order request no. 34 | w/ TIA # 4 | |
| 002 | 1.00 | Document | | GNU document No. ISS-LTR-014 | w/ TIA # 4 | |

| Cc: Company Name | Contact Name | Copies | Notes |
|---|---|---|---|
| United States Department of Agriculture | Bill Runser | 1 | |
| Jacobs Facilities, Inc. | John McKelvy | 1 | |
| United States Department of Agriculture | Faith McNamee | 1 | |

**Remarks**

**Signature** **Signed Date**

Print transmittal cover sheets to send with outgoing stuff. Only records saved as Transmittal are included.

**GRACE &**
**NAEEM UDDIN, INC.**
CONSULTING ENGINEERS
CONSTRUCTION MANAGERS
GENERAL CONTRACTORS
BUILDING INSPECTORS

# Transmittal Cover Sheet

Detailed, Grouped by Each Transmittal Number

**0322 USDA Subtropical Horticulture Research St** **Project # 0322** **Grace & Naeem Uddin, Inc.**
13601 Old Cutler Road, Miami, FL 33158 Tel: 786-293-8746 Fax: 786-242-4809

**Date:** **2/1/2005** **Reference Number: 0491**

| **Transmitted To** | **Transmitted By** |
|---|---|
| John McKelvy<br>Jacobs Facilities, Inc.<br>13601 Old Cutler Road, Miami, FL 33158<br>Tel:<br>Fax: | Naeem Uddin, P.E.<br>Grace & Naeem Uddin, Inc.<br>5532 NW 72nd Ave, Miami, FL 33166<br>Tel: 305-887-6227<br>Fax: 305-887-6228 |

☑ **Acknowledgement Required**

| **Package Transmitted For** | **Delivered Via** | **Tracking Number** |
|---|---|---|
| Information, As Requested, Review, Approval, Signature | US Mail | |

| **Item #** | **Qty** | **Item** | **Reference** | **Description** | **Notes** | **Status** |
|---|---|---|---|---|---|---|
| 001 | 1.00 | Change Order | | Change order request no. 34 | w/ TIA # 4 | |
| 002 | 1.00 | Document | | GNU document No. ISS-LTR-014 | w/ TIA # 4 | |

| **Cc: Company Name** | **Contact Name** | **Copies** | **Notes** |
|---|---|---|---|
| United States Department of Agriculture | Bill Runser | 1 | |
| Jacobs Facilities, Inc. | John McKelvy | 1 | |
| United States Department of Agriculture | Faith McNamee | 1 | |

**Remarks**

**Signature** **Signed Date**

Print transmittal cover sheets to send with outgoing stuff. Only records saved as Transmittal are included.

# Exhibit 2 – Time Impact Analysis

ALL-STATE LEGAL®
DEFENDANT'S EXHIBIT
B

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| ADMINISTRATIVE ACTIVITIES | | | | | |
| 614 | Original Window Submittal | 20 | 05JUL04* | 30JUL04 | -148 |
| 615 | Delay - Window Revisions - Submittals | 55 | 17MAY04* | 30JUL04 | -148 |
| 616 | Delay - Window Revisions - Eng Review | 135 | 02AUG04* | 04FEB05 | -148 |
| 620 | Additional Window Submittal | 20 | 07FEB05 | 04MAR05 | -125 |
| 630 | Window Approval | 14 | 05MAR05 | 18MAR05 | -173 |
| 631 | Change Order Meeting | 0 | 01MAR05* | | 144 |
| 632 | Window Change Order Approval | 70 | 05FEB05 | 15APR05 | -206 |
| 635 | New Window Plates / Angle Delivery | 15 | 21APR05 | 11MAY05 | -148 |
| 637 | New Window Delivery | 15 | 21APR05 | 11MAY05 | -123 |
| BUILDING STRUCTURE | | | | | |
| A1400 | First Floor Masonry (1) | 15 | 25APR05 | 13MAY05 | -148 |
| A1405 | Install Window Plates & Angles (1) | 15 | 09MAY05 | 27MAY05 | -148 |
| A1410 | Insulate Masonary (1) | 10 | 30MAY05 | 10JUN05 | -148 |
| A1420 | Waterproof / Flashing @ Masonry (1) | 10 | 31MAY05 | 13JUN05 | -148 |
| A1430 | Outside Masonary Veneer (1) | 15 | 02JUN05 | 22JUN05 | -148 |
| A1550 | Second Floor Masonry (2) | 15 | 05MAY05 | 25MAY05 | -136 |
| A1555 | Install Window Plates & Angles (2) | 15 | 19MAY05 | 08JUN05 | -136 |
| A1560 | Insulate Masonary (2) | 10 | 09JUN05 | 22JUN05 | -136 |
| A1570 | Waterproof / Flashing @ Masonry (2) | 10 | 10JUN05 | 23JUN05 | -136 |
| A1580 | Outside Masonary Veneer (2) | 15 | 23JUN05 | 14JUL05 | -143 |
| A1740 | Install Metal Stairs 1 | 10 | 30MAY05 | 10JUN05 | -91 |
| A1750 | Concrete Fill Stairs 1 | 10 | 13JUN05 | 24JUN05 | -91 |
| A1760 | Railings - Stair 1 | 6 | 27JUN05 | 05JUL05 | -81 |
| A1770 | Install Metal Stairs 2 | 10 | 13JUN05 | 24JUN05 | -91 |
| A1780 | Concrete Fill Stairs 2 | 10 | 27JUN05 | 11JUL05 | -91 |
| A1790 | Railing - Stairs | 6 | 12JUL05 | 19JUL05 | -91 |
| A1800 | Set Windows / Storefronts (1) | 20 | 16JUN05 | 14JUL05 | -148 |
| A1810 | Set Windows / Storefronts (2) | 20 | 15JUL05 | 11AUG05 | -148 |
| BUILDING FINISHES | | | | | |
| A4000 | Drywall Framing (1) | 30 | 02MAY05 | 10JUN05 | -145 |
| A4010 | Plumbing R-I (1) | 20 | 16MAY05 | 10JUN05 | -130 |
| A4020 | Electric R-I (1) | 25 | 16MAY05 | 17JUN05 | -136 |
| A4030 | Security R-I (1) | 10 | 16MAY05 | 27MAY05 | -115 |
| A4040 | F/P R-I (1) | 20 | 18MAY05 | 14JUN05 | -132 |
| A4050 | HVAC Ductwork R-I (1) | 20 | 18MAY05 | 14JUN05 | -132 |




| | |
|---|---|
| Start Date | 01DEC03 |
| Finish Date | 16FEB06 |
| Data Date | 09JAN04 |
| Run Date | 28JAN05 15:33 |

Early Bar
Progress Bar
Critical Activity

© Primavera Systems, Inc.

TA04

Sheet 1 of 5

Grace & Naeem Uddin, Inc.
USDA - Subtropical Horticulture Rese

Exhibit # 2 - Time Impact Analysis 4
Window and Window Support System Revisions

| Date | Revision | Checked | Approved |
|---|---|---|---|
| | | | |

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| A4052 | R-I HVAC Controls (1) | 30 | 14MAY05 | 12JUN05 | -175 |
| A4055 | Lab Piping R-I (1) | 15 | 06JUN05 | 24JUN05 | -121 |
| A4060 | Lab Air Systems R-I (1) | 15 | 08JUN05 | 28JUN05 | -123 |
| A4070 | Lab Wiring R-I (1) | 15 | 06JUN05 | 24JUN05 | -121 |
| A4090 | Door Frames (1) | 15 | 31MAY05 | 20JUN05 | -104 |
| A4100 | Plumbing R-I Inspection (1) | 2 | 13JUN05 | 14JUN05 | -130 |
| A4110 | Electric R-I Inspection (1) | 2 | 20JUN05 | 21JUN05 | -135 |
| A4120 | F/P R-I Inspection (1) | 2 | 15JUN05 | 16JUN05 | -132 |
| A4130 | HVAC R-I Inspection (1) | 2 | 15JUN05 | 16JUN05 | -132 |
| A4140 | Lab R-I Inspections R-I (1) | 3 | 29JUN05 | 01JUL05 | -123 |
| A4150 | Insulation (1) | 15 | 08JUL05 | 28JUL05 | -143 |
| A4160 | Insulation Inspection (1) | 10 | 19JUL05 | 01AUG05 | -143 |
| A4180 | Hang Drywall (1) | 30 | 05JUL05 | 15AUG05 | -143 |
| A4190 | Finish Drywall (1) | 30 | 12JUL05 | 22AUG05 | -143 |
| A4200 | Carpentry (1) | 15 | 23AUG05 | 12SEP05 | -130 |
| A4210 | Prime Painting (1) | 10 | 16AUG05 | 29AUG05 | -143 |
| A4220 | Doors & Hardware (1) | 12 | 18AUG05 | 02SEP05 | -131 |
| A4230 | Cabinetry / Millwork (1) | 20 | 26AUG05 | 22SEP05 | -143 |
| A4250 | Ceiling Grid (1) | 15 | 23AUG05 | 12SEP05 | -143 |
| A4270 | Ceiling Fixtures (1) | 15 | 31AUG05 | 20SEP05 | -143 |
| A4280 | Ceiling & Finish Mech (1) | 15 | 02SEP05 | 22SEP05 | -143 |
| A4290 | Elec Trim (1) | 15 | 30AUG05 | 19SEP05 | -142 |
| A4300 | F/P Trim (1) | 15 | 30AUG05 | 19SEP05 | -142 |
| A4305 | Finish HVAC Controls (1) | 20 | 30AUG05 | 18SEP05 | -196 |
| A4310 | Plumbing Trim (1) | 15 | 30AUG05 | 19SEP05 | -140 |
| A4320 | Finish Mech Inspection (1) | 2 | 23SEP05 | 26SEP05 | -143 |
| A4340 | Finish Elec Inspection (1) | 2 | 21SEP05 | 22SEP05 | -141 |
| A4360 | F/P Trim Inspection (1) | 2 | 20SEP05 | 21SEP05 | -142 |
| A4370 | Lab Piping Trim (1) | 10 | 20SEP05 | 03OCT05 | -128 |
| A4390 | Lab Air Systems Trim (1) | 10 | 23SEP05 | 06OCT05 | -131 |
| A4400 | Lab Wiring Trim (1) | 10 | 20SEP05 | 03OCT05 | -128 |
| A4430 | Lab Trim Inspections (1) | 3 | 07OCT05 | 11OCT05 | -131 |
| A4440 | Drop Ceiling Tile (1) | 5 | 23SEP05 | 29SEP05 | -143 |
| A4450 | Final Painting (1) | 10 | 21SEP05 | 04OCT05 | -143 |
| A4470 | Flooring Tile / Carpet (1) | 15 | 05OCT05 | 25OCT05 | -143 |
| A4480 | Signage (1) | 5 | 05OCT05 | 11OCT05 | -131 |
| A4490 | Ceramic Tile (1) | 15 | 23AUG05 | 12SEP05 | -140 |
| A4500 | Plumbing Fixtures (1) | 15 | 13SEP05 | 03OCT05 | -140 |
| A4520 | B/R Partitions / Accessories (1) | 10 | 04OCT05 | 17OCT05 | -140 |
| A4530 | Install Chiller Equip (1) | 12 | 02AUG05 | 17AUG05 | -132 |
| A4540 | Install Generator (1) | 12 | 15JUL05 | 01AUG05 | -132 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| A4550 | Install Fuel Tank(1) | 12 | 15JUL05 | 01AUG05 | -120 |
| A4570 | Install Mech Rm Equip (1) | 12 | 15JUL05 | 01AUG05 | -132 |
| A4580 | Install Switchgear Equip (1) | 12 | 02AUG05 | 17AUG05 | -132 |
| A4590 | Install Elevator Cabs | 25 | 16AUG05 | 19SEP05 | -140 |
| A5000 | Drywall Framing (2) | 30 | 31MAY05 | 12JUL05 | -136 |
| A5010 | Plumbing R-I (2) | 20 | 07JUN05 | 05JUL05 | -136 |
| A5020 | Electric R-I (2) | 20 | 07JUN05 | 05JUL05 | -134 |
| A5030 | F/P R-I (2) | 20 | 07JUN05 | 05JUL05 | -136 |
| A5035 | Security R-I (2) | 10 | 07JUN05 | 20JUN05 | -119 |
| A5040 | HVAC Ductwork R-I (2) | 20 | 07JUN05 | 05JUL05 | -136 |
| A5042 | R-I HVAC Controls (2) | 30 | 03JUN05 | 02JUL05 | -179 |
| A5050 | Lab Piping R-I (2) | 15 | 28JUN05 | 19JUL05 | -129 |
| A5060 | Lab Air Systems R-I (2) | 15 | 28JUN05 | 19JUL05 | -129 |
| A5070 | Lab Wiring R-I (2) | 15 | 21JUN05 | 12JUL05 | -124 |
| A5090 | Door Frames (2) | 15 | 29JUN05 | 20JUL05 | -115 |
| A5100 | Plumbing R-I Inspection (2) | 2 | 06JUL05 | 07JUL05 | -136 |
| A5110 | Electric R-I Inspection (2) | 2 | 01JUL05 | 05JUL05 | -134 |
| A5120 | F/P R-I Inspection (2) | 2 | 06JUL05 | 07JUL05 | -136 |
| A5130 | HVAC R-I Inspection (2) | 2 | 06JUL05 | 07JUL05 | -136 |
| A5140 | Lab R-I Inspections R-I (2) | 5 | 20JUL05 | 26JUL05 | -129 |
| A5150 | Insulation (2) | 15 | 02AUG05 | 22AUG05 | -148 |
| A5160 | Insulation Inspection (2) | 10 | 09AUG05 | 22AUG05 | -148 |
| A5180 | Hang Drywall (2) | 30 | 26JUL05 | 05SEP05 | -148 |
| A5190 | Finish Drywall (2) | 30 | 03AUG05 | 13SEP05 | -148 |
| A5200 | Carpentry (2) | 15 | 24AUG05 | 13SEP05 | -134 |
| A5210 | Prime Painting (2) | 10 | 06SEP05 | 19SEP05 | -148 |
| A5220 | Doors & Hardware (2) | 12 | 09SEP05 | 26SEP05 | -143 |
| A5230 | Cabinetry / Millwork (2) | 20 | 13SEP05 | 10OCT05 | -145 |
| A5240 | Ceiling Grid (2) | 15 | 12SEP05 | 30SEP05 | -148 |
| A5250 | Ceiling Fixtures (2) | 15 | 14SEP05 | 04OCT05 | -148 |
| A5260 | Ceiling & Finish Mech (2) | 15 | 14SEP05 | 04OCT05 | -148 |
| A5270 | Elec Trim (2) | 15 | 13SEP05 | 03OCT05 | -148 |
| A5280 | F/P Trim (2) | 10 | 16SEP05 | 29SEP05 | -147 |
| A5290 | Plumbing Trim (2) | 15 | 13SEP05 | 03OCT05 | -147 |
| A5295 | Finish HVAC Controls (2) | 20 | 31AUG05 | 19SEP05 | -208 |
| A5300 | Finish Mech Inspection (2) | 2 | 03OCT05 | 04OCT05 | -148 |
| A5310 | Finish Elec Inspection (2) | 2 | 03OCT05 | 04OCT05 | -148 |
| A5320 | F/P Trim Inspection (2) | 2 | 29SEP05 | 30SEP05 | -147 |
| A5330 | Lab Piping Trim (2) | 10 | 29SEP05 | 12OCT05 | -140 |
| A5340 | Lab Air Systems Trim (2) | 10 | 05OCT05 | 18OCT05 | -144 |
| A5350 | Lab Wiring Trim (2) | 10 | 30SEP05 | 13OCT05 | -141 |



| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Total Float |
|---|---|---|---|---|---|
| A5360 | Lab Chemical Supply Trim (2) | 10 | 29SEP05 | 12OCT05 | -140 |
| A5370 | Lab Trim Inspections (2) | 3 | 19OCT05 | 21OCT05 | -144 |
| A5380 | Drop Ceiling Tile (2) | 5 | 04OCT05 | 10OCT05 | -148 |
| A5390 | Final Painting (2) | 10 | 04OCT05 | 17OCT05 | -148 |
| A5400 | Flooring Tile / Carpet (2) | 15 | 13OCT05 | 02NOV05 | -148 |
| A5410 | Signage (2) | 5 | 18OCT05 | 24OCT05 | -141 |
| A5420 | Ceramic Tile (2) | 15 | 17AUG05 | 06SEP05 | -141 |
| A5430 | Plumbing Fixtures (2) | 15 | 07SEP05 | 27SEP05 | -141 |
| A5440 | B/R Partitions / Accessories (2) | 10 | 28SEP05 | 11OCT05 | -141 |
| A6000 | Plumbing R-I (3) | 10 | 27JUL05 | 09AUG05 | -116 |
| A6010 | Electric R-I (3) | 10 | 27JUL05 | 09AUG05 | -116 |
| A6020 | F/P R-I (3) | 10 | 27JUL05 | 09AUG05 | -108 |
| A6030 | HVAC Ductwork R-I (3) | 10 | 27JUL05 | 09AUG05 | -116 |
| A6032 | R-I HVAC Controls (1) | 20 | 27JUL05 | 15AUG05 | -162 |
| A6040 | Lab Piping R-I (3) | 10 | 03AUG05 | 16AUG05 | -116 |
| A6050 | Lab Air Systems R-I (3) | 10 | 03AUG05 | 16AUG05 | -116 |
| A6060 | Lab Wiring R-I (3) | 10 | 03AUG05 | 16AUG05 | -116 |
| A6070 | Lab Chemical Supply R-I (3) | 10 | 03AUG05 | 16AUG05 | -116 |
| A6090 | Plumbing R-I Inspection (3) | 2 | 10AUG05 | 11AUG05 | -108 |
| A6100 | Electric R-I Inspection (3) | 2 | 10AUG05 | 11AUG05 | -108 |
| A6110 | F/P R-I Inspection (3) | 2 | 10AUG05 | 11AUG05 | -108 |
| A6120 | HVAC R-I Inspection (3) | 2 | 16AUG05 | 17AUG05 | -112 |
| A6130 | Lab R-I Inspections R-I (3) | 5 | 17AUG05 | 23AUG05 | -116 |
| EXTERIOR | | | | | |
| A6500 | Stucco | 20 | 05AUG05 | 01SEP05 | -143 |
| A6510 | Exterior Painting | 18 | 06SEP05 | 29SEP05 | -143 |
| A6520 | Install Extr Misc Metals | 20 | 23SEP05 | 20OCT05 | -143 |
| A6530 | Install Leaders & Gutters | 20 | 23SEP05 | 20OCT05 | -143 |
| COMPLETION ACTIVITIES | | | | | |
| A9000 | Subcontractor Punchout & Cleanup | 20 | 07OCT05 | 03NOV05 | -148 |
| A9010 | Programming / Start Up | 30 | 12SEP05 | 21OCT05 | -149 |
| A9020 | Commissioning / Acceptance | 10 | 24OCT05 | 04NOV05 | -149 |
| A9040 | Training | 10 | 31OCT05 | 11NOV05 | -80 |
| A9050 | COMPLETION; COMMISSION PH 1 | 0 | | 04NOV05 | -149 |
| A9060 | PUNCHLIST | 30 | 05NOV05 | 04DEC05 | -135 |
| A9070 | Required Completion - Phase 1 | 0 | 07NOV05* | | -149 |
| BUILDING 63 | | | | | |
| A9100 | Required Completion - Phase 2 | 0 | | 16FEB06 | -149 |
| A9150 | Completion - Phase 2 | 0 | | 16FEB06 | -149 |
| B0000 | Owner Relocation | 14 | 05NOV05 | 18NOV05 | -208 |
| B0010 | Demo Existing Toilet | 5 | 21NOV05 | 25NOV05 | -110 |



USDA

United States Department of Agriculture

Research, Education, and Economics
Agricultural Research Service

CERTIFIED MAIL _ RETURN RECEIPT REQUESTED 7003 2260 0002 9762 3609

April 29, 2005

IN REPLY
REFER TO: Contract 50-3K15-3-3600
Subtropical Horticulture Research Center
Miami, Florida

Mr. Naeem Uddin
Grace & Naeem Uddin, Inc.
5532 NW, 72nd Avenue
Miami, Florida 33166

Dear Mr. Uddin:

In reference to Grace & Naeem Uddin's (GNU) letters dated November 23, 2004, (received by the Contracting Office, **February 8, 2005**) and February 1, 2005, concerning the Window System --NOC-003 and RCO-34, the Government's responses to GNU's proposed costs for "changes," are as follows:

1) Drawing S100, Part A, Note 11, shows the window system design requirement. The performance specification is in Section 08520, paragraph 1.4. You are also referred to paragraph 2.2.5.1, for Contractor responsibility for window system design, including the method of fastening to provide adequate structural support for the project. the design of the window system is the Contractor's responsibility, and not additional work to the contract. Fasteners are required and the specifics are based on the window manufacturer selected and their recommendations. Other performance criteria requirements are referenced on Drawing G001 for applicable codes, and Drawing S100, Item A.3 for the maximum design wind pressures criteria specified in ASCE 7-88, with basic wind speed of 49 M/s or ASCE 7-98, with basic wind speed of 63 m/s, both by the American Society of Civil Engineers. The contract documents require that the Contractor meet the requirements of the 1994 South Florida Building Code (SFBC) with supplement No. 6, which is adopted by Miami Dade County.

2) Drawing A801 refers to the Kawneer 1600 window system for exterior color material and finishes selection only. Sheet A801 clearly identifies the exterior color schedule



ALL-STATE LEGAL® DEFENDANT'S EXHIBIT C

--"Exterior finishes are not limited to manufacturers models listed." The Kawneer 1600 wall system should meet the requirements. Refer to Item No. 1 above, for performance criteria of the window systems to be selected by the GNU. Also, refer to Drawing S100, Item A.11, which states the following: "All non-structural elements such as railings, metal studs, storefronts, mullions, etc., shall be designed by a registered professional engineer to meet the requirements of the local building code. Submit calculations and shop drawings with a signed seal of the responsible registered engineer for the local jurisdiction." Window wall systems are considered 'non-structural elements.'

3) You are referred to Specification Section 08520, paragraph 1.4, Drawing G001, and S100, as noted in Item No. 1 above. The sizes and detailed dimensions of the windows are shown on Drawings A301, A302, A303, and A304.

4) In addition, GNU claims that the shop drawings were improperly reviewed by the architectural-engineering firm, Jacobs Facilities, Inc. (JFI), and were not timely in responding. Specification 01300-3, paragraph 1.3.J, states that 15 working days (3 calendar weeks) shall be allowed for the A-E review of simpler submittals and 20 working days (4 calendar weeks) shall be allowed for more complex submittals; and for potential time to resubmit. The Specification also states that "Delays caused by the need for resubmittals will not constitute reason for an extension of contract time."

The project team met four times to discuss the window system, prior to July 2004. During the June 30, 2004, meeting conducted in the JFI Orlando office, GNU and their consultant, Farrog Consultants, agreed to a proposed schedule of events for the window system design/submittal/approval period. GNU agreed to provide a window system in accordance with the contract documents and obtain Miami Dade County approval. Contracting Officer, Faith McNamee and JFI Project Manager, Jeff Varitek, participated in this meeting. Product approval was not received until November 9, 2004, after intensive involvement with the County by the Government. But, as recently as the latest submittal of January 6, 2005, GNU still failed to submit a complete package of window information to the architectural-engineering firm. Consequently, JFI's response to GNU's submittal requests additional information. With the exception of the Miami Dade County approval of the window system, GNU has failed to adhere to any written or verbal agreements concerning the windows.

Upon review, it appears that it is GNU that has not been timely in delivery of a complete package to the A-E firm, and submission of a proper design to the Miami Dade County for review and approval.

The intent of the contract is for the Contractor to provide a window system, including a method of fastening to provide adequate structural support; therefore, RCO-34 and NOC-003, received February 8, 2005, in the amount of $356,660, is *denied.*

You are referred to Federal Acquisition Regulation (FAR) 52.233-1, Disputes, for claim filing procedures, if the Government's position on this issue is to be disputed. A claim by the Contractor must be writing. You are reminded that a written demand or written assertion by the Contractor seeking the payment of money *exceeding* $100,000, is not a claim under the Act until *certified.*

If there are any questions concerning this correspondence, please call me on (301)504-1181, or E-Mail, jbaker@ars.usda.gov.

Sincerely,

Joan M. Baker

JOAN M. BAKER
Contracting Officer
Facilities Contracts Branch
Facilities Division

THE LAW OFFICES OF

**ELDER & LEWIS**

A PROFESSIONAL ASSOCIATION

DAVID R. ELDER
KERRY H. LEWIS
CLAUDIA R. CAPRILES
PATRICK J. MULLANE

OF COUNSEL
FREDRICA B. ELDER

601 BRICKELL KEY DRIVE
SUITE 401
MIAMI, FLORIDA 33131

MIAMI-DADE (305) 373-6065
BROWARD (954) 763-5304
FAX (305) 373-6066

WEBSITE: www.elderlewis.com

August 2, 2005

**VIA FACSIMILE & CERTIFIED MAIL**
#7003 1010 0001 6858 4510

Joan M. Baker
Contracting Officer
United States Department of Agriculture
5601 Sunnyside Avenue
Beltsville, MD 20705-5100

**Re: Contract 50-3K15-3-3600**
**Subtropical Horticultural Research Center**
**Miami, FL**

Dear Ms. Baker:

As you know this firm represents Grace & Naeem Uddin, Inc. ("GNU").

On behalf of GNU, this firm sent a response on July 27, 2005 to your show cause letters dated July 15: one (1) was received on July 18, 2005; a second was received by GNU on July 20, 2005.

Today, GNU received a hand delivered notice of termination. It may be that you remain on vacation and have not had an opportunity to review the response.

Because termination is a serious step, I would like the opportunity to discuss this notice, with either you or your designee.

In the meantime, I will contact GNU's bonding company representative.

Sincerely,

DAVID R. ELDER

DRE:mmo
cc: Naeem Uddin

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT D

THE LAW OFFICES OF

ELDER & LEWIS

A PROFESSIONAL ASSOCIATION

DAVID R. ELDER
KERRY H. LEWIS
CLAUDIA R. CAPRILES
PATRICK J. MULLANE

OF COUNSEL
FREDRICA B. ELDER

601 BRICKELL KEY DRIVE
SUITE 401
MIAMI, FLORIDA 33131

MIAMI-DADE (305) 373-6065
BROWARD (954) 763-5304
FAX (305) 373-6066

WEBSITE: www.elderlewis.com

July 27, 2005

Joan M. Baker
Contracting Officer
United States Department of Agriculture
5601 Sunnyside Avenue
Beltsville, MD 20705-5100

**Re: Contract 50-3K15-3-3600**
**Subtropical Horticultural Research Center**
**Miami, FL**

Dear Ms. Baker:

This office has been retained by Grace & Naeem Uddin, Inc.

Grace & Naeem Uddin, Inc. are in receipt of your letter dated July 15, 2005. In that letter you speak of a concern regarding the timelines of performance. The letter was received on July 18, 2005.

After reviewing this letter and previous letters both from USDA and our client, it appears that there are issues that must be addressed. We have reviewed your letter dated July 6, 2005. In your letter of that date you itemize your concerns. In an effort to raise your confidence level that this project is progressing and will be completed by Grace & Naeem Uddin, Inc., this letter will address each item.

1. Fire/Smoke Dampers: This item is complete.

2. Fiber Optic Cable: The electrical subcontractor is presently on site addressing this issue. However a certified claim will be submitted in accordance with FAR Clause 52.233-1. If the certified claim is denied, Grace & Naeem Uddin, Inc. will contemplate rights of appeal pursuant to 41 USC Sections 605 and 606.

DEFENDANT'S EXHIBIT
E
ALL-STATE LEGAL®

3. Electric Cable: The electrical subcontractor is presently on site addressing this issue. However, a certified claim will be submitted in accordance with FAR Clause 52.233-1. If the certified claim is denied, Grace & Naeem Uddin, Inc. will contemplate rights of appeal pursuant to 41 USC Sections 605 and 606.

4. Electric Design for Pump Station: This work will be performed. Based on the rejection of CO. 039 and the associated TIA, a certified claim will be submitted in accordance with FAR Clause 52.233-1. If the certified claim is denied, Grace & Naeem Uddin, Inc. will contemplate rights of appeal pursuant to 41 USC Sections 605 and 606.

5. Trench Backfill/utility Asphalt Road Work: This work is complete.

6. Window System: The windows to meet the revised design are in Miami. The window subcontractor is prepared to install. We await the approvals from the design team so that this work can be commenced and completed. In light of the April 29, 2005 rejection of the change order submittal of GNU, both with regard to additional cost and additional time for the revised windows, a certified claim will be submitted in accordance with FAR Clause 52.233.1. If the certified claim is denied, Grace & Naeem Uddin, Inc. will contemplate rights of appeal pursuant to 41 U.S.C. Sections 605 and 606.

7. Elevator: GNU has apprised me that the original plans did not factor in the burden that the elevator would place on both the electrical and mechanical systems. Moreover, the A/E has now issued Proposal Request No. 008 on June 30, 2005, asking GNU to submit a Request for change order to incorporate the change in the mechanical system. GNU is currently pricing it and will submit the RCO as soon as possible.

It is my understanding that U.S.D.A has approved an elevator with reduced speed so the elevator is in compliance with anticipated electrical load capabilities. The single remaining issue is therefore the effect of the exhaust system of the elevators on the mechanical system. Hopefully, this issue will be resolved by the consultant.

8. Dumpster Enclosure Deletion: Not applicable to completion of project.

9. Delete Linoleum In Rooms 211 and 212: Not applicable to completion of project.

10. Acid Waste Piping: A change order is outstanding for additional plumbing work and additional time. In the event that RCO No. 036 for additional time and money is denied, GNU will submit a certified claim in accordance with FAR Clause 52.233.1. If the certified claim is denied, GNU will pursue rights of appeal pursuant to 41 U.S.C. Sections 605 and 606.

11. Sound Attenuators: This issue is moot until the project is advanced and you determine if attenuations are required in the actual finished conditions.

12. Attic Insulation: GNU has provided a submittal for spray insulation.

13. Chimney Framing: GNU has expressed concern that the load of the metal stacks which allow chemicals to disburse above the rooflines may compromise the structural integrity of the roof trusses. The load bearing on the trusses would typically be the load of the roof and the roof deck. On this project, the roof is corrugated metal and the deck is steel. GNU is concerned that the roof stacks will overload the trusses. While the Spearin doctrine states that the owner warrants the accuracy of the plans, GNU remains concerned that the weight of the structures places the trusses at risk. This issue should be discussed.

14. Modification No. 8: Some items in this modification are complete. The other items are in progress. More specifically, the status of the various items is stated below:

a) RCO No. 003 Relocation Effort for the Septic Tank and Drainfield:

**Status:** 100% complete

b) RCO No. 007 Finish Floor Elevation:

**Status:** In progress. Submittals have been submitted to the A/E for stair treads for their approval. These were due back from the A/E on July 18, 2005, however to date GNU have not received anything back.

Additionally, the grading work which is part of this RCO, can only be done towards the end of the project as part of final grading.

GNU will make this as part of their claim, since there is a disagreement on the authorization from U.S.D.A.

c) RCO No. 002 Annuciator Panel:

**Status:** This is scheduled to be constructed as part of electrical work. Change order has been issued to electrical subcontractor. However, this work can only be completed 100% at the time of substantial completion, since it needs to be tied together with generator and other electrical system.

d) RCO No. 022 New Electrical Service Building 28, 29, 30 and 31:

**Status:** In progress. This work could not have been started at the time of the issuance of the

modification issue date of March 29, 2005, since item (b) of the same modification had to be constructed before.

e) RCO No. 25 Stainless Steel Duct Work in Rooms 212 and 213:

**Status:** This work has not started. It is scheduled and will be constructed. However, it is not critical.

Incidentally GNU offered to do this work at $0.00 cost, which U.S.D.A. has accepted.

f) RCO No. 27 New Water Main (site) conflict:

**Status:** 100% complete. This work was completed even before U.S.D.A. issued the modification. In fact, U.S.D.A. acknowledges in its modification No. 8, that GNU did this work.

g) RCO 30 Change to HM, WD and Hardware:

**Status:** 100% complete. However, the cost remains in issue and may have to be included in the certified claim referenced at the end of this letter.

h) RCO No. 31 Change Fire Main Sleeve from 6″ to 8″:

**Status:** 100% complete. This work was completed even before U.S.D.A. issued the modification. In fact, U.S.D.A. acknowledges in its modification No. 8, that GNU did this work.

15. <u>Credit Proposal for Deletion of Sewer to Buildings 49 and 52</u>: Credit not applicable to completion it should be noted that the credit is for buildings 82 and 53, not 49 and 52. It should further be stated that administrated cost have been submitted for this credit and the issue remains pending.

16. Roof: It is GNU's understanding that the specifications for the roof are now revised. The original requirement of 20 gauge metal has been reduced to 24 gauge metal and the 3" depth has been lowered as well. GNU has provided a roof submittal in accordance with revised specifications and upon receipt of an approval the roofing work will commence and proceed to completion.

17. Silt Fence: The silt fence issue has been addressed and GNU will discuss this issue at any time.

In essence, Grace & Naeem Uddin, Inc. intends to submit certified claims based on change order denials, simultaneous with proceeding with the work in good faith. It is GNU's present intent to submit one certified claim which shall identify and quantify the various claims at issue as well as address fair and equitable credit amounts where applicable. GNU will request a total increase in contract cost as well as attach a time impact schedule, which factors in the various impacts, applies the logic of the Prima Vera software, takes into account concurrency, and provides a revised completion date.

The anticipated certified claims will not slow the work. If you believe an alternate dispute resolution approval will assist the process, please call. I think you will find me eager to seek resolution through practical measures.

Sincerely,

Margaret M. Senn for

DAVID R. ELDER

SIGNED IN ABSENCE TO AVOID DELAY

DRE:mmo
cc: Naeem Uddin

**MONITOR**
Surety Managers, Inc.

383 Main Street
Suite 202
Chatham, NJ 07928
Telephone: 973-635-2400
Facsimile: 973-635-1362

August 10, 2005

USDA
Administrative and Financial Management
5601 Sunnyside Avenue
Beltsville, MD 20705-5100
Attn: Joan M. Baker, Contracting Officer

| | |
|---|---|
| Re: Bond No.: | 089013 |
| Principal: | Grace & Naeem Uddin Inc. |
| Obligee: | US Department of Agriculture |
| Project: | Contract #50-3K15-3-3600 Construction of the subtropical Horticulture Research Center Laboratory Facility |

Dear Ms. Baker:

This is to acknowledge receipt of your August 8, 2005 letter, received on August 9, 2005 advising us that "the USDA intends to proceed with the termination and invoke the bond and is in the process in providing documentation to Monitor Surety managers, Inc. as requested in your letter of July 25, 2005".

In accordance with your request, we spoke on August 9, 2005. At that time, we informed you that we will be conducting an investigation into the default and project status through the use of a construction consultant. Please be advised that we have retained Bob Golden of Surety and Construction Consultants. Mr. Golden's address and telephone number is as follows:

5444 Bay Center Drive, Suite 224
Tampa, FL 33609
Tel. no.: 813-289-3621
Fax no.: 813-289-3622
Email: bob.golden@suretyconsultants.com

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT F

We suggest that you forward the documents in our letter of July 25, 2005 directly to Mr. Golden. Due to scheduling conflicts, Mr. Golden is not available to visit the job site until August 19, 2005. He can be there at 8 a.m. During the interval, Mr. Golden will be reviewing the project documents provided by you. Please confirm if the date and time of the job site visit is convenient for your local representative.

We appreciate, as expressed in our August 9, 2005 telephone conversation that the USDA requires that the construction on the project resume without undue delay. To that end, and without getting into the rights and wrongs of the field personnels' conduct, the most

expeditious way to achieve prompt completion of the project would be to permit our Principal to resume work on the project. You indicated in our telephone conversation that the point-by-point position of our Principal as expressed by its attorney by his letter of July 27, 2005 was not taken into consideration in the decision to proceed with the termination. We understand you will be responding to that letter. Again, we urge you to give full weight and consideration to our Principal's position.

If you are not so inclined to rescind the termination, we, without even conducting an investigation of the matter would be willing to arrange for our construction consultant to supervise and coordinate the completion of the project through our Principal. This would avoid the project being delayed and allow a neutral party to interface between the onsite representatives of the USDA and the contractor. We believe this would go along ways to defusing the prior impediments to a constructive working relationship between the two, and achieve the most timely completion of the completion.

We shall be looking forward to hearing from you.

Very truly yours,

MONITOR SURETY MANAGERS, INC.

By: [signature]
Troward G. Wells, Jr.
Surety Claim Attorney

Bcc: Grace & Naeem Uddin, Inc.
David R. Elder, Esq.

# TAKEOVER AGREEMENT

THIS AGREEMENT (hereinafter referred to as the "AGREEMENT") is made and entered into by and between the United States Department of Agriculture, Agricultural Research Service (hereinafter referred to as the "GOVERNMENT") and Carolina Casualty Insurance Company (hereinafter referred to as the "SURETY") as of the "Effective Date" set out in paragraph 29:

WHEREAS, on October 1, 2003, the GOVERNMENT and Grace & Naeem Uddin, Inc. (hereinafter referred to as the "CONTRACTOR") entered into Contract No. 50-3K15-3-3600, including any amendments, optional items, changes, or modifications thereto, and which is attached hereto and incorporated by reference as Exhibit "A," (hereinafter called the "CONTRACT"), for the construction of a new laboratory facility known as the Subtropical Horticulture Research Center ("SHRC"); and

WHEREAS, as a condition precedent to commencing work under the CONTRACT, the GOVERNMENT, in accordance with the CONTRACT, required the CONTRACTOR to post and the SURETY did post SURETY'S Payment Bond No. 089013, dated October 14, 2003, in the amount of $6,958,615.48, and Performance Bond No. 089013, dated October 14, 2003, in the amount of $6,836,182.00, collectively, the "BONDS," true and correct copies of which are attached hereto as Exhibits "B" and "C," respectively; and

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT G

WHEREAS, by letter dated August, 2, 2005, a copy of which is attached hereto and incorporated herein by reference as Exhibit "D," the GOVERNMENT has determined that the CONTRACTOR is in default and has terminated for default the right of the CONTRACTOR to proceed under the CONTRACT; and

WHEREAS, the GOVERNMENT thereafter made demand upon the SURETY to fulfill its obligations under the BONDS; and

WHEREAS, the GOVERNMENT desires to effect the completion of the work covered by the CONTRACT in an expeditious manner to avoid the delay and inconvenience of awarding a new contract to complete the work covered by the CONTRACT; and

WHEREAS, as a measure of cooperation with the GOVERNMENT and as a measure to minimize costs, the SURETY is willing and desires to takeover the CONTRACT in accordance with the terms of this AGREEMENT and the requirements, terms, and conditions of the CONTRACT; and

WHEREAS, pursuant to the Performance Bond, the SURETY is willing to cause the work required under the CONTRACT to be completed through the SURETY'S Completing Contractor or Construction Manager in accordance with the provisions of this AGREEMENT and the requirements, terms, and conditions of the CONTRACT provided that in so doing the SURETY will receive the contract balances as hereinafter set forth.

NOW, THEREFORE, in reliance upon the mutual covenants, promises, and undertakings set forth herein and intending to be fully and legally bound, the parties hereto agree as follows:

1) The Surety hereby undertakes and agrees to cause the performance of all work and obligations of the CONTRACTOR under the CONTRACT and any modifications thereto not presently completed or fulfilled, including the correction and repair of any defective work performed by the CONTRACTOR. The SURETY agrees to be bound by the CONTRACT and to perform in accordance with the requirements, terms, and conditions of the CONTRACT. All of the CONTRACTOR'S obligations and liabilities to the GOVERNMENT under the CONTRACT, and under the Bonds of the CONTRACTOR and SURETY, shall remain unimpaired by this AGREEMENT, and the CONTRACTOR shall not be released therefrom.

2) The GOVERNMENT hereby recognizes that the SURETY will takeover the CONTRACT, and the SURETY will be identifying or has identified competitively a construction contractor who is acceptable to the SURETY and the GOVERNMENT, who is ready, willing, and able to perform and complete all of the work required to be performed under the terminated CONTRACT, all in accordance with the requirements, terms, and conditions of the CONTRACT. Except as otherwise provided in this AGREEMENT, the SURETY is entitled to all rights, title and interest of the CONTRACTOR in and to the CONTRACT in all respects as if the SURETY were the original party to the CONTRACT. It is expressly understood and agreed that the GOVERNMENT shall in no way be bound to the Completing Contractor or Construction Manager or to any other contractor by the terms of this AGREEMENT. However, the GOVERNMENT shall recognize the Completing Contractor or Construction Manager as the

SURETY'S agent for the purpose of administering and constructing the SHRC and Renovation of Building 63. In the event the Completing Contractor or Construction Manager is unable to perform, SURETY understands that it remains fully liable for any resulting damages to the GOVERNMENT.

3) The SURETY shall be responsible for replacing or correcting any and all defective work in place that was performed by the CONTRACTOR without any equitable adjustment to the CONTRACT price to the extent that the work was not already approved by the GOVERNMENT. In addition, the SURETY shall be responsible, without further charge to the GOVERNMENT, for ensuring the condition, maintenance, and protection of all existing on-site materials and equipment. Any additional costs incurred by the SURETY associated with defective work, existing on-site material and equipment, or any such matters which can be attributed to performance of work by the CONTRACTOR shall be borne by the SURETY, including latent defects.

4) The adjusted Contract price, including all modifications and change orders thereto as of this date is $6,958,615.48 and as of this date payments have been made to CONTRACTOR by the GOVERNMENT in the amount of $3,458,178.56 leaving a contract balance of funds in the amount of $3,500,436.92 which includes $64,852.94 in retainage. The GOVERNMENT has issued ten (10) modifications to the contract totaling $122,433.00.

5) The Government and the Surety agree that there are no unpaid earnings owed to the CONTRACTOR. Notwithstanding the aforesaid, the Government, upon execution of this

AGREEMENT, shall pay to the Surety Requisition 17 in the amount of $189,865.24, and upon so doing said sum shall be deducted from the Contract balance.

6) The Surety shall also pay such additional sum as may be required to satisfy outstanding payment obligations to subcontractors and suppliers who have valid Payment Bond claims for work or material provided prior to the termination of the Contractor.

7) In accordance with the terms of the CONTRACT, the GOVERNMENT shall pay direct to the SURETY the unpaid balance of the CONTRACT, plus or minus any approved change order additions or deletions to which the SURETY may become entitled, as well as any amounts to which the CONTRACTOR is already entitled but has not yet been paid; subject, however, to the following conditions and limitations:

a) The unpaid earnings of the CONTRACTOR, including retained percentages and progress estimates for work accomplished before termination, shall be subject to debts due the GOVERNMENT by the CONTRACTOR, except to the extent that such unpaid earnings may be required to permit payment to SURETY of its actual costs and expenses incurred in the completion of the work, exclusive of its payments and obligations under the payment bond given in connection with the CONTRACT.

b) This AGREEMENT shall not waive or release the GOVERNMENT'S right to claim liquidated damages for delays in completion of the work, except to the extent that such delays, if any, may be excused under the provisions of the CONTRACT; and SURETY is likewise

entitled to such additional compensation, equitable adjustment, or time extensions as such is provided under the original Contract Documents.

c) In no event shall SURETY be entitled to be paid any amount in excess of its total expenditures necessarily made in completing the work and discharging its obligations under the CONTRACTOR'S payment bond. Furthermore, payments to the SURETY to reimburse it for discharging its liabilities under the payment bond shall be only on authority of (i) Mutual agreement between the GOVERNMENT, the DEFAULTING CONTRACTOR, and the SURETY, (ii) Determination of the Comptroller General as to the payee and amount, or (iii) Order of a court of competent jurisdiction.

8) The SURETY shall maintain separate records and accounts covering all costs incurred and expenditures made by it in completing the work under the CONTRACT. The SURETY shall make such records and accounts and supporting vouchers available for inspection and verification by the Contracting Officer, the Comptroller General, or other authorized representatives of the GOVERNMENT, until the expiration of three (3) years from the date of final payment under the CONTRACT.

9) The SURETY agrees that nothing herein contained shall be construed as constituting an acceptance by the GOVERNMENT of the work heretofore performed by the CONTRACTOR or as modifying or limiting the liability or obligations of the SURETY to the GOVERNMENT under the BONDS.

10) Subject to Surety's and Contractor's rights reserved pursuant to paragraph "7" herein, the Surety shall protect and indemnify the Government and hold it harmless from any claims against it by the Contractor or any of its creditors claiming a right to the Contract balances paid or to be paid to the Surety.

11) Subject to paragraph "7" herein, the Surety agrees that its Performance and Payment Bonds numbered 089013 will remain in effect for claims against the Surety for liquidated damages, latent defects and as a consequence of any liens held by Contractor and/or Subcontractors for labor or material costs as required by the FAR that result from completed work performed by the Contractor prior to August 2, 2005.

12) The CONTRACT, Amendments, and all modifications thereto are incorporated into this AGREEMENT. This AGREEMENT contains the entire agreement between the parties and supersedes any and all prior agreements, arrangements, and/or understandings between the parties. The parties agree to address issues pertaining to completion of the CONTRACT work during the course of CONTRACT performance. The Parties agree to act in good faith to promptly and fairly address such issues.

13) This AGREEMENT is the joint product of the parties hereto and shall not be construed more strictly against one party by virtue of said party's participation in the drafting of its terms and conditions. Further, the SURETY and GOVERNMENT warrant that each has the power and authority to execute this AGREEMENT and that this AGREEMENT has been signed by an officer or duly authorized representative of the SURETY and GOVERNMENT.

14) It is further agreed that this AGREEMENT is solely for the benefit of the parties hereto and shall not create any rights in any person not a party hereto, or in any way increase the rights of third persons, or increase the obligations of any party hereto to any third person, or increase the liability or obligations of the Surety under the bonds.

15) All payments and notices to SURETY shall be delivered to SURETY at the following address:

Monitor Surety Managers, Inc.
325 Columbia Turnpike
Suite 203
Florham Park, NJ 07932

16) Administration and inspection of the project will remain with the GOVERNMENT and its agents/engineers in accordance with the terms of the original CONTRACT. Should the SURETY select a Completing Contractor or Construction Manager to complete the performance of the Contract on behalf of the SURETY, such Completing Contractor or Construction Manager shall prepare and submit on behalf of the SURETY the payment requisitions to Obligee as required under the CONTRACT, and shall be authorized to take such other acts on behalf of the SURETY as may be necessary for the administration and performance of the Contract.

17) Insofar as they comply with the provisions of the CONTRACT and insofar as their title and ownership are vested in the GOVERNMENT as the result of payments made by the GOVERNMENT for progress made by the CONTRACTOR, the GOVERNMENT agrees that all

materials, appliances and plants presently on the project site are available to SURETY and its designated independent contractors without cost for use in the completion of the remainder of the CONTRACT.

18) The GOVERNMENT acknowledges that SURETY, in entering into this AGREEMENT does not acknowledge the validity of the GOVERNMENT'S termination of the CONTRACTOR'S CONTRACT, the assessment of liquidated damages by the GOVERNMENT, or any other action taken by the GOVERNMENT, except as expressly provided herein. Furthermore, in entering into this AGREEMENT, SURETY does not thereby waive, prejudice, or in any way adversely affect any claim that it, as SURETY, or the CONTRACTOR might have against the GOVERNMENT all of which are expressly reserved.

19) The GOVERNMENT agrees that it will give SURETY notification of any problems that occur in the completion of the CONTRACT.

20) SURETY and the GOVERNMENT agree, all prior rights, equitable liens and rights to subrogation that would be the United States', the laborers' or materialmen's or the CONTRACTOR'S under the CONTRACT or at law or equity, as well as SURETY'S own rights dating back to the execution of the performance and payment bonds, including, but not limited to those rights and remedies that may accrue during the completion of the CONTRACT are reserved. No waiver of such rights is agreed to or implied or intended regardless of any provisions of this takeover AGREEMENT to the contrary.

21) Except as modified by this AGREEMENT, all the terms and conditions of the original CONTRACT shall be and remain the same, and shall remain in full force and effect.

22) With the execution of this AGREEMENT, the SURETY contemplates entering into a Contract with either a Completing Contractor or Construction Manager to complete the work on behalf of the SURETY. The parties contemplate the completion of the work for the new SHRC within 270 calendar days, and completion of Renovation of Building 63 within 105 calendar days, following a Notice to Proceed issued by the GOVERNMENT. The GOVERNMENT hereby grants a time extension: the new completion date will be established based on the new Notice to Proceed date and the 270 calendar days of work to be performed to complete the Subtropical Horticultural Research Center, and 105 calendar days of work to be performed to complete the Renovation of Building 63, both located at the U.S. Department of Agriculture, Agricultural Research Service, Subtropical Horticultural Research Station, Miami, Florida.

23) It is understood and agreed that this AGREEMENT and the specific documents referenced herein constitute the whole of the understanding, discussion and agreements by and between the parties, and the written or oral discussions prior to the effective date hereof shall not in any way vary or alter the terms of this AGREEMENT.

24) This AGREEMENT shall not in any way be amended or modified without the written consent of both the SURETY and the GOVERNMENT.

25) This AGREEMENT shall extend to and be binding upon the parties hereto and their respective successors and assigns.

26) The preamble or recitals set forth above are part of this AGREEMENT. This AGREEMENT may be executed in three original counterparts.

27) The parties hereto have voluntarily executed this AGREEMENT based upon their independent investigations. The provisions of the AGREEMENT shall be applied and interpreted in a manner consistent with one another so as to carry out the purpose and intent of the parties, but if for any reason any provision is unenforceable or invalid, such provisions shall be deemed severed from the AGREEMENT and the remaining provisions shall be carried out with the same force and effect as if the severed portion had not been a part of this AGREEMENT.

28) The Effective Date of this AGREEMENT is the date the AGREEMENT is signed by all parties.

IN WITNESS HERETO, all parties to this AGREEMENT have caused to be set their hands and seals the day and year indicated.

**UNITED STATES DEPARTMENT OF AGRICULTURE**

Date Signed: ____________________ By: ______________________________
Joan M. Baker

Attest: ________________________ Title: Contracting Officer______

**CAROLINA CASUALTY INSURANCE COMPANY**

Date Signed: ___________________By: ______________
Troward G. Wells, Jr.

Attest: ________________________ Title: Surety Claim Attorney

## GENERAL INDEMNITY AGREEMENT

**KNOW ALL MEN BY THESE PRESENTS** that whereas the undersigned, hereinafter called Indemnitors, have requested and do hereby request CAROLINA CASUALTY INSURANCE COMPANY, hereinafter referred to as Surety, to execute or procure the execution of bonds, undertakings or recognizances (all of which are hereinafter included within the term "Bond or Bonds") as have been and such as may hereafter be applied for directly or through an agent, attorney or other representative or required, solely or as co-[illegible] or with others, by any of the Indemnitors or by any person, firm, corporation or association whose name shall, for that purpose have been furnished to the Surety by any of the Indemnitors, it being understood and agreed that this instrument shall cover all Bonds so applied for and executed, whether or not this instrument is referred to or mentioned in connection therewith; and, whereas, the undersigned understand that the Surety expressly requires the delivery of this Indemnity Agreement as part of the consideration for the execution by the Surety of such Bonds, or for the refraining from canceling said Bonds;

**NOW THEREFORE**, in consideration of the premises and of the execution or continuance of such Bonds, the Indemnitors for themselves, their heirs, executors, administrators, successors and assigns, do hereby jointly and severally covenant and agree with the Surety, its successors and assigns, as follows:

1. The Indemnitors will pay, when due, all premiums for each of such Bonds in accordance with the Surety's rates in effect on the date such Bond becomes effective, as long as liability thereunder shall continue, and until the Surety is furnished with evidence satisfactory to the Surety of its discharge or release from the bonds, or of all liability by reason thereof.

2. The Indemnitors will exonerate, indemnify, and hold harmless the Surety against any and all claims, demands, liability, loss, cost, damages, fees of attorneys, accountants and consultants, and other expenses which the Surety may sustain or incur by reason of, or in consequence of the execution of such Bonds and any renewal, continuation or successor thereof, including but not limited to sums paid or liabilities incurred in settlement of and expenses paid or incurred in connection with claims, suits or judgments under such Bonds, expenses paid or incurred in enforcing the terms hereof, in procuring or attempting to procure release from liability, or in recovering or attempting to recover losses or expenses paid or incurred, as aforesaid. The Indemnitors will exonerate, indemnify and hold harmless the Surety against any and all claims, demands, liability, loss, damages, fees of attorneys, and other expenses which the Surety may sustain or incur by reasons of or in consequence of reliance upon representations made by the Indemnitors regarding defenses available to Principal and/or Surety to claims made against any such Bonds.

3. To further protect, exonerate and save harmless the Surety, Indemnitors shall pay over to the Surety, its successors and assigns, all sums of money which the Surety shall pay or cause to be paid or may be liable to pay by reason of its execution of such bond or other obligations, or on account of any demands, claims, liabilities, damages, costs, charges and expenses of whatever kind or nature in connection therewith; such payment to be made to the Surety as soon as Surety notifies Indemnitor to deposit such funds with Surety, whether or not the surety shall have paid out such sum or any part thereof or not, and Surety is hereby authorized to use such funds, or any part thereof, in payment or settlement of any such demand, claim, liability, loss, charges, costs and expenses or other obligations Indemnitors may be liable to Surety under the terms of this Agreement. Surety shall have no obligation to invest or otherwise provide interest on such funds paid to Surety by Indemnitor and Surety may commingle the funds with other funds of the Surety. Surety may apply any unused funds as collateral security to any other bond or obligation of the Indemnitor under this agreement.

4. If any such Bond be given in connection with a contract, the Surety in its sole discretion and interest is hereby a[illegible]ted, but not required, (a) to consent to any change in the contract, its price, or in the plans and specifications relating thereto; (b[illegible]) make or guarantee advances or loans for the purposes of the contract without any obligation to see to the application thereof, it being understood that the amount of all such advances or loans shall be conclusively presumed to be a loss hereunder for which the Indemnitors are liable, (c)(i) in the event of any alleged, declared or actual default in the performance of the contract, (ii) or the breach of this Agreement or of any Bond connected therewith, (iii) or the alleged or actual failure to diligently prosecute the work under any contract, (iv) or any failure, delay or inability to pay for labor and material or other indebtedness incurred in connection with the prosecution of the contract, (v) or in the event work has ceased or been suspended on any contract or contracts covered by any said Bonds, (vi) or in the sole opinion of the Surety, the contract funds to be paid are insufficient to pay for the cost of performing the contract: to take possession of the work under the contract and at the expense of the Indemnitors, to complete the contract or cause the same to be completed or to consent to the completion of it, and to take any other action which the Surety may deem expedient including but not limited to a monetary settlement with the Obligee to the Bond. The Surety is authorized to take possession of the work pursuant to subparagraph (c) notwithstanding that an Indemnitor may dispute such default or failure, and in the event that the Surety takes possession of the work as above provided, the Indemnitors hereby release and discharge the Surety, in this connection, from all liability for its actions and omissions.

5. The Indemnitors hereby assign, transfer, pledge and convey to the Surety (effective as of the date of each such Bond but only in the event of default, breach or failure as referred to in preceding Paragraph 4), as collateral security, to secure the obligations hereunder and any other indebtedness and liabilities of the Indemnitors to the Surety, all of their rights under the contracts referred to in such Bond, including their right, title and interest in and to: (1) all subcontracts and Purchase Orders let in connection therewith and such subcontractors or suppliers' Surety Bonds; (2) all machinery, plant, equipment, tools and materials which shall be upon the site or sites of the work or elsewhere for the purposes of the contracts, including all materials ordered for the contract; (3) any and all sums due or to become due on such contracts, and on all other contracts, bonded or unbonded, in which any or all of the Indemnitors have an interest; and (4) any and all claims and other sums due or to become due on any policy of insurance covering a loss arising out of a contract bonded by Surety ; (5) all actions, causes of actions, claims and demands whatsoever which the Principal may have in anyway arising out of or relating to such Bond, or contract covered by such Bond.

6. The Surety may at its option file or record this Agreement or any other document executed by any or all of the Indemnitors individually or jointly, in connection with application, issuance or execution of any Bond or Bonds, as a Security Agreement or as part of a financing statement or as notice of its prior interest and assignment under the provisions of the Uniform Commercial Code or any other statute or regulation of any jurisdiction or agency, but that the filing or recording of such document shall be solely at the option of the Surety and that the failure to do so shall not release or impair any of the obligations of the Indemnitors under this Agreement nor diminish any other legal or equitable rights of the Surety. Any copy of this Agreement certified by the Surety to be a true and accurate copy shall be deemed an original for purposes of filing as a financing statement.

7. The Indemnitors agree and hereby expressly declare that all funds due or to become due under any contract covered by a [illegible]d are Trust Funds, whether in the possession of an Indemnitor or another, for the benefit and payment of all persons to whom [illegible]ncipal incurs obligations in the performance of such contract for which the Surety would be liable under the Bond and for the benefit of Surety for any liability or loss it may sustain or incur by reason of or in consequence of the execution of such Bonds. Upon notice from the Surety to an Obligee, Indemnitors hereby authorize and direct the Obligee of any such bond to pay to the Surety any and all Funds due or to become due on any contract bonded by Surety, and upon payment of such funds the Obligee is released and discharged from any and all liability to Indemnitors in connection with the payment

ALL-STATE LEGAL® DEFENDANT'S EXHIBIT H

The Indemnitors agree and hereby expressly declare that title to all materials and supplies specially ordered or fabricated for any contract covered by the Bond shall be held in trust for the benefit of the owner of the improvement being constructed or the Surety, as their interests may appear, and that possession of such materials shall be subject to the direction of owner and Surety.

8. The Surety shall have the exclusive right in its name and/or the name of any Indemnitor to decide and determine whether any claim, liability, suit or judgment made or brought against the Surety or the Indemnitors or any one of them on any such Bond shall or shall not be paid, compromised, resisted, defended, tried or appealed, and the Surety's decision thereon, absent fraud, shall be final and binding upon the Indemnitors. An itemized statement of payments made by the Surety for any of the purposes specified herein, sworn to by an officer of the Surety, or the copies of the checks or drafts for such payments, shall be prima facie evidence of the liability of the Indemnitors to reimburse the Surety such amounts with interest from the date of payment.

9. The Indemnitors hereby authorize the Surety in its sole discretion to do the following: (a) make or consent to any change in, or issue any substitute for or renewal of, any such Bond, or in any contract referred to in any such bond, and this instrument shall apply to such substituted or changed Bond or renewal; (b) if any such Bond be given in an action or proceeding in any court, to recognize any attorney of record in such action or proceeding for any party therein at the date of the execution of such Bond as the authorized representative of such party until the Surety shall have been fully discharged from liability under such Bond; (c) to take such other actions as the Surety may deem expedient to obtain release from liability from any such Bond.

10. The Indemnitors hereby agree that they shall at all times keep themselves intimately familiar with the financial condition of the Principal on any such bond, as well as the status of all projects bonded by the Surety. The Indemnitors hereby waive notice of the execution of any such Bond or of any act, fact or information coming to the notice or knowledge of the Surety concerning or affecting its rights or liabilities under such Bond or rights or liabilities of the Indemnitors hereunder, notice of all such being hereby expressly waived.

11. If the Surety shall procure any other company or companies to execute or join with it in executing, or to reinsure, any such Bond, this instrument shall inure to the benefit of such other company or companies, its or their successors and assigns, so as to give to it or them a direct right of action against the Indemnitors to enforce this instrument and, in that event, the word "Surety", wherever used herein shall be deemed to include such company or companies, as their respective interests may appear.

12. The liability of the Indemnitors hereunder shall not be affected by the failure of any party to sign any such Bond, nor by the failure of a party to execute this Agreement; nor by any claim that other indemnity or security was to have been obtained, nor by the release of any indemnity or Indemnitor, nor the return or exchange of any collateral that may have been obtained; and if any party signing this instrument is not bound for any reason, this obligation shall still be binding upon each and every other party.

13. Separate suits may be brought on this Agreement against any or all of the undersigned and the bringing of a suit or the recovery of a judgment upon any cause of action shall not prejudice nor bar the bringing of other suits upon other causes of action whether theretofore or thereafter arising. This agreement shall be liberally construed so as to protect, exonerate and indemnify the Surety. The Indemnitors agree the construction, validity and performance of this Agreement shall be governed by and construed pursuant to the laws of the State of New York. The Indemnitors waive and subordinate all rights of indemnity, subrogation and contribution each may have against the other until all obligations to the Surety under this Agreement, at law or in equity, have been satisfied in full. The Surety is hereby expressly authorized to settle any claim based upon this Agreement with any one or more of the undersigned individually, and such settlement or compromise shall not affect the liability of any of the rest of the undersigned.

14. The Indemnitors waive any defense that this instrument was executed subsequent to the date of any such Bond, admitting and covenanting that such Bond was executed pursuant to the Indemnitors' request and in reliance on the Indemnitors' promise to execute this instrument. In the event any part of this Indemnity Agreement shall be void under the law of the place governing the construction hereof, then such part only shall be considered as deleted and the remainder of this Agreement shall endure in full force and effect. The Surety shall have the right to fill in any blanks and to correct any errors in filling in any blanks pertaining to the execution of this Agreement. Wherever used in this instrument the plural term shall include the singular and the singular shall include the plural, as the circumstances require.

15. The Surety, at its option, may decline to execute or participate in or procure the execution of any such Bond. If the Surety shall execute a bid or proposal Bond, or any similar undertaking, it may nevertheless decline to execute any and all Bonds that may be required in connection with any award made on the bid or proposal for which the Bond or undertaking is given, and the Principal shall have the right to procure from another Surety any Bonds that may be required in connection with any award under the bid or proposal for which the Bond or undertaking is given.

16. Whereas, the Indemnitors have a substantial material and beneficial interest in the obtaining of said bonds on behalf of various related companies, it is, therefore, agreed that this Agreement shall apply to any bonds executed on behalf of any subsidiary, subsidiary of a subsidiary whether direct or indirect, affiliated company or partnership, joint venture or corporation of any Indemnitor now existing or hereafter formed or acquired, and whether partially or wholly owned or controlled, as fully as if the names and signatures of such subsidiaries or affiliates appeared herein as Indemnitors.

17. The Indemnitors hereby irrevocably nominate, constitute, appoint and designate the Surety or its designee as their Attorney-in-Fact with the right, but not the obligation, to exercise all of the rights of Indemnitors or any of them to make, execute and deliver any and all additional or other assignments, documents or papers, including but not limited to the execution of instruments referred to in Paragraph 5, and the endorsement of checks or other instruments representing payment of contract monies, deemed necessary and proper by the Surety in order to give full effect not only to the intent and meaning of the within assignments, but also to the full protection intended to be herein given to the Surety under all other provisions of this Agreement. The Indemnitors hereby ratify and affirm all acts and actions taken and done by the Surety or its designee as such Attorney-in-Fact.

18. The Indemnitors hereby waive and abandon, so far as their respective obligations under this Agreement are concerned, all rights to claim any property, including the respective homesteads, as exempt from levy, execution, sale or other legal process under the laws of any state, territory or possession.

19. The obligations of the Indemnitors hereunder shall be continuous; provided, however, that any one of the Indemnitors may give the Surety not less than 30 days written notice (effective only after receipt) by registered mail of his desire to terminate his future liability under this Agreement but any such notice of termination shall not operate, modify, bar, discharge, limit, affect or impair his liability hereunder on or by reason of any such Bond executed prior to the expiration of such 30 days nor shall termination affect or impair the continuing liability of any other Indemnitor.

20. The Indemnitors shall furnish to the Surety such information as it may request from time to time concerning the financial condition of the Indemnitors, the status of work under any contract covered by a Bond, the condition of the performance of any such contract, and the payment of obligations incurred in connection therewith. The Surety may at reasonable times and places and from time to time, examine and copy the books, records and accounts of the Indemnitors. The Indemnitors will immediately notify Surety of

any event which may adversely affect the financial condition of Indemnitors, the ownership or control of an Indemnitor, or may subject Surety to liability, loss, damages, fees of attorneys or other expenses by reason or in consequence of such Bonds.

The Surety is hereby authorized to obtain information concerning the affairs and operations of the Indemnitors and any transaction between or among the Indemnitors from any banks, depositories, obligees of the Bond, subcontractors, materialmen, supply houses, credit reporting agencies, other Sureties or other persons, all of whom are hereby expressly authorized to furnish such information to the [illegible]ty.

21 If any proceeding is brought against the Surety in which the Surety desires to join any one of the Indemnitors by reasons of the undertakings in this Agreement, each of the Indemnitors agrees that he will, upon written notice of the Surety to do so, voluntarily appear in such proceedings and accept service of process and other papers either personally or by an attorney of the undersigned's choice. If any of the undersigned fails upon such notice from the Surety so to appear, such undersigned hereby designates the Secretary of the State or Territory in which proceedings are pending as his agent for the service of process in any such proceedings.

With respect to such action brought by the Surety on this Agreement in a jurisdiction in which one or more of the undersigned reside, are domiciled, are doing business or are found, each of the undersigned who are not in the jurisdiction hereby designates each of the undersigned in such jurisdiction as his agent to receive on his behalf service of process in such action. Notice to or service of process on Indemnitors may also be made by certified mail to the address set forth below or to any change of address which Indemnitors shall have given by written notice to Surety.

22 This writing constitutes the entirety of the Agreement between Indemnitors and Surety regarding the execution of Bonds, handling of claims against such Bonds, and their respective obligations and duties to each other. It may not be added to, changed, or modified orally. No waiver, addition, change or modification shall be effective unless specifically agreed to in writing.

**IN TESTIMONY WHEREOF,** the Indemnitors, intending to be legally bound hereby, have hereunder set their hands and affixed their seals this 11th day of March 2003

Grace & Naeem Uddin, Inc. [Seal]
Name of Corporation/Partnership
By: [signature]
Graciela Uddin, President
Type or Print Name and Title
Address: 5532 NW 72nd Ave
Miami, FL 33166
Wit[illegible] Attest ✓ [signature]
Signature

[Seal]
Name of Corporation/Partnership
By:
Type or Print Name and Title
Address:
Witness or Attest
Signature

[Seal]
Name of Corporation/Partnership
By:
Type or Print Name and Title
Address:
Witness or Attest
Signature

[Seal]
Name of Corporation/Partnership
By:
Type or Print Name and Title
Address:
Witness or Attest
Signature

[signature]
Signature - Individually
Craciela Uddin - 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
Type or Print Name and Social Security Number
Address: 14421 Arlington Place
Davie, FL 33325

[signature]
Signature - Individually
Naeem Uddin - 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
Type or Print Name and Social Security Number
Address: 14421 Arlington Place
Davie, FL 33325

Signature - Individually
Type or Print Name and Social Security Number
Address:

Signature - Individually
Type or Print Name and Social Security Number
Address:

Rev - 10/97

# CORPORATE ACKNOWLEDGMENT

STATE OF Florida } ss.:
COUNTY OF Miami-Dade

On this 11th day of March, 2003 before me personally appeared Graciela Uddin to me known to be the President of Grace & Naeem Uddin, Inc. the corporation executing the above instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned and on oath stated that the seal affixed is the seal of said corporation and that it was affixed and that said instrument was executed by order of the Board of Directors of said corporation.

Thia Donovan
Notary Public
Commission # CC 979252
Expires Dec. 1, 2004
Bonded Thru
Atlantic Bonding Co., Inc.
(Commission expires )

STATE OF } ss.:
COUNTY OF

On this ____ day of ____ before me personally appeared ____ to me known to be the ____ of ____ the corporation executing the above instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned and on oath stated that the seal affixed is the seal of said corporation and that it was affixed and that said instrument was executed by order of the Board of Directors of said corporation.

Notary Public
(Commission expires ____)

STATE OF } ss.:
COUNTY OF

On this ____ day of ____ before me personally appeared ____ to me known to be the ____ of ____ the corporation executing the above instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned and on oath stated that the seal affixed is the seal of said corporation and that it was affixed and that said instrument was executed by order of the Board of Directors of said corporation.

Notary Public
(Commission expires ____)

STATE OF } ss.:
COUNTY OF

On this ____ day of ____ before me personally appeared ____ to me known to be the ____ of ____ the corporation executing the above instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned and on oath stated that the seal affixed is the seal of said corporation and that it was affixed and that said instrument was executed by order of the Board of Directors of said corporation.

Notary Public
(Commission expires ____)

# INDIVIDUAL ACKNOWLEDGMENT

STATE OF Florida } ss.:
COUNTY OF Miami-Dade

On this 11th day of March, 2003 before me personally appeared Graciela Uddin to me known and known to me to be the individual(s) described in and who executed the foregoing agreement and acknowledged that the execution of the same was for the purposes, considerations and uses therein set forth as a free and voluntary act and deed.

Notary Public
Thia Donovan
Commission # CC 979252
Expires Dec. 1, 2004
Bonded Thru
Atlantic Bonding Co., Inc.
(Commission expires )

STATE OF Florida } ss.:
COUNTY OF Miami-Dade

On this 11th day of March, 2003 before me personally appeared Naeem Uddin to me known and known to me to be the individual(s) described in and who executed the foregoing agreement and acknowledged that the execution of the same was for the purposes, considerations and uses therein set forth as a free and voluntary act and deed.

Notary Public
Thia Donovan
Commission # CC 979252
Expires Dec. 1, 2004
Bonded Thru
Atlantic Bonding Co., Inc.
(Commission expires )

STATE OF } ss.:
COUNTY OF

On this ____ day of ____ before me personally appeared ____ to me known and known to me to be the individual(s) described in and who executed the foregoing agreement and acknowledged that the execution of the same was for the purposes, considerations and uses therein set forth as a free and voluntary act and deed.

Notary Public
(Commission expires ____)

STATE OF } ss.:
COUNTY OF

On this ____ day of ____ before me personally appeared ____ to me known and known to me to be the individual(s) described in and who executed the foregoing agreement and acknowledged that the execution of the same was for the purposes, considerations and uses therein set forth as a free and voluntary act and deed.

Notary Public
(Commission expires ____)

Rev. - 10/97

# CONTRACTOR'S REQUEST FOR PAYMENT TRANSMITTAL

| | | |
|---|---|---|
| CONTRACT NO.<br>50-3K15-3-3600 | PARTIAL PAYMENT NO. 18 | FINAL PAYMENT |
| PROJECT<br>Subtropical Horticulture Research Center, Miami, FL | REQUISITION NO. 18 | |
| LOCATION<br>13601 Old Cutler Road, Miami, FL 33158 | FOR PERIOD BEGINNING<br>5/1/2005 | ENDING<br>5/31/2005 |

| ITEM | AMOUNT | |
|---|---|---|
| 1. Amount of original contract | $6,836,182.00 | |
| 2. Change orders and/or amendments | $122,433.48 | |
| 3. Total adjusted contract prices | $6,958,615.48 | |
| 4. Value of work completed to end of period | | $3,651,976.48 |
| 5. Value of material stored at the site *(Itemize below)* | | $82,016.40 |
| 6. Total value of work completed and stored material (*Line 4 plus Line 5*) | | $3,733,992.88 |
| 7. Less % retainage | | [illegible] |
| 8. **Total due contractor through end of this period** | | $3,648,053.64 |
| 9. Less previous requests | | [illegible] |
| 10. **Net amount due contractor this payment:** | | $189,865.24 |

**MATERIAL STORED AT THE SITE** ***(See Item 5 above)***

| Description | Value |
|---|---|
| Doors | $ 19,016.40 |
| Windows | $ 63,000.00 |
| | |
| | |

**CONTRACTOR'S CERTIFICATION OF PAYMENT**

By signing this request for payment, I certify that I have made payment from the proceeds of prior payments, and that I will make timely payment from the proceeds of this payment, of amounts due my subcontractors and suppliers in accordance with my contractual arrangements with them.

| | |
|---|---|
| SIGNATURE OF CONTRACTOR'S AUTHORIZED REPRESENTATIVE<br>Naeem Uddin, P.E., Project Manager | DATE SIGNED<br>7/27/2005 |
| RECOMMENDED FOR PAYMENT *(Signature of EPM, COR, CM, or A.E. as appropriate)* | DATE SIGNED |
| CONCUR *(Signature of EPM or COR as appropriate)* | DATE SIGNED |



ALL-STATE LEGAL® DEFENDANT'S EXHIBIT I