IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRACE AND NAEEM UDDIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-345C |
| | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests the Court to enlarge the deadline for its response to the complaint filed by plaintiff, Grace and Naeem Uddin, Inc., by an additional 14 days, to and including August 11, 2006. Our response currently is due July 28, 2006. This is our second motion for additional time for this purpose.[1] Undersigned counsel has conferred with counsel for plaintiff and is authorized to state that plaintiff does not oppose this motion.

This motion is necessary because of unanticipated delays experienced by undersigned counsel in completing defendant's response to plaintiff's complaint. Since the filing of our first motion for an enlargement on June 16, 2006, undersigned counsel has been occupied with the following tasks in other matters: (1) preparation of defendant's answer in Dalles Irrigation District v. United States, (Fed. Cl. No. 05-1042) filed on July 10, 2006; (2) preparation and filing of a joint status report regarding several FOIA requests in Wollam v. United States, (Fed. Cl. No. 02-1744) filed on July 12, 2006; (3) proceedings, including a hearing on July 13, 2006, to resolve a dispute regarding military back pay and benefits in Strickland v. United States,

[1] Our first motion also was unopposed and requested 31 days.

(Fed. Cl. No. 03-1390); (4) preparation of settlement memoranda and a status report regarding settlement filed on July 17, 2006 in SPW v. United States, (Fed. Cl. 04-794); (5) preparation for a hearing regarding various pre-trial discovery issues in Toste, et al. v. United States, (Fed. Cl. No. 04-902) conducted on July 19, 2006; and (6) preparation of a formal appellate brief due July 28, 2006 in McClain v. Office of Personnel Management, (Fed. Cir. No. 06-3183). These commitments have prevented undersigned counsel from having sufficient time to consult with agency personnel and prepare our response to plaintiff's complaint.

Accordingly, we respectfully request the Court to grant this motion to enlarge the deadline for our response to plaintiff's complaint by 14 days, to and including August 11, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

July 28, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 28, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger