IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRACE AND NAEEM UDDIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-345C |
| | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests the Court to enlarge the deadline for the parties' joint preliminary status report ("JPSR") by 14 days, to and including October 16, 2006. The JPSR currently is due October 2, 2006.

This is defendant's first motion for this purpose. Counsel for defendant has contacted counsel for plaintiff regarding this motion and is authorized to state that plaintiff does not oppose this motion.

This motion is necessary because of unanticipated delays experienced by the parties in coordinating and completing all of the required portions for the JPSR. These delays have rendered it impossible to complete the JPSR by the current deadline. The requested enlargement should provide the parties sufficient time to complete the JPSR.

In addition, consistent with the directives set forth in Appendix A to the RCFC, counsel for the parties intend to discuss, among other things, the scope of the discovery that will be necessary for this case and the possibility of participating in alternative dispute resolution ("ADR") proceedings. The requested enlargement will provide counsel for the parties sufficient

time to complete their discussions. At the requested deadline, the parties will address the status of these discussions in the JPSR.

Accordingly, we respectfully request the Court to grant this motion to enlarge the deadline for the parties' joint status report by 14 days, to and including October 16, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

September 29, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 29, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger