# In the United States Court of Federal Claims

No. 06-345C
(Filed: December 13, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
GRACE AND NAEEM UDDIN, INC.,

*Plaintiffs*,

v.

UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the parties' Joint Preliminary Status Report and the telephonic status conference of December 13, 2006, the court hereby adopts the following discovery schedule:

| | |
|---|---|
| Completion of Written Discovery | February 9, 2007 |
| Completion of Fact Discovery | April 9, 2007 |
| Expert Disclosures Pursuant to Rule 26(a) | May 9, 2007 |
| Close of All Discovery | August 1, 2007 |

The court will arrange a status conference in April 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge