IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRACE AND NAEEM UDDIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-345C |
| | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO MODIFY DISCOVERY SCHEDULE

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request the Court to modify the discovery schedule in this case as outlined below. This is the parties' first request for this purpose.

This motion is necessary because of unanticipated delays experienced by the parties in coordinating and completing the initial phases of document production associated with the parties' initial disclosures. In addition, plaintiff recently has assigned new counsel to the case. These circumstances make it necessary to request the below modified schedule. The requested schedule modification should provide the parties sufficient time to complete discovery.

Accordingly, the parties propose the following modifications to the existing schedule established in the Court's December 13, 2006 order:

| | |
|---|---|
| Deadline for Completion of Written Discovery | April 13, 2007 |
| Deadline for Completion of Fact Discovery | June 8, 2007 |
| Deadline for Expert Disclosures Pursuant to RCFC 26(a) | August 10, 2007 |
| Close of All Discovery | October 5, 2007 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

/s/ David R. Elder
DAVID R. ELDER
Elder & Lewis, PC
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tele: (786) 314-5155
Fax: (503) 314-5811

February 9, 2007

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Gregory T. Jaeger
GREGORY T. JAEGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-7955

Attorneys for Defendant

February 9, 2007

CERTIFICATE OF FILING

I hereby certify that on February 9, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO MODIFY DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Gregory T. Jaeger