# In the United States Court of Federal Claims

No. 06-345C
(Filed: February 12, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
GRACE AND NAEEM UDDIN, INC.,

*Plaintiffs*,

v.

UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the parties' Joint Motion to Modify Discovery Schedule, the court hereby adopts the following revised discovery schedule:

| | |
|---|---|
| (1) Deadline for Completion of Written Discovery | April 13, 2007 |
| (2) Deadline for Completion of Fact Discovery | June 8, 2007 |
| (3) Deadline for Expert Disclosures Pursuant to Rule 26(a) | August 10, 2007 |
| (4) Close of All Discovery | October 5, 2007 |

The court will arrange a status conference in June 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge