# In the United States Court of Federal Claims

No. 06-345C
(Filed: March 29, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GRACE AND NAEEM UDDIN, INC.,

*Plaintiffs*,

v.

UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to Defendant's Unopposed Motion to Modify Discovery Schedule, the court hereby adopts the following revised discovery schedule:

| | |
|---|---|
| (1) Deadline for Completion of Written Discovery | May 29, 2007 |
| (2) Deadline for Completion of Fact Discovery | July 23, 2007 |
| (3) Deadline for Expert Disclosures Pursuant to Rule 26(a) | September 24, 2007 |
| (4) Close of All Discovery | November 16, 2007 |

The court will arrange a status conference in July 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge