IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRACE AND NAEEM UDDIN, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-345C<br>(Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO MODIFY DISCOVERY SCHEDULE

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request that the Court modify the discovery schedule in this case as outlined below. This is the parties' second request for this purpose. The Court granted our previous motion in an order dated February 12, 2007.

This request is necessary for the following reasons: (1) a large portion of plaintiff's construction work is performed on schools, and school related projects, during the summer months of June through August which would limit the ability of plaintiff's principals to attend depositions and perform other discovery related matters during those months; (2) following the parties' exchange of initial disclosure documents on or about April 30th, 2007, plaintiff discovered an oversight and will have to supplement the documents it provided to the

Government; (3) as a result, the Government would like to extend the written discovery deadline because written discovery may be predicated on the supplemental initial disclosures; and (4) Government counsel will be lead attorney in a complicated trial during the first half of November, 2007, and will be constrained to meet any discovery deadlines during that period.

The requested schedule modification should provide the parties sufficient time to complete discovery.

Accordingly, the parties propose the following modifications to the existing schedule established in the Court's February 12, 2007 order:

| | |
|---|---|
| Deadline for Completion of Written Discovery | July 27, 2007 |
| Deadline for Completion of Fact Discovery | October 23, 2007 |
| Deadline for Expert Disclosures Pursuant to RCFC 26(a) | January 23, 2008 |
| Close of All Discovery | March 24, 2008 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ David R. Elder
DAVID R. ELDER
Elder & Lewis, PC
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tel: (786) 314-5155
Fax: (503) 314-5811

Attorney for Plaintiff

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

May 24, 2007

CERTIFICATE OF FILING

I hereby certify that on May 24, 2007, a copy of the foregoing "JOINT MOTION TO MODIFY DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Armando Rodriguez-Feo