# In the United States Court of Federal Claims

No. 06-345C
(Filed: June 1, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
GRACE AND NAEEM UDDIN, INC.,

*Plaintiffs*,

v.

UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to the parties' Joint Motion to Modify Discovery Schedule, filed May 24, 2007, the court hereby adopts the following revised discovery schedule:

| | |
|---|---|
| (1) Deadline for Completion of Written Discovery | July 27, 2007 |
| (2) Deadline for Completion of Fact Discovery | October 23, 2007 |
| (3) Deadline for Expert Disclosures Pursuant to Rule 26(a) | January 23, 2008 |
| (4) Close of All Discovery | March 24, 2008 |

The court will arrange a status conference in October 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge