# In the United States Court of Federal Claims

No. 06-345C
(Filed: June 28, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
GRACE AND NAEEM UDDIN, INC.,

*Plaintiffs*,

v.

UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A conference call with the parties is hereby scheduled for Tuesday, July 17 at 3:00 p.m. eastern to discuss the issues raised in Defendant's Motion to Dismiss. The call will originate from chambers and will be recorded. The subject conference call will not affect plaintiff's opportunity to respond to the motion in writing. It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge