IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRACE AND NAEEM UDDIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-345C |
| v. | ) | (Senior Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant respectfully requests an extension of time of 30 days, to and including August 13, 2007, within which to respond to plaintiff's first request for production of documents that is currently due on July 13, 2007. This is defendant's first request for an extension of time for this purpose. Defendant has attempted to contact plaintiff's counsel, but has not been able to ascertain whether plaintiff will object to this extension.

In its request of June 13, 2007, plaintiff seeks nearly two years' worth of documents relating to events that occurred after it was terminated for default and involving third-parties that were not involved previously. Additionally, because the request encompasses both printed and electronic documents, the agency requires more time to gather, review and properly catalog the documents sought by plaintiff. Defendant's lead counsel will also be on active military duty when the

current production would become due on July 13, 2007.

Currently pending before the Court is our motion to dismiss and our motion to stay discovery pending the decision in that motion. The Court has directed a telephonic conference with the parties on July 17, 2007. Because the requested discovery will become due prior to that hearing, we respectfully request this extension.

For these reasons, defendant respectfully requests that the Court grant its motion for a 30-day extension of time within which to respond to plaintiff's first request for production.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL:

MARK G. GARRETT
United States Department of Agriculture
Attorney-Advisor
14th and Independence Avenue, S.W.
Washington, D.C. 20250-1415

/s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor,
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

July 6, 2007

CERTIFICATE OF FILING

I hereby certify that on July 6, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Armando Rodriguez-Feo