# In the United States Court of Federal Claims

No. 06-345C
(Filed: July 10, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
GRACE AND NAEEM UDDIN, INC.,

*Plaintiffs*,

v.

UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

All pending motions and all discovery obligations are hereby stayed pending further order after the conference call on Tuesday, July 17, 2007. It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge