IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CASE NO.: 06-345-C

JUDGE: ERIC G. BRUGGINK

GRACE AND NAEEM UDDIN INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_______________________________________/

**GRACE AND NAEEM UDDIN, INC.'S UNOPPOSED MOTION TO MODIFY DISCOVERY SCHEDULE**

Plaintiff, GRACE AND NAEEM UDDIN, INC., (hereinafter "GNU"), by and through the undersigned counsel and pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims hereby files this Unopposed Motion To Modify Discovery Schedule, and states as follows:

1. On or about July 18, 2007 this Honorable Court granted in part and denied in part Defendant's Motion To Dismiss Plaintiff's Action. As a result, Plaintiff's monetary claims were dismissed without prejudice from this action.
2. This motion is necessary for the following reasons:

a. Plaintiff is in the process of compiling its monetary claim to submit to the USDA Contracting Officer.

b. Because work on the Project is nearing completion, but is not yet complete, GNU's monetary damages are not finalized.

c. GNU is awaiting the most recent damages information from the surety. GNU will be required to update its damages pursuant to the most recent billings from the surety on the Project.

d. As a result, GNU is unable to immediately submit its claim to the USDA Contracting Officer. The parties will, therefore, require additional time to litigate the instant matter, assuming that the Contracting Officer denies GNU's monetary claims and GNU is allowed to amend its complaint regarding the same.

e. Counsel for GNU has spoken with counsel for USDA and counsel for USDA does not object to the following proposed modification of the scheduling order.

3. Accordingly, GNU respectfully requests that the Court adopt the following modifications to the existing schedule established in the Court's Order dated June 1, 2007:

| | |
|---|---|
| Deadline for Completion for submission of Written Discovery: | November 1, 2007 |
| Deadline for Completion of Fact Discovery: | March 14, 2008 |

Deadline for Expert Disclosures: April 15, 2008
Pursuant to RCFC 26(a)

Close of All Discovery: May 15, 2008

4. Additionally, GNU propounded its Second Request for Production of Documents to the USDA on July 27, 2007.

5. Answers to GNU's Second Request for Production were due on or about August 27, 2007.

6. GNU and USDA agree that answers to GNU's Second Request for Production of Documents dated on or about July 27, 2007 shall be due on or about September 27, 2007.

**WHEREFORE**, Plaintiff, GRACE AND NAEEM UDDIN, INC. requests that this Honorable Court adopt the foregoing modifications to the existing Discovery Schedule established in the Court's Order dated June 1, 2007 and any additional relief this Honorable Court may deem equitable and just.

Respectfully submitted,

s/ David R. Elder
Attorney for Plaintiff
DAVID R. ELDER
Elder & Lewis, P.A.
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tel: (786) 314-5155
Fax: (503) 314-5811

**CERTIFICATE OF FILING**

I hereby certify that on May ____, 2007 a copy of the foregoing "THIRD JOINT MOTION TO MODIFY SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David R. Elder
Attorney for Plaintiff
DAVID R. ELDER
USCFC BAR NO Application Pending
FLA. BAR NO. 272442
Elder & Lewis, P.A.
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tel: (786) 314-5155
Fax: (503) 314-5811