# In the United States Court of Federal Claims

No. 06-345C
(Filed: September 7, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
GRACE AND NAEEM UDDIN, INC.,

*Plaintiffs*,

v.

UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to plaintiff's Unopposed Motion to Modify Discovery Schedule, filed September 7, 2007, the court hereby adopts the following revised discovery schedule:

| | |
|---|---|
| (1) Deadline for Completion of Written Discovery | November 1, 2007 |
| (2) Deadline for Completion of Fact Discovery | March 14, 2008 |
| (3) Deadline for Expert Disclosures Pursuant to Rule 26(a) | April 15, 2008 |
| (4) Close of All Discovery | May 15, 2008 |

It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge