# In the United States Court of Federal Claims

No. 06-345C
(Filed: March 12, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
GRACE AND NAEEM UDDIN, INC.,

*Plaintiffs*,

v.

UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic conference will be held Tuesday, March 18, 2008, 2:30 p.m., to discuss plaintiff's March 10, 2008 Motion to Request the Tribunal to Direct the Contracting Officer to Issue a Decision Regarding Grace and Naeem Uddin, Inc.'s Claim. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge