IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CASE NO.: 06-345-C

JUDGE: ERIC G. BRUGGINK

GRACE AND NAEEM UDDIN INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____________________________________/

**GRACE AND NAEEM UDDIN, INC.'S UNOPPOSED MOTION TO MODIFY DISCOVERY SCHEDULE**

Plaintiff, GRACE AND NAEEM UDDIN, INC., (hereinafter "GNU"), by and through the undersigned counsel and pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims hereby files this Motion To Modify Discovery Schedule, and states as follows:

1. Plaintiff previously filed an Unopposed Motion to Modify the Schedule, which this Honorable Court granted in an order dated on or about September 7, 2007.
2. Counsel for GNU has communicated with counsel for the U.S. and counsel for the U.S. has no objections to the dates proposed herein.

3. This motion is necessary for the following reasons:

   a. GNU's claim for monetary relief stemming from a wrongful termination by the USDA was previously dismissed from this action based on the lack of a decision by the contracting officer regarding the same.

   b. GNU, therefore, refrained from deposing key witnesses based on the inability to depose said witnesses on all relevant issues, such as, damages.

   c. GNU desires to litigate the termination issue by, among other things, deposing those witnesses with information relevant to the termination only, in the event of an unfavorable decision by the contracting officer and potential amendment of its claim.

4. Accordingly, GNU respectfully requests the Court adopt the following modification regarding the Discovery Schedule established in this Honorable Court's Order dated September 7, 2007:

   Deadline for Completion of Written Discovery (unchanged):
   November 1, 2007

   Deadline for Completion of Fact Discovery:
   June 30, 2008

   Deadline for Expert Disclosures Pursuant to Rule 26(a):
   July 31, 2008

   Deadline for All Discovery:

September 30, 2008.

5. Based on the decision of the contracting officer, the parties may be required to respectfully request modifications to the above dates based on any additional issues generated by the decision and any potential amendment of GNU’s claims.

**WHEREFORE**, the Plaintiff, GRACE AND NAEEM UDDIN, INC. requests this Honorable Court adopt the foregoing modifications to the existing Discovery Schedule established in the Court’s Order dated September 7, 2007 and any additional relief this Honorable Court may deem equitable and just.

Respectfully submitted,

s/ David R. Elder
Attorney for Plaintiff
DAVID R. ELDER
USCFC BAR NO Application Pending
FLA. BAR NO. 272442
Elder & Lewis, P.A.
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tel: (786) 314-5155
Fax: (503) 314-5811

**CERTIFICATE OF FILING**

I hereby certify that on March 14, 2008 a copy of the foregoing "UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David R. Elder
Attorney for Plaintiff

DAVID R. ELDER
USCFC BAR NO Application Pending
FLA. BAR NO. 272442
Elder & Lewis, P.A.
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tel: (786) 314-5155
Fax: (503) 314-5811