# In the United States Court of Federal Claims

No. 06-345C
(Filed: March 18, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
GRACE AND NAEEM UDDIN, INC.,

*Plaintiffs*,

v.

UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiff's motion to request the tribunal to direct the Contracting Officer to issue a decision regarding plaintiff's claim. During the status conference held today, defendant notified plaintiff and this court that the Contracting Officer would issue its decision on or before April 30, 2008. We deny plaintiff's motion at this time without prejudice. It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge