IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CASE NO.: 06-345-C

JUDGE: ERIC G. BRUGGINK

GRACE AND NAEEM UDDIN INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

____________________________________/

**MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff, GRACE AND NAEEM UDDIN, INC. (hereinafter "GNU"), by and through undersigned counsel, hereby files its Motion for Leave to Amend the Complaint against Defendant, THE UNITED STATES (hereinafter "U.S.") pursuant to the Rule 15 of the Rules of Court of Federal Claims and as grounds states the following:

1. On or about April, 2006 GNU filed its Complaint alleging that the U.S. by and through the United States Department of Agriculture (hereinafter "USDA"), breached its contract with GNU by wrongfully terminating GNU from the Subtropical Horticultural Research Center project (hereinafter "SHRC").

2. On or about August, 2006 Defendant filed its Answer to GNU's Complaint.

3. On or about June 22, 2007, Defendant filed a Motion to Dismiss alleging, *inter alia*, that GNU's monetary claim should be dismissed for lack of subject matter jurisdiction because of the absence of a contracting officer's decision.

4. In an Order dated July 18, 2007, this Honorable Court dismissed GNU'S monetary claim without prejudice based on the absence of a decision by the USDA contracting officer with respect to the monetary damages portion of GNU'S claim.

5. Thereafter, on or about November 7, 2007, GNU submitted its certified monetary claim to the contracting officer for damages suffered as a result of the USDA's wrongful termination. Please see EXHIBIT "I" of the Proposed Amended Complaint.

6. On or about April 23, 2008 the USDA contracting officer denied GNU's certified claim for monetary damages in its entirety. Please see EXHIBIT "J" of the Proposed Amended Complaint.

7. Accordingly, GNU now seeks to amend its Complaint against the Defendants to include monetary damages in its action for Breach of Contract. The proposed Amended Complaint is attached herein as **EXHIBIT "A."**

8. Because this case is in the early stages, not at issue and not set for trial, Defendant will not be prejudiced by the

filing of the Amended Complaint. Conversely, GNU will be prejudiced if it is not permitted to amend its complaint.

9. The proposed Amended Complaint is timely filed pursuant to 41 U.S.C.A. Section 609(a)(3).

10. Moreover, Rules of Court of Federal Claims, Rule 15(a) states that leave shall be freely given when justice so requires.

11. Therefore, in the interest of justice and judicial economy, the Complaint should be amended to reflect the aforementioned causes of action.

**WHEREFORE**, Plaintiff, GRACE AND NAEEM UDDIN, INC., moves this Honorable Court to enter an Order granting its Motion for Leave to File Its Amended Complaint and for any further relief that this Court deems just and appropriate.

Respectfully submitted,

s/ David R. Elder
Attorney for Plaintiff
DAVID R. ELDER
Elder & Lewis, P.A.
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tel: (786) 314-5155
Fax: (503) 314-5811

**CERTIFICATE OF FILING**

I hereby certify that on May 7, 2008 a copy of the foregoing "MOTION FOR LEAVE TO AMEND COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David R. Elder
Attorney for Plaintiff
DAVID R. ELDER
USCFC BAR NO Application Pending
FLA. BAR NO. 272442
Elder & Lewis, P.A.
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tel: (786) 314-5155
Fax: (503) 314-5811