Tuesday, February 01, 2005

Ms. Faith McNamee
Contracting Officer
United States Department of Agriculture
5601 Sunnyside Ave., Stop 5124
Beltsville, MD 20705-5124

RE: Issue Correspondence
Document Number ISS-LTR-014
0322 USDA Subtropical Horticulture Research Station, Contract No. 50-3K15-3-360021
Subject: Window System Changes

Dear Ms. McNamee,

As a follow up to our previous correspondence regarding the revised window design, we are submitting this Time Impact Analysis # 4 (TIA # 4) to quantify the project delays associated with these changes. As you know, the windows as designed would not work on this project for a multitude of reasons including the fact that they did not meet the design criteria and the method of fastening was deficient since there was not adequate structural support at the connections to the masonry. Accordingly, design revisions to the window system and window fastening system were required.

The window revisions and the associated activities caused a significant delay to the Phase 1 completion and final project completion as illustrated in this Time Impact Analysis. Due to the fact that the new window support system requires metal angles and plates to be installed into the masonry structure, the project delay is extensive.

This delay has been quantified by inserting the delay activities into the baseline schedule. {See Exhibit 1 – Baseline Schedule} and then calculating the affect of the delay as depicted in {Exhibit 2 - Time Impact Analysis}. The new activities and affected activities have been incorporated in the Baseline Schedule to depict the affect on the remaining work activities of the project. The new activities and the directly impacted activities are portrayed with black and red activity bars for identification purposes. These activities depict the delays and additional work associated with the window revisions. Based on these activities and the circumstances of the delay, the total project has been delayed by one hundred forty-nine (149) calendar days (see Activity A9150) as indicated in this analysis.

The activities in the TIA represent the fact that the windows needed to be revised prior to manufacture and delivery. They also represent the fact that new angles and plates needed to be designed, delivered and installed into the masonry walls for proper structural support. As a result, the completion of the masonry and the installation of the windows is now severely delayed by these changes to the windows. This of course affects the follow on work including interior finishing work which cannot take place until the building is enclosed.

Accordingly, the total delay associated with this issue is one hundred forty-nine (149) calendar days to the Phase 1 completion (see activity A9050) and one hundred forty-nine (149) days to the project completion (see activity A9150) as evidenced by this Time Impact Analysis (TIA). As evidenced by the documentation and change order, the delay was caused by the owner's failure to have a proper window and window support system design for the project. Accordingly, the delay associated with finding windows which met the design criteria and getting Dade County Product Approval, the delays related to establishment of a change order, and the delays associated with the Engineering review, have served to cause significant project delays.

ALL-STATE LEGAL
DEFENDANT'S EXHIBIT
B

It should be noted that the baseline schedule indicates that the shop drawings for windows actually had many months of float and did not have to be submitted until December 2004. However, based on the fact that the procurement time increased, metal angles and supports need to be procured and installed into the masonry, the Engineer did not properly review the shop drawings, the labor time has increased, etc. the project will be delayed at least five months and possibly longer if the design is not properly reviewed by the Engineer, and a change order is not provided timely.

Accordingly, GNU is entitled to a time extension of one hundred forty-nine (149) days for the total project and additional expenses related to the time extension. These costs will be submitted under separate cover.

This analysis and the currently projected delay of 149 days is based upon the issuance of a change order by April 15, 2005 and Engineering review of the shop drawings by March 18, 2005 since GNU is contractually unable to proceed with the work without both of these items. Should either of these items not occur on the date specified above, the project will be further delayed.

Should you have any question or may need additional information please feel free to contact me anytime.

Sincerely,
**GRACE & NAEEM UDDIN, INC.**

CC:
Bill Runser, EPM USDA
John McKelvy, RE Jacobs

Naeem Uddin, P.E.
Project Manager

Sent via registered return receipt numbers as follows:

Faith McNamee receipt no. 7000-0520-0016-7166-5152
Bill Runser receipt no. 7000-0520-0016-7166-5169