USDA

United States Department of Agriculture

Research, Education, and Economics
Agricultural Research Service

CERTIFIED MAIL _ RETURN RECEIPT REQUESTED 7003 2260 0002 9762 3609

April 29, 2005

IN REPLY
REFER TO: Contract 50-3K15-3-3600
Subtropical Horticulture Research Center
Miami, Florida

Mr. Naeem Uddin
Grace & Naeem Uddin, Inc.
5532 NW, 72nd Avenue
Miami, Florida 33166

Dear Mr. Uddin:

In reference to Grace & Naeem Uddin's (GNU) letters dated November 23, 2004, (received by the Contracting Office, February 8, 2005) and February 1, 2005, concerning the Window System --NOC-003 and RCO-34, the Government's responses to GNU's proposed costs for "changes," are as follows:

1) Drawing S100, Part A, Note 11, shows the window system design requirement. The performance specification is in Section 08520, paragraph 1.4. You are also referred to paragraph 2.2.5.1, for Contractor responsibility for window system design, including the method of fastening to provide adequate structural support for the project. the design of the window system is the Contractor's responsibility, and not additional work to the contract. Fasteners are required and the specifics are based on the window manufacturer selected and their recommendations. Other performance criteria requirements are referenced on Drawing G001 for applicable codes, and Drawing S100, Item A.3 for the maximum design wind pressures criteria specified in ASCE 7-88, with basic wind speed of 49 M/s or ASCE 7-98, with basic wind speed of 63 m/s, both by the American Society of Civil Engineers. The contract documents require that the Contractor meet the requirements of the 1994 South Florida Building Code (SFBC) with supplement No. 6, which is adopted by Miami Dade County.

2) Drawing A801 refers to the Kawneer 1600 window system for exterior color material and finishes selection only. Sheet A801 clearly identifies the exterior color schedule



DEFENDANT'S EXHIBIT C
ALL-STATE LEGAL

--"Exterior finishes are not limited to manufacturers models listed." The Kawneer 1600 wall system should meet the requirements. Refer to Item No. 1 above, for performance criteria of the window systems to be selected by the GNU. Also, refer to Drawing S100, Item A.11, which states the following: "All non-structural elements such as railings, metal studs, storefronts, mullions, etc., shall be designed by a registered professional engineer to meet the requirements of the local building code. Submit calculations and shop drawings with a signed seal of the responsible registered engineer for the local jurisdiction." Window wall systems are considered 'non-structural elements.'

3) You are referred to Specification Section 08520, paragraph 1.4, Drawing G001, and S100, as noted in Item No. 1 above. The sizes and detailed dimensions of the windows are shown on Drawings A301, A302, A303, and A304.

4) In addition, GNU claims that the shop drawings were improperly reviewed by the architectural-engineering firm, Jacobs Facilities, Inc. (JFI), and were not timely in responding. Specification 01300-3, paragraph 1.3.J, states that 15 working days (3 calendar weeks) shall be allowed for the A-E review of simpler submittals and 20 working days (4 calendar weeks) shall be allowed for more complex submittals; and for potential time to resubmit. The Specification also states that "Delays caused by the need for resubmittals will not constitute reason for an extension of contract time."

The project team met four times to discuss the window system, prior to July 2004. During the June 30, 2004, meeting conducted in the JFI Orlando office, GNU and their consultant, Farrog Consultants, agreed to a proposed schedule of events for the window system design/submittal/approval period. GNU agreed to provide a window system in accordance with the contract documents and obtain Miami Dade County approval. Contracting Officer, Faith McNamee and JFI Project Manager, Jeff Varitek, participated in this meeting. Product approval was not received until November 9, 2004, after intensive involvement with the County by the Government. But, as recently as the latest submittal of January 6, 2005, GNU still failed to submit a complete package of window information to the architectural-engineering firm. Consequently, JFI's response to GNU's submittal requests additional information. With the exception of the Miami Dade County approval of the window system, GNU has failed to adhere to any written or verbal agreements concerning the windows.

Upon review, it appears that it is GNU that has not been timely in delivery of a complete package to the A-E firm, and submission of a proper design to the Miami Dade County for review and approval.

The intent of the contract is for the Contractor to provide a window system, including a method of fastening to provide adequate structural support; therefore, RCO-34 and NOC-003, received February 8, 2005, in the amount of $356,660, is *denied.*

You are referred to Federal Acquisition Regulation (FAR) 52.233-1, Disputes, for claim filing procedures, if the Government's position on this issue is to be disputed. A claim by the Contractor must be writing. You are reminded that a written demand or written assertion by the Contractor seeking the payment of money *exceeding* $100,000, is not a claim under the Act until *certified.*

If there are any questions concerning this correspondence, please call me on (301)504-1181, or E-Mail, jbaker@ars.usda.gov.

Sincerely,

Joan M. Baker

JOAN M. BAKER
Contracting Officer
Facilities Contracts Branch
Facilities Division