IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRACE AND NAEEM UDDIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-345C |
| v. | ) | (Senior Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR LEAVE TO AMEND COMPLAINT

On May 8, 2008, plaintiff, Grace and Naeem Uddin, Inc. ("GNU") filed its motion for leave to file an amended complaint pursuant to Rule 15 of the Rules of the United States Court of Federal Claims. Along with its motion, GNU included its proposed amended complaint. GNU's proposed amended complaint does little more than republish the contents of its original complaint, with the exception of including a demand for reimbursement of the amount that it has allegedly paid to its surety, $1,656,061.50, along with any future amounts that it may owe to the surety. Id. ¶¶ 58, 62. This claim, for the amount paid to the surety, was the only claim raised in GNU's certified claim to the contracting officer of November 7, 2007, and the contracting officer denied this claim on April 23, 2008. Exhibit I, Plaintiff's Amended Complaint.

We understand GNU's proposed amended complaint to include two issues:

(1) GNU's challenge to the termination for default; and (2) GNU's claim that the United States is required to pay GNU the amount it allegedly owes its surety.

Based upon that understanding, the Government does not oppose GNU's motion for leave to amend its complaint.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor,
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL

MARK G. GARRETT
United States Department of Agriculture
Attorney-Advisor
14th and Independence Avenue, S.W.
Washington, D.C. 20250-1415

May 16, 2008

CERTIFICATE OF FILING

I hereby certify that on May 16, 2008, a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Armando Rodriguez-Feo