ELDER & LEWIS
A PROFESSIONAL ASSOCIATION

DAVID R. ELDER
KERRY H. LEWIS
CLAUDIA R. CAPRILES
PATRICK J. MULLANE

OF COUNSEL
FREDRICA B. ELDER

601 BRICKELL KEY DRIVE
SUITE 401
MIAMI, FLORIDA 33131

MIAMI-DADE (305) 373-6065
BROWARD (954) 763-5304
FAX (305) 373-6066

WEBSITE: www.elderlewis.com

August 2, 2005

VIA FACSIMILE & CERTIFIED MAIL
#7003 1010 0001 6858 4510

Joan M. Baker
Contracting Officer
United States Department of Agriculture
5601 Sunnyside Avenue
Beltsville, MD 20705-5100

**Re: Contract 50-3K15-3-3600**
**Subtropical Horticultural Research Center**
**Miami, FL**

Dear Ms. Baker:

As you know this firm represents Grace & Naeem Uddin, Inc. ("GNU").

On behalf of GNU, this firm sent a response on July 27, 2005 to your show cause letters dated July 15: one (1) was received on July 18, 2005; a second was received by GNU on July 20, 2005.

Today, GNU received a hand delivered notice of termination. It may be that you remain on vacation and have not had an opportunity to review the response.

Because termination is a serious step, I would like the opportunity to discuss this notice, with either you or your designee.

In the meantime, I will contact GNU's bonding company representative.

Sincerely,

DAVID R. ELDER

DRE:mmo
cc: Naeem Uddin

DEFENDANT'S EXHIBIT D
ALL-STATE LEGAL