THE LAW OFFICES OF
ELDER & LEWIS
A PROFESSIONAL ASSOCIATION

DAVID R. ELDER
KERRY H. LEWIS
CLAUDIA R. CAPRILES
PATRICK J. MULLANE

OF COUNSEL
FREDRICA B. ELDER

601 BRICKELL KEY DRIVE
SUITE 401
MIAMI, FLORIDA 33131

MIAMI-DADE (305) 373-6065
BROWARD (954) 763-5304
FAX (305) 373-6066

WEBSITE: www.elderlewis.com

July 27, 2005

Joan M. Baker
Contracting Officer
United States Department of Agriculture
5601 Sunnyside Avenue
Beltsville, MD 20705-5100

**Re: Contract 50-3K15-3-3600**
**Subtropical Horticultural Research Center**
**Miami, FL**

Dear Ms. Baker:

This office has been retained by Grace & Naeem Uddin, Inc.

Grace & Naeem Uddin, Inc. are in receipt of your letter dated July 15, 2005. In that letter you speak of a concern regarding the timelines of performance. The letter was received on July 18, 2005.

After reviewing this letter and previous letters both from USDA and our client, it appears that there are issues that must be addressed. We have reviewed your letter dated July 6, 2005. In your letter of that date you itemize your concerns. In an effort to raise your confidence level that this project is progressing and will be completed by Grace & Naeem Uddin, Inc., this letter will address each item.

1. Fire/Smoke Dampers: This item is complete.

2. Fiber Optic Cable: The electrical subcontractor is presently on site addressing this issue. However a certified claim will be submitted in accordance with FAR Clause 52.233-1. If the certified claim is denied, Grace & Naeem Uddin, Inc. will contemplate rights of appeal pursuant to 41 USC Sections 605 and 606.

DEFENDANT'S EXHIBIT
E
ALL-STATE LEGAL

3. Electric Cable: The electrical subcontractor is presently on site addressing this issue. However, a certified claim will be submitted in accordance with FAR Clause 52.233-1. If the certified claim is denied, Grace & Naeem Uddin, Inc. will contemplate rights of appeal pursuant to 41 USC Sections 605 and 606.

4. Electric Design for Pump Station: This work will be performed. Based on the rejection of CO: 039 and the associated TIA, a certified claim will be submitted in accordance with FAR Clause 52.233-1. If the certified claim is denied, Grace & Naeem Uddin, Inc. will contemplate rights of appeal pursuant to 41 USC Sections 605 and 606.

5. Trench Backfill/utility Asphalt Road Work: This work is complete.

6. Window System: The windows to meet the revised design are in Miami. The window subcontractor is prepared to install. We await the approvals from the design team so that this work can be commenced and completed. In light of the April 29, 2005 rejection of the change order submittal of GNU, both with regard to additional cost and additional time for the revised windows, a certified claim will be submitted in accordance with FAR Clause 52.233.1. If the certified claim is denied, Grace & Naeem Uddin, Inc. will contemplate rights of appeal pursuant to 41 U.S.C. Sections 605 and 606.

7. Elevator: GNU has apprised me that the original plans did not factor in the burden that the elevator would place on both the electrical and mechanical systems. Moreover, the A/E has now issued Proposal Request No. 008 on June 30, 2005, asking GNU to submit a Request for change order to incorporate the change in the mechanical system. GNU is currently pricing it and will submit the RCO as soon as possible.

It is my understanding that U.S.D.A has approved an elevator with reduced speed so the elevator is in compliance with anticipated electrical load capabilities. The single remaining issue is therefore the effect of the exhaust system of the elevators on the mechanical system. Hopefully, this issue will be resolved by the consultant.

8. Dumpster Enclosure Deletion: Not applicable to completion of project.

9. Delete Linoleum In Rooms 211 and 212: Not applicable to completion of project.

10. Acid Waste Piping: A change order is outstanding for additional plumbing work and additional time. In the event that RCO No. 036 for additional time and money is denied, GNU will submit a certified claim in accordance with FAR Clause 52.233.1. If the certified claim is denied, GNU will pursue rights of appeal pursuant to 41 U.S.C. Sections 605 and 606.

11. Sound Attenuators: This issue is moot until the project is advanced and you determine if attenuations are required in the actual finished conditions.

12. Attic Insulation: GNU has provided a submittal for spray insulation.

13. Chimney Framing: GNU has expressed concern that the load of the metal stacks which allow chemicals to disburse above the rooflines may compromise the structural integrity of the roof trusses. The load bearing on the trusses would typically be the load of the roof and the roof deck. On this project, the roof is corrugated metal and the deck is steel. GNU is concerned that the roof stacks will overload the trusses. While the Spearin doctrine states that the owner warrants the accuracy of the plans, GNU remains concerned that the weight of the structures places the trusses at risk. This issue should be discussed.

14. Modification No. 8: Some items in this modification are complete. The other items are in progress. More specifically, the status of the various items is stated below:

a) RCO No. 003 Relocation Effort for the Septic Tank and Drainfield:

**Status:** 100% complete

b) RCO No. 007 Finish Floor Elevation:

**Status:** In progress. Submittals have been submitted to the A/E for stair treads for their approval. These were due back from the A/E on July 18, 2005, however to date GNU have not received anything back.

Additionally, the grading work which is part of this RCO, can only be done towards the end of the project as part of final grading.

GNU will make this as part of their claim, since there is a disagreement on the authorization from U.S.D.A.

c) RCO No. 002 Annuciator Panel:

**Status:** This is scheduled to be constructed as part of electrical work. Change order has been issued to electrical subcontractor. However, this work can only be completed 100% at the time of substantial completion, since it needs to be tied together with generator and other electrical system.

d) RCO No. 022 New Electrical Service Building 28, 29, 30 and 31:

**Status:** In progress. This work could not have been started at the time of the issuance of the

modification issue date of March 29, 2005, since item (b) of the same modification had to be constructed before.

e) RCO No. 25 Stainless Steel Duct Work in Rooms 212 and 213:

Status: This work has not started. It is scheduled and will be constructed. However, it is not critical.

Incidentally GNU offered to do this work at $0.00 cost, which U.S.D.A. has accepted.

f) RCO No. 27 New Water Main (site) conflict:

Status: 100% complete. This work was completed even before U.S.D.A. issued the modification. In fact, U.S.D.A. acknowledges in its modification No. 8, that GNU did this work.

g) RCO 30 Change to HM, WD and Hardware:

Status: 100% complete. However, the cost remains in issue and may have to be included in the certified claim referenced at the end of this letter.

h) RCO No. 31 Change Fire Main Sleeve from 6″ to 8″:

Status: 100% complete. This work was completed even before U.S.D.A. issued the modification. In fact, U.S.D.A. acknowledges in its modification No. 8, that GNU did this work.

15. <u>Credit Proposal for Deletion of Sewer to Buildings 49 and 52</u>: Credit not applicable to completion it should be noted that the credit is for buildings 82 and 53, not 49 and 52. It should further be stated that administrated cost have been submitted for this credit and the issue remains pending.

16. Roof: It is GNU's understanding that the specifications for the roof are now revised. The original requirement of 20 gauge metal has been reduced to 24 gauge metal and the 3" depth has been lowered as well. GNU has provided a roof submittal in accordance with revised specifications and upon receipt of an approval the roofing work will commence and proceed to completion.

17. Silt Fence: The silt fence issue has been addressed and GNU will discuss this issue at any time.

In essence, Grace & Naeem Uddin, Inc. intends to submit certified claims based on change order denials, simultaneous with proceeding with the work in good faith. It is GNU's present intent to submit one certified claim which shall identify and quantify the various claims at issue as well as address fair and equitable credit amounts where applicable. GNU will request a total increase in contract cost as well as attach a time impact schedule, which factors in the various impacts, applies the logic of the Prima Vera software, takes into account concurrency, and provides a revised completion date.

The anticipated certified claims will not slow the work. If you believe an alternate dispute resolution approval will assist the process, please call. I think you will find me eager to seek resolution through practical measures.

Sincerely,

Margaret M. Lewis for

DAVID R. ELDER

SIGNED IN ABSENCE TO AVOID DELAY

DRE:mmo
cc: Naeem Uddin


601 BRICKELL KEY DRIVE, SUITE 401, MIAMI, FLORIDA 33131
MIAMI-DADE (305) 373-6065 • BROWARD (954) 763-5304 • FAX (305) 373-6066