IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GRACE AND NAEEM UDDIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-345C |
| v. | ) | (Senior Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 32 days, to and including July 7, 2008, within which to file its answer to plaintiff's amended complaint, which is currently due on June 5, 2008. This is the defendant's first request for an enlargement of time for this purpose. Plaintiff does not oppose a 21-day enlargement but objects to our requested 32-day enlargement request.

On May 8, 2008, plaintiff, Grace and Naeem Uddin, Inc. ("GNU") filed its motion for leave to file an amended complaint pursuant to Rule 15 of the Rules of the United States Court of Federal Claims ("RCFC"). On May 16, 2008, the Government responded, stating that it did not object to GNU's request to amend the complaint. The Court granted GNU's motion to file an amended complaint on May 19, 2008.

On May 21, 2008, GNU filed its amended complaint.[1] According to the portion of RCFC 15 applicable to this case, the Government has 10 days from the date of service of the amended pleading, unless otherwise directed by the Court, which is June 4, 2008.[2] RCFC 15(a).

The Government requires additional time to prepare and file its answer to the amended complaint because counsel of record will be out of the office on military leave from June 2-16, 2008, and out of the office on June 19, 20, and 25-29, 2008.

For these reasons, the Government respectfully requests that the Court grant its motion for an enlargement of time of 32 days within which to file its answer to plaintiff's amended complaint.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

---

[1] For purposes of this motion, the Government will treat GNU's May 21, 2008 filing captioned in the Court's electronic filing database as "Motion to Amend Pleadings - Rule 15 Amended Complaint, filed by Grace and Naeem Uddin, Inc.," as its amended complaint.

[2] Pursuant to RCFC 6(a), intermediate weekends and holidays are not counted when the time prescribed is less than 11 days.

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor,
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

MARK G. GARRETT
United States Department of Agriculture
Attorney-Advisor
14th and Independence Avenue, S.W.
Washington, D.C. 20250-1415

May 22, 2008

## CERTIFICATE OF FILING

I hereby certify that on May 22, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Armando Rodriguez-Feo