IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CASE NO.: 06-345-C

JUDGE: ERIC G. BRUGGINK

GRACE AND NAEEM UDDIN INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____________________________________/

**PLAINTIFF, GRACE AND NAEEM UDDIN, INC.'S UNOPPOSED MOTION TO MODIFY DISCOVERY SCHEDULE**

Plaintiff, GRACE AND NAEEM UDDIN, INC., (hereinafter "GNU"), by and through the undersigned counsel and pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims hereby files this Unopposed Motion To Modify Discovery Schedule, and states as follows:

1. Plaintiff has filed prior Agreed and/or Unopposed Motions to Modify the Discovery Schedule, the last of which was granted by this Honorable Court in an order dated on or about March 18, 2008.
2. This Motion is necessary for the following reasons:

a. GNU's claim for monetary relief stemming from a wrongful termination by the USDA was previously dismissed from this action based on the lack of a decision by the contracting officer.

b. On or about April 23, 2008 the Contracting Officer denied GNU's monetary claim.

c. On or about May 7, 2008, GNU filed its Motion for Leave to Amend its Complaint to allege a monetary claim. GNU's Motion for Leave to Amend its Complaint was granted by this Honorable Court. Shortly thereafter GNU filed its Amended Complaint against the U.S.

d. From the time the monetary claim was dismissed until the Amended Complaint was granted, GNU has been able to pursue only discovery issues relevant to the termination decision by the USDA, as opposed to the completion/damages element of the claim.

e. GNU now desires to perform discovery with regard to the post-termination aspects of its claim, among others.

f. Moreover, Joan Baker, a USDA Contracting Officer for the Project was ill on the date of her scheduled deposition.

g. Additionally, Faith McNamee, an additional USDA Contracting Officer of the Project is on convalescent leave from her employment and will be unable to perform a deposition from approximately May, 2008 until July, 2008.

h. As a result, discovery has been slower than anticipated due to unavailability of the USDA Contracting officers.

3. Therefore, GNU respectfully requests the Court adopt the following modification regarding the Discovery Schedule:

Close of all fact discovery and disclosure of experts pursuant to Rule 26(a): October 24, 2008

Deadline for submission of expert reports: November 21, 2008

Deadline for expert depositions: December 26, 2008

Close of all discovery December 31, 2008

4. Counsel for GNU has contacted counsel for the U.S. and counsel for the U.S. is in agreement with the dates proposed herein.

**WHEREFORE**, the Plaintiff, GRACE AND NAEEM UDDIN, INC. requests this Honorable Court adopt the foregoing modifications to the existing Discovery Schedule and any additional relief this Honorable Court may deem equitable and just.

Respectfully submitted,

s/ David R. Elder
Attorney for Plaintiff
DAVID R. ELDER
USCFC BAR NO Application Pending
FLA. BAR NO. 272442
Elder & Lewis, P.A.
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tel: (786) 314-5155
Fax: (503) 314-5811

**CERTIFICATE OF FILING**

I hereby certify that on June 10, 2008 a copy of the foregoing “UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David R. Elder
Attorney for Plaintiff
DAVID R. ELDER
USCFC BAR NO Application Pending
FLA. BAR NO. 272442
Elder & Lewis, P.A.
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tel: (786) 314-5155
Fax: (503) 314-5811