IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CASE NO.: 06-345-C

JUDGE: ERIC G. BRUGGINK

GRACE AND NAEEM UDDIN INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

_____________________________________/

**GRACE AND NAEEM UDDIN, INC.'S UNOPPOSED MOTION TO MODIFY DISCOVERY SCHEDULE**

Plaintiff, GRACE AND NAEEM UDDIN, INC., (hereinafter "GNU"), by and through the undersigned counsel and pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, hereby files this Unopposed Motion To Modify Discovery Schedule, and states as follows:

1. On or about June 12, 2008, this Honorable Court issued a Scheduling Order setting forth a revised discovery schedule.

2. Pursuant to that Scheduling Order, the deadline for completion of Fact Discovery and Disclosure of Experts is October 24, 2008; the deadline for Submission of Expert Reports is November 21, 2008; the deadline for Expert Depositions is

December 26, 2008; and the deadline for the Close of All Discovery is December 31, 2008.

3. GNU scheduled fact witness depositions for September 11, 2008 and September 12, 2008.

4. However, counsel for GNU had unforeseen shoulder surgery on August 27, 2008, and recovery has limited counsel's travel into heavily trafficked areas, and as a result, the depositions for September had to be cancelled.

5. Counsel for GNU and counsel for USDA agreed to postpone the depositions until October 20 and 21st, respectively.

6. The parties now seek to have the discovery deadlines extended 30 days each.

7. Accordingly, GNU respectfully requests that the Court adopt the following modifications to the existing schedule established in the Court's Order dated June 12, 2008:

| | |
|---|---|
| Deadline for Completion of Fact Discovery and Disclosure of Experts Pursuant to Rule 26(a): | November 24, 2008 |
| Deadline for Submission of Expert Reports: | December 21, 2008 |
| Deadline for Expert Depositions: | January 26, 2008 |
| Close of All Discovery: | January 31, 2008 |

**WHEREFORE**, Plaintiff, GRACE AND NAEEM UDDIN, INC. requests that this Honorable Court adopt the foregoing modifications to

the existing Discovery Schedule established in the Court's Order dated June 12, 2008 and to order any additional relief this Honorable Court may deem equitable and just.

Respectfully submitted,

s/ David R. Elder
Attorney for Plaintiff
DAVID R. ELDER
Elder & Lewis, P.A.
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tel: (786) 314-5155
Fax: (503) 314-5811

**CERTIFICATE OF FILING**

I hereby certify that on September 4, 2008 a copy of the foregoing "UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David R. Elder
Attorney for Plaintiff
DAVID R. ELDER
FLA. BAR NO. 272442
Elder & Lewis, P.A.
Bayview Executive Plaza, Suite 301
3225 Aviation Avenue
Coconut Grove, FLA 33133
Tel: (786) 314-5155
Fax: (503) 314-5811