# In the United States Court of Federal Claims

No. 06-345C
(Filed: September 5, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
GRACE AND NAEEM UDDIN, INC.,

*Plaintiffs*,

v.

UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pursuant to plaintiff's Unopposed Motion to Modify Discovery Schedule, filed September 4, 2008, the court hereby adopts the following revised discovery schedule:

| | |
|---|---|
| (1) Deadline for Completion of Fact Discovery and Disclosure of Experts Pursuant to Rule 26(a) | November 24, 2008 |
| (2) Deadline for Submission of Expert Reports | December 21, 2008 |
| (3) Deadline for Expert Depositions | January 26, 2009 |
| (4) Close of All Discovery | January 31, 2009 |

It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge